UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CR-20095-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEWIS B. FREEMAN,

    Defendant.

_____/

**DEFENDANT LEWIS B. FREEMAN'S NOTICE OF FILING OF LETTERS
IN SUPPORT OF SENTENCING PRESENTATION**

PLEASE TAKE NOTICE that the following letters are being filed in support of Lewis B. Freeman's sentencing presentation. The letters are consecutively numbered and are attached to this notice as Exhibits A-G:

| | |
|---|---|
| Exhibit A: | 1 - 40 |
| Exhibit B: | 41 - 100 |
| Exhibit C: | 101 - 175 |
| Exhibit D: | 176 - 245 |
| Exhibit E: | 246 - 271 |
| Exhibit F: | 272 - 277 |
| Exhibit G: | 1 – 6 (Family Letters) |

        Respectfully submitted,

        **ROBERT C. JOSEFSBERG**
        *Attorneys for Defendant*
        Podhurst Orseck, P.A.
        25 West Flagler Street, Suite 800
        Miami, Florida 33130
        Phone: (305) 358.2800
        Facsimile:   (305) 352.2382
            - and -
        **TEW CARDENAS LLP**
        *Attorneys for Defendant*
        1441 Brickell Avenue, 15th Floor
        Miami, Florida  33131-3407
        Telephone:     (305) 536-1112
        Facsimile:       (305) 536-1116

By:     s/Joseph A. DeMaria
        **JOSEPH DEMARIA**
        FLORIDA BAR NO. 764711
        EMAIL: JAD@TEWLAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2010, I electronically filed *Defendant Lewis B. Freeman's Notice of Filing of Letters In Support of Sentencing Presentation* with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/Joseph A. DeMaria
        COUNSEL

Andrew Levi, Esquire
*Assistant United States Attorney*
U.S. Attorney's Office
99 N. E. 4th St., 4th Floor
Miami, FL
Telephone: (305) 961-9273
Email: andrew.levi@usdoj.gov

542734.1