# EXHIBIT "A"

## LETTERS #1 - 40

| | | | |
|---|---|---|---|
| 1. | Leo Armburst | 21. | Karen Guy |
| 2. | Mitchell Bloomberg | 22. | Charles Harper |
| 3. | Rabbi Terry Bookman | 23. | Salomon Hazday, Jr. |
| 4. | Mario Capone | 24. | Michael Josephs |
| 5. | Thomas Cash | 25. | Joanne & Louis Kaplan |
| 6. | Melissa Chaykin | 26. | Brett Katz |
| 7. | Lonnie Cooper | 27. | Krista Kellogg |
| 8. | Richard Cotler | 28. | Wayne Klein |
| 9. | Ross Crystal | 29. | Michael Kosnitzky |
| 10. | Brittany Custin | 30. | Richard Lampen |
| 11. | Ruby Custin | 31. | Ronald Lavan |
| 12. | Patricia Dean | 32. | David Lawrence Jr. |
| 13. | Stephen Dresnick | 33. | Michael Nachwalter |
| 14. | Steve Feig | 34. | Lonnie Odom |
| 15. | Mark Friedland | 35. | John Ostrow |
| 16. | Daniel Genden | 36. | Charles Papy |
| 17. | Katie Gilden | 37. | Euripides Psiloyenis |
| 18. | Ervin Gonzalez | 38. | Susan Rodin |
| 19. | Peter Gortvai | 39. | Robert A. Schatzman |
| 20. | Seth Greenberg | 40. | George Yoss |

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Your Honor,

My name is Leo F. Armbrust. I have resided in South Florida for 51 years. During those years, I have
served as a Catholic priest in various assignments from South Miami to Jensen Beach. In 1984 I was given
the position of Catholic chaplain for the University of Miami football team. While there I was fortunate to
meet and befriend Lewis B. Freeman. Lew has remained a dear friend since that time. Eventually I left the
Hurricanes and became the chaplain of the Miami Dolphins from 1996 to 2005. Upon leaving the Dolphins,
I dedicated myself to a program, which I founded, Vita Nova. This organization serves youth, ages 18-25,
who age out of the foster care system and have nowhere to live. Presently we have a capacity of 25 young
men and women who live, work and attend school at our facility in West Palm Beach. We also supervise
the Road to Independence program for the 530 plus youth in the foster care system in Palm Beach County.
We are providing comprehensive services that do not exist in most counties within this state.

Vita Nova owes a significant portion of it's existence to Lew Freeman. Over the past fourteen years Lew
has never failed to assist us with legal advice, networking and tireless service to direct and promote our
work. His referrals and personal introductions to influential individuals in the South Florida community
have enabled us to build Vita Nova, as we know it today. I am indebted to Lew for his loyalty, devotion
and dedication to the homeless youth we are serving.

Your honor, I have received many requests over my 31 years in the priesthood to testify or write about the
character and goodness of those facing sentencing for crimes they have committed. Few if any have had the
admiration and respect that Lew has engendered amongst such a vast array of people throughout this state
and elsewhere. His desire to alleviate suffering, neglect and privation have brought him the unquestionable
love and support of countless individuals. I can never remember a time when he has ever ignored or
deferred any request I have made of him for the benefit of those in need. While he has contributed less than
$400 to us, his personal efforts on our behalf have far exceeded any monetary value I could describe.

Thus I write to you for leniency and even mercy for Lew. He has readily pleaded guilty for his crime and is
prepared to accept his punishment. I am certain that the wisdom of the Court will also see a picture of a
man who has and can continue to provide tremendous services to our communities. Lew will pay dearly for
his crimes, including his disbarment as a lawyer and termination of his licenses as an accountant, mediator
and mortgage broker. While I am no longer in the active ministry of priesthood, I am well versed in the sins
and failures of humanity. I believe that Justice is getting what we deserve, while mercy is getting what we
don't deserve. I plead with you Your Honor to be just and merciful. I will pray for your wisdom and insight
in this manner.

Thank you for your time, and patience and understanding,

Sincerely,

Leo F. Armbrust

ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000, FAX: (305) 460-1422
WWW.ADORNO.COM

MITCHELL R. BLOOMBERG

DIRECT LINE: (305) 460-1050
EMAIL: MRB@ADORNO.COM

May 21, 2010

Honorable Paul C. Huck
U.S. District Court, Southern District of Florida
400 North Miami, Room 13-2
Miami, Florida   33128-1812

Re:   **Lewis B. Freeman**

Dear Judge Huck:

I know that on June 25, 2010, you'll be imposing a sentence on Lew Freeman. I am also aware that the sentence will include a term of imprisonment. I have known Lew as a friend for over 30 years. I cannot excuse or even attempt to excuse what Lew has done. I do believe that it is important, however, that you have a complete picture of the man who stands before you to be sentenced. I am sure you will hear much about Lew's charitable endeavors in our community. He has been actively involved in organizations, giving of his time. Instead of repeating what many will say, I would rather relate a personal story which I think portrays much about Lew:

In January 2002, I was diagnosed with stage 4 lung cancer. Needless to say, doctors did not offer much hope for a long life. Early on, Lew was one of the people who was most encouraging to me. In July 2002, I underwent surgery in Boston, Massachusetts. The surgery was not successful, and my wife and I were both rather down in the dumps. After being released from the hospital, I remained in Boston for follow-up care. One afternoon, there was a knock on the hotel room door, we opened it and there was Lew, standing there with a big smile on his face, making jokes, as he always does, and making my wife and I feel a whole lot better. Apparently, Lew had been flying to Maine to see his daughter at a summer camp and had a lengthy layover in Boston. Completely unannounced, he showed up at my door. Certainly, I can't say that I'm alive today because of Lew; but I can only say that he has been a source of inspiration and hope to me throughout my illness. He took the time to offer encouragement and hope. I know from conversations with many other people that Lew's willingness to take the time and make the effort to help others is not an isolated circumstance. I can only ask that, when the court imposes sentence, it does so with the recognition of all the good that Lew has done in this community, and that any period of incarceration be sufficiently short to allow him to come back to the community and continue to be a contributing member of our community and to continue to help others as he has always done.

Thank you for your consideration.

Respectfully,

Mitchell R. Bloomberg

{M1903234_1}



# TEMPLE BETH AM
*Embracing Jewish Life*

May 26, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

Along with many other people in our community, I was shocked when I learned of Lew Freeman's crimes. It did not fit with the man I know – a man with a kind and generous heart, who was always there with a helping hand, a friendly word, a "yes" to any good deed asked of him.

Nevertheless, Lew has admitted guilt both to the court and to me, his rabbi of more than fifteen years. He has accepted responsibility for his crime and knows he will be punished. He knows he will serve his time in prison for what he did. He is truly contrite and humbled.

However, our community and his family will also suffer from his actions and the punishment he must serve. Lew is a good man who has done so much good for so many. And I know he will be an even better man when his time has been served. I hope you consider, in sentencing Lew, that there are many more good deeds in him. Our community will be better off when Lew returns to society.

I know that justice must be served with an appropriate punishment. But please, I pray, temper that justice with a measure of mercy for Lew and the greater good of us all.

Thank you for taking the time to read these words and considering their merit.

Sincerely and with deep respect,

Rabbi Terry A. Bookman
TAB/cg
542438.1

Terry A. Bookman, D.D. ~ *Rabbi*
Rachel G. Greengrass ~ *Rabbi*
Rachelle F. Nelson, D.M. ~ *Cantor*
Lisa V. Segal ~ *Cantor*
Herbert M. Baumgard, D.H.L., D.D.
    ~ *Founding Rabbi Emeritus*

**OFFICERS**
President ~ Richard W. Hoffman
Executive Vice President ~ Susan Henkin
Treasurer ~ Brad Sokol

**VICE PRESIDENTS**
Administration ~ Ed Schmidt
Communications ~ Karen Kammer
Day School ~ Larry Forman
Development ~ Janet Tralins
Education & Youth ~ David Baron
Membership ~ Robbie Oppenheim
Programming ~ Edith Einspruch
Religious & Cultural ~ Susan Lampen
Recording Secretary ~ Lisa Heller Green
Corresponding Secretary ~ Donna Feldman
Immediate Past President ~ Howard Wolofsky
Immediately Preceeding
    Past President ~ Robert A. Schatzman
Of Counsel ~ Alan Fine

**BOARD OF DIRECTORS**
| | |
|---|---|
| Les Adler | Adrienne Messing |
| Brett Amron | Shelley Payne |
| Gloria Anderton | Sandy Piqué |
| Adrian Dubow | Richard Pollack |
| Colleen Fain | Stuart Ratzan |
| Debra Frank | Michelle Sarason |
| Mark Gilbert | Steven Solomon |
| William Grossman | Tracey Spiegelman |
| Scott Kandell | Monica Wanman |
| David Keyes | Glenn Widom |
| John Leighton | Daniela Zanzuri |
| Joan Marn | Karen Zinn |

**AUXILIARY BOARD MEMBERS**
Board of Trustees ~ Mark Gilbert
Day School Board ~ Lori Friedman
Religious School Board ~ Lisse Kravetz
PATIO ~ Lisa Mendelson
PSTARS ~ Elizabeth Wenger
Sisterhood ~ Nanci Heilinger
BAFTY ~ Steven Beiner

**MEMBER PAST PRESIDENTS**
| | |
|---|---|
| Herman Feldman | Robert Berrin |
| Samuel Steen | Mel Rappaport |
| William Silver | Lily Serviansky |
| Al Leibert | Joe Jacoby |
| Evelyn Goodman | Bea Citron |
| Michael Weisberg | Jodi Hessel |
| Gary Cohen | |

**ADMINISTRATION**
Executive Director ~ Robert Hersh
Development Director ~ Danielle Spiegelman
Finance Director ~ John Wenzel
Membership Director ~ Rita Diaz
Program Director ~ Shari Debowsky
Youth Activities Director ~ Rabbi Rachel G. Greengrass
Head of Day School ~ Mindy S. Pincus, Ph.D.
Head of Religious School ~ Joy Schandler, M.Ed., R.J.E.
Library Director ~ Etta D. Gold, R.J.E., M.L.S.
Security Director ~ Sharon Levi
Judaic Studies Director Emerita ~ Lenore Kipper, D.H.L., R.

Mario's Drycleaners
5828 S.W. 71 Street
Miami, Fl. 33143
(305)321-2868


May 19, 2010


The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL  33128

Re: Lewis Freeman

Your Honor:

I understand that Lewis Freeman (I know him as Lew) will soon be sentenced and will most likely be facing a prison term.  I have known Lew for close to 2 decades, and my fiancée, Joyce Galya, who died in 2008, knew Lew for approximately 25 years through his involvement with the University of Miami Citizens Board which she directed. Lew and I are also about the same age and facing the issue of what to do with the years we have left. I send this letter to provide information to the Court that will allow a just and fair sentence of Lew in view of the kindness and personal, emotional and professional support that he has generously provided to my fiancé and to me.

In life we are measured not just by our mistakes and failures, but also by the good that we do.  Hopefully, you will take into account the many good deeds that Lew has done to help many people, and the future service that he may provide to the community, in limiting Lew's incarceration so that he can have the opportunity to re-join society and his family and allow him sufficient time to heal whatever wrongs he may have committed. Lew is in essence a man who selflessly gives of his personal time to help others, and if allowed to return to society before he is too old, I know he will selflessly give of himself again.

I never went to college and when it comes to leases and legal and financial documents I feel very inadequate (I have written this letter personally and asked a friend to correct any misspelling and grammatical errors, so I realize that his letter may read better then my own words).  Because of my lack of knowledge, ten years I faced financial ruin due to a landlord that was seeking to take advantage of me and destroy my business.  At that point Lew was more of an acquaintance then a friend, and one day he showed up in my store unannounced and sat with me for the better part of a day and reviewed my entire business, legal documents and finances and developed for free a business plan and strategy to help me survive.  He also provided continued advice and assistance over the years for free, and thankfully today because of Lew's professional and personal advice I own the building and am no longer a tenant.  I know that I am one of hundreds of people that Lew has helped in this way, because my late fiancée, Joyce Galya, told me of all the help he gave her and the

help he gave to many people that she knew from the University of Miami Citizens Board. I am not talking about a person who writes a check and gives money, I am talking about a person who works long hours, has a family to take care of, but still finds the time in a day to give of his personal time to help acquaintances and friends alike.

I faced personal bankruptcy several years ago when I was brought in to manage a business for a friend and became liable for obligations of which I was not made aware. Once again, Lew showed up when he heard of my problems, and he stood by my side providing emotional and professional advice free of charge, and gave me the faith that I could survive. At this time my fiancé and the love of my life was facing terminal ovarian cancer and I was pushed to the limits of my ability to cope with life. Without Lew, I do not know if I would have made it through this dark period of my life. I know that my fiancé needed my emotional support, but Lew was the person that I knew had my back that allowed me to once again survive life's tough lessons. Lew at this time also provided similar support to my fiancée, Joyce, and her family. Whatever they needed Lew was there. Joyce's job at UM was what she called "friend raising," but in truth out of the several hundred "friends" that she worked with on a regular basis in support of UM, Lew was one of a handful of people who would never say no when asked to provide his time and advice to help anyone in need.

Lew and his family have suffered tremendously because of the mistakes that he made, freely admitted and for which he took every step possible to right his wrongs. Please realize that if you want to impose a fair sentence on Lew, and you want to provide justice to all involved, then allow Lew to have the opportunity to right his wrongs by granting him the freedom to return to his friends, family and community with enough time left in his life to make a difference.

Respectfully,

Mario Capone

**Thomas V. Cash**
**2865 NE 35th Court**
**Fort Lauderdale, FL  33308**
**(954) 632-2576**

May 25, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

I am writing this letter to you on behalf of my very long-time and dear friend, Lewis B. Freeman. My heartfelt appeal to you is sent in the sincere hope that you will take into consideration the many things outside of the crime(s) that Lew has admitted to the Court and me personally that he is guilty of, that continue to make him a loved and valued friend to me, and a valuable asset in our community into the future.

My personal background and career includes more than 25 years in law enforcement with the United States Department of Justice, most recently as Special Agent in Charge of the Drug Enforcement Administration's enforcement operations in Miami.  I held responsibility for Florida, the Caribbean and Latin America from 1988 to 1995.  Upon retirement, I served for 14 years as Executive Managing Director with Kroll Inc., and currently serve as Senior Vice President with Investigative Management Group Inc. of New York, NY.

During my 22 years in South Florida, I have met many good men in our community and Lew is certainly one of the finest.

Firstly, from a very personal perspective, Lew has been a loyal and solid husband and father to his family.  He has also been incredibly supportive of others who were experiencing serious family problems.  Before my wife died of lung cancer in 2006, it was Lew who was always concerned about her having the right treatment, the right doctors, and the right care.  When death is looking directly at you, you find that many shy away out of fear and frustration in knowing the final outcome.  They don't want to see it happen and even your closest friends and family too often back away.

Lew did not shy away when he could have simply sent a sympathy card or flowers along the way.  He was always there for me during that difficult time.  He knows no other way than to care and to help and to offer suggestions to those of us who are at times in need and I have seen him

on many an occasion over the more than 15 years that I have known him.   I find this remarkable for one who is not a man of the cloth, or involved as a career fund raiser for people in need.

On a broader level, Lew has always been one of the most thoughtful men in the Miami community that I have ever known.  I met him through my official duties in 1995 while he was raising money for a well known charitable organization.  This buoyant and man - Lew, I was to learn, was always giving of himself to any good causes in the community.  He asked me to assist in raising money for charities on more than one occasion and I was always glad to do so knowing that causes he supported so strongly were needed by the less fortunate of Miami.

 Lew will always be a person of the people.  His caring for those in need was one of the things with which I was most impressed.  He is a sincere man who has given and given as he volunteered his time without restraint and solicited donations directly to many groups whether at the educational, religious or professional organization-sponsored charities.

While I understand that the sentence you must give will include prison time, I am asking that you consider the man who Lew is to those of us who know him not only as a business associate, a lawyer and an accountant, but most importantly as a much-loved personal friend and a champion for those in need. He is one of the most caring persons I have ever known.

Please consider his need to return to his family, and to the many people who will undoubtedly benefit in the future from his kindness and spiritual generosity.  Please consider a sentence of leniency given his community service and his government cooperation.

Sincerely,

Thomas V. Cash

# *Melissa Chaykin*
*6103 Aqua Avenue, Unit 107*
*Miami Beach, FL 33141*
*Phone: 305-531-5215 Cell: 305-588-8133*
*FAX: 305-531-8301*
*mchaykin2@gmail.com*

May 18, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

My name is Melissa Chaykin.  You may have known my late husband, Attorney Steven Chaykin.  I am writing on behalf of my dear friend Lew Freeman, who profoundly touched my life and the life of my child this past 18 months since my husband's tragic accident.  I first met Lew when Steven and I married in 1993.  Steven adored Lew and counted him as one of his closest and trusted friends.  They shared countless hours volunteering their time for The University of Miami, Jewish causes and many other charitable activities too numerous to list.  I believe that Steven even consulted with Lew on his white collar cases over the years as he had a great deal of respect for him personally and professionally.

I really only personally came to know Lew in August of 2008 shortly after I returned from Aspen, CO where Steven had his fatal accident.  I, too, almost perished in the accident and was severely injured when I returned home from Colorado.  Though I received an overwhelming amount of care and condolences from many friends in our community, it was only Lew that came to my rescue at a time that I literally felt I could no longer handle what was happening to me.

Forever will I remember that Lew was exhausted from working in Tallahassee but came to my home after getting off a flight very late in the evening just to sit down and work with me on all the issues I had to deal with.  When Steven passed away my life changed overnight.  I had a house to sell, numerous legal issues that I did not know how to handle, lawyers that were taking advantage of me financially and my own finances in disarray.  Lew asked me to make a list of all the matters I had to face and he literally spent weeks if not months making sure they were resolved to my satisfaction.  I can say from the heart that Lew took care of me as if we were his family and to this day I will never know how to properly thank him.

(Continued)

Page 2

When the news of Lew's conviction became public I was devastated. He has meant so much to our community and to me. I found it hard to believe the choices he had made that will forever change his life and his family's life. As I learned over the 15 years being married to a lawyer who represented clients such as Lew, good people make mistakes and choices for which we will never understand, even though they are not bad people.

I ask you Judge Huck, to look at the man and not just his crime. Lew has enormous compassion, caring, and generosity that knows no bounds. Judge, I have never written a letter like this but feel compelled to ask for leniency for Lew as I feel he has already paid a lifelong price for his actions. I will be forever grateful for the good he has done for me and our community.

Sincerely,

Melissa Chaykin



| | 600 Galleria Parkway | T: 770.955.1300 |
| | Suite 1900 | F: 770.952.5691 |
| | Atlanta, GA 30339 | **groupcse.com** |

May 20, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Huck:

This is a letter that I felt compelled to write. Lew Freeman has had a tremendous influence in my family's life. My son, Ross was born with a disability that prohibits him from being able to walk. Lew took a consistent interest in his well being, not only physical but his quality of life.

Lew encouraged me to bring him to the University of Miami football games. Lew would take him on the field and introduce him to the players. I am so proud to tell you that my son will be attending the University of Alabama in the fall and will be studying to be a football coach. Ross is still in a chair but he has the confidence to reach for his goals.

Lew continues to have a tremendous influence on his life. We are not related but Lew is important to my family. Please consider leniency during his sentencing.

Sincerely,

Lonnie Cooper
CEO

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

May 31, 2010

Dear Judge Huck:

Lew Freeman has plead guilty to a serious crime, embezzling substantial moneys from fiduciary accounts. I understand you must impose a sentence which should include a term of imprisonment and a significant amount of community service. I respectfully request that Your Honor show mercy in imposing this sentence and allow Lew to serve a short amount of time that will allow him to go back to his family and resume all of the good he has done in the past. This letter will attempt to explain my basis for imploring Your Honor to consider this request for leniency as Lew is an outstanding person, a very good family man, and my loyal friend who did a really stupid thing.

I first met Lew in 1970, when we were both students in the night program at the University of Miami School of Law. Lew was a young, struggling CPA and I was an Internal Revenue Service Agent. Ever since then, we have been best friends. Lew was the first to arrive for the birth of my first born child, even before the doctor. He brought a huge pizza to share with everyone in the waiting room which was so typical of his thoughtfulness. We both graduated from law school in 1974. Lew continued to practice accounting and I went to Hollywood, Florida, to practice law where I built a successful tax practice until 1996 when I became disabled with chronic, intractable headaches.

I know Your Honor is aware of the tremendous contribution Lew Freeman has made to numerous charitable organizations and his untiring work in the community, but I want to tell Your Honor about the less known deeds which Lew did for my family and me.

Prior to 1996, the year my life was turned upside down as a result of the headaches I previously mentioned, we were always there for each other. At this point in time, I was no longer helpful to anyone, least of all myself. I literally was incapable of doing anything, including running my law practice and taking care of my families' needs. Lew stepped in, negotiating the disposition of my firm, closing it down and making certain that all requirements of The Florida Bar regarding client files and accounts were followed.

We are all familiar with the expression," That person would give you the shirt off his back". Well, Lew didn't just give me his shirt. When my wife made arrangements for us to fly to Ann Arbor, Michigan, in the dead of winter for headache treatment, Lew provided me with his warm winter coat. This is just a small example of the thoughtful and caring person that he is. As my headaches continued to worsen, I became severely

depressed. My father, who lived in Savannah, Georgia, was very worried about my frame of mind. As a result of his extreme concern for my very welfare, he called Lew, expressing this concern and asking him to look after my family and me. Lew called every day, no matter where he was or how busy he may have been and made sure to stay in touch with my parents, helping to alleviate their concerns. My medical condition, unfortunately, continued to worsen. After two years of being treated by conventional doctors with no significant improvement, my wife made the decision to seek alternative medical treatment. This treatment was very expensive and not covered by insurance. My primary focus was on trying to get well and as my medical expenses continued to mount, other financial obligations were neglected. By 2001, I was unable to pay these financial obligations and continue alternative treatments. I turned to Lew for his advice. He helped me make the difficult decision to file a Chapter 7. Lew did all of the accounting work, met with my wife to assist in all necessary preparation and enlisted the bankruptcy attorney to represent me. There is no doubt in my mind that Lew played a major role in helping me get through the darkest, most difficult time of my life.

As I said before, I know Lew has committed a serious crime and you must impose a sentence which includes imprisonment. I would respectfully request that in making this decision, Your Honor  consider not only the tremendous asset Lew Freeman has been to the South Florida community for the past four decades but also the lesser known acts of kindness and consideration he has selflessly performed for so many besides myself. Imposing a shorter sentence with a substantial amount of community service to be performed upon release would allow Lew to resume the positive contribution he has made to his family, his friends, and his community.

Respectfully,

Richard S. Cotler

## ROSS L. CRYSTAL

11750 Sunset Boulevard
#421
Los Angeles, CA 90049

June 2, 2010
The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: Lewis B. Freeman

Dear Judge Huck,

I have known Lew Freeman since I attended college at the University of Miami. At the time, I had the opportunity of serving as President of my fraternity, Zeta Beta Tau (ZBT) and on many occasions sought the guidance and support of Lew, who was a trustee of our organization.

As it turned out, in addition to acting as an advisor on fraternity matters, Lew also became a mentor and throughout the years, a good friend.

Upon my graduation I pursued a career in broadcast journalism as a radio and television reporter and talk show host. I continue to work in the broadcast business today. Truth, integrity and obeying the law are words that I believe in and follow. Therefore, I was shocked, angered and disappointed when I learned of the crimes Lew had committed.

Since that time, I have given much thought to the repercussions of Lew's actions, which are far reaching. However I also realized that those measures are, but one chapter in a life that has touched many people in positive and rewarding ways.

As a counselor, advisor and friend Lew has been there for so many people throughout the years, and has no doubt provided much of the inspiration for many students, who went on to become productive members of society. In many ways Lew has been an unsung hero. His ability to inspire and propel people in their careers and relationships is remarkable. Life coaching is popular in today's world, but Lew has been doing that with people for decades, simply because he cares.

Years ago, when I hosted a television talk show in Washington, DC, white collar crime was one of the topics we would discuss and I understood then how devastating the results of these crimes are. I also realized that some of the best guests on the topic were those people who had been to prison and were now out talking about their mistakes. It not only served as a warning to prospective felons, but it made people more vigilant of deceptive practices where they might become a victim, and even at times helped law enforcement agencies gain a better understanding into some of these crimes.

Your Honor, I know you must administer a just punishment for the offense that Lew has committed, but at the same time I hope you will take into consideration the good things that he has done for his community and the people around him. As for Lew's rehabilitation, I have a feeling that is already underway. I think it began on the day he plead guilty.

Page 2
Re: Lew Freeman
June 2, 2010

Hopefully, with your guidance and wisdom Lew will be sentenced to a term in prison that will allow him to pay for his mistake but then afford him the opportunity and productive time to inspire others in his community and elsewhere, as he has in the past.

Sincerely,

Ross L. Crystal

The Honorable Paul C. Huck

United States District Court

Southern District of Florida

400 North Miami Avenue

Miami, FL 33128


Your Honor,


I feel it an honor to write to you on Lew's behalf after all of the times in my life he has done so for me, I only wish it was in a different context than I am writing to you today.


My name is Brittany Custin, I am the daughter of Charlie Custin. Lew and my father were fraternity brothers at the University of Miami and remained good friends until my father's death one year and a half ago. My father always looked up to Lew, he was such a great friend to him always making my dad laugh and encouraging him in anyway he could whether it was advice in business or just being positive when my dad needed it most his last few years. When my dad first got sick Lew helped him become a mentor at the University, it was one of the things my father was most proud of and Lew helped to make that possible for my dad. Lew is a mentor for so many people including myself. The many times I have applied to schools, whether it be college, the peace corp or graduate school, Lew is always happy to write recommendation letters. Lew was always encouraging my parents to let me participate in study abroad programs, he has such great enthusiasm and is a champion for education.


My father was always my "advisor" helping me make decisions about work and brain storming with me. After my father passed away Lew provided me with that support. Anytime I call Lew with a question or when I was looking for advice after losing my job Lew helps me out with advice or discusses ideas I have about my future. When I helped organize the University of Miami Multiple Myeloma Walk, which supports research for the cancer my father died from, Lew called up the young men from his fraternity and asked them come out and support my dad and the walk. We had more

people at last years walk than ever and much of that was thanks to Lew. Lew has never let me down when I needed his help!

This past spring I was alone over the Passover holiday and Lew invited me to share a holiday meal with him and his family. Lew spoke to me about his upcoming sentencing. I believe very few people have the courage to speak openly about the mistakes they have made in their life. Lew is a very proud man but he was brave enough to put his pride away and speak to me openly, as a father would and he told me he had messed up badly and he would be taking responsibility for what he had done. I could see in his eyes how difficult it was for him to say that to someone like me who has always looked up to him.

There are so many people who look up to Lew and who count on Lew not only his immediate family, but also so many other people whose lives Lew has made an impact on. I can only pray and ask you not to take Lew from us for longer than truly necessary. A man with such enthusiasm for life and such a big heart could surely be of better use outside of a jail, helping others, which is what he does best! Please have mercy on Lew, have mercy on his family and have mercy on all of us who look to Lew for support. My father asked Lew to take care of my family when he passed and Lew has done that for us and I hope Lew will be back in our lives as soon as possible.

Thank you for taking the time to read my letter and again I ask for your leniency when sentencing Lew.

Sincerely,
Brittany Custin

The Honorable Paul C Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida, 33128

Dear Judge Huck:

My name is Ruby Custin. I'm the recent widow of Lew's close friend and Fraternity brother, Charlie Custin.

I've known Lew for years, though never REALLY knew him until my husband died.

Yes we all love Lew's funny, caring way. Always sharing a joke with my kids. He truly enjoyed their company. He is a REAL family man.

The Lew that I know has earned a deep gratitude from me. He took time away from his family, telling jokes and listening as my husband struggled to articulate how desperately he needed Lew to "look after Ruby". He repeated that phrase over and over to Lew. Lew in turn assured Charlie not to worry, everything will be fine. That was the last time they saw each other. When Charlie died Lew left his family while on vacation, rushed back here to make sure we were ok. He spoke for Charlie at his memorial. There were hundreds of people there, many said they would call and never did. Lew didn't have to say he would call he just did. He helped with problems, directing me to the right people. Asking how I was. Lew checked in over and over to see if the kids were ok. Not just with me, he also took the time to call the children directly. He showed true compassion and caring. The kind a soldier would show his brother and their family at a time of great loss, he made us feel we were not alone. Most people couldn't stand the pain of contacting us, Lew put his own personal hurt aside to reach out to us. I'll never forget that. I'll always respect him for his kindness.

Lew is the type of man who always took the time for his family, friends and social causes for the community. He is a loyal, loving, caring human being. Our community needs his energy, his positive can-do spirit.

Please show mercy when the time comes for sentencing. He is so much more of a man than the mistakes he has made.

I beg you to consider this side of Lew, the humanitarian Lew, loving father to a wonderful family, including a child with special needs.

Please allow him another chance to show his family and our community what real giving is. The gift of oneself. This man has a lot left to give us all.

Respectfully,

Ruby Custin

**EPILEPSY FOUNDATION®**
FLORIDA

*Not another moment lost to seizures™*

www.epilepsyFLA.org

**Chief Executive Officer**
Karen Basha Egozi

**Officers**
Patricia Dean, ARNP, MSN
   President
A.G. Newmyer, III
   Vice President
Debbie Whittle
   Secretary
Len Cramer
   Treasurer
Charles Jones
   Member-at-Large

**Board of Directors**
Matthew Baxter
Journey Beard
Allen R. Bohl, Ph.D.
Anthony M. Degina, Jr.
Danielle M. Duce
Tarina Garcia-Concheso
Novette Green, ARNP
Cynthia Harden, M.D.
Arleatha Henderson
Elizabeth Izquierdo, C.P.A.
Kristi Krueger
Edwin Liu, M.D.
Eduardo R. Locatelli, M.D.
Joe A. Martinez, Commissioner
Maria Elena Palacio
Vivian L. Rivera-Hanes
Seth I. Rubinson, Esq.

**Lifetime Honorary Member**
R. Eugene Ramsay, M.D.

**Locations**

Miami-Dade Office
7300 N. Kendall Drive, Suite 700
Miami, FL 33156
(305) 670-4949

Broward Office
512 NE 3rd. Avenue
Ft. Lauderdale, FL 33301
(954) 779-1509

Gainesville Office
1000 NW 8th Avenue, Suite A
Gainesville, FL 32601
(352) 378-4324

Jacksonville Office
5209 San Jose Blvd., suite 101
Jacksonville, FL 32207
(904) 731-3752

Palm Beach Office
3222 Commerce Place, Suite B
West Palm Beach, FL 33407
(561) 478-6515

May 31, 2010

The Honorable Paul C Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Your Honor:

I am writing this letter on behalf of my friend, Lew Freeman. I am aware that you are about to sentence him.  Since you only know him in regards to recent actions, I would like to share the Lew Freeman that I know.

I first met Lew over 20 years ago when his only son, Jaron was diagnosed with epilepsy. I am a nurse at Miami Children's Hospital and work on the unit with these children and their families. He was, as most fathers would be, devastated by the thought that his young son would have to endure such a thing. But he did not let Jaron see the fear he had, instead he instilled in him a confidence. He continually assured Jaron that he could overcome this and that he would stay by his side and support him in this fight. And that is just what he did. Jaron eventually outgrew the tendency to have seizures, but continued to have some of the other issues associated with this disorder.

Lew was not the kind of man to be content with his son doing well. He made it his mission to help other parents and children deal with this devastating condition. He became involved with the Epilepsy Foundation, joined the board of directors and became a force in our community in the fight against epilepsy. I am not talking about monetary contributions. He became willing to give of his time and energy to talk to other parents of newly diagnosed patients and offer his experience and compassion to help them deal with what they would be facing in the coming years. If he met someone in the community with a child with epilepsy and they were having trouble getting the medical help they needed, he would call me and ask me to help them. I joined the board of directors of the foundation and spent many years working with Lew trying to help families.  I have only known him as a man that cares deeply about people and went out of his way to help others.

He also instilled this value in his son Jaron.  Jaron came back to the hospital as a scout and made a video library for the children in the Epilepsy Monitoring Unit.  He continues to help me with the Foundation. Jaron still suffers some of the consequences of epilepsy and although he is a grown man, developmentally he is still very dependent on his father. As an advocate of the people of Florida with epilepsy, I assure you that family support is of great importance.

I hope you will take this side of him into consideration while you are deciding on his sentencing.

Sincerely,

Patricia Dean ARNP, MSN

Serving: Alachua, Baker, Bradford, Broward, Citrus, Clay, Columbia, Dixie, Duval, Flagler,
Gilchrist, Hamilton, Hernando, Indian River, Lafayette, Lake, Levy, Marion, Martin, Miami-Dade, Monroe,
Nassau, Okeechobee, Palm Beach, Putnam, St. John, St. Lucie, Sumter, Suwanee, Union and Volusia Counties

**STEPHEN J. DRESNICK, MD**
5901 SW 74th Street  Suite 408
Miami, Florida 33143
Tel 305-632 4224

June 1, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: **Lewis Freeman**

Dear Judge Huck:

I am writing this letter in support of Lew Freeman. I wish to start off by recognizing the seriousness of what Lew did. He has already paid a high price for his misdeeds in losing his licenses to practice accounting and law.

I recognize that a crime of this nature requires a significant sentence, however I believe that in Lew's case there are circumstances which should mitigate the time he must spend in prison. While I am not suggesting no imprisonment time, I am suggesting that returning Lew to his community for extensive community service and to help care for his "special needs" child will lessen the burden that others including his family and friends may have in this situation. As a physician, I feel that his son would particularly be able to lead a more normal life if Lew were to spend a significant part of his time under some sort of house confinement. Many of us familiar with the situation are very concerned how Jaron might react without his father for an extended period of time.

I could go on about all of Lew's good qualities and his involvement with this community but I am sure you will hear from others. I just feel that it would be very sad if he were not to be able to return to his family and friends as a productive member of our community.

Sincerely,

Stephen J. Dresnick, MD

# *Steve Feig*

June 1, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, Florida 33128

Dear Judge Huck,

I started writing this letter to you at least five times.  It is truly the most difficult letter I have ever written.  On one hand, Lewis Freeman certainly deserves whatever punishment that you see fit.  On the other hand, Lewis Freeman is an individual who I love and frankly respect.  I worked closely with Lew for many years at the Epilepsy Foundation.  When my son passed away of Epilepsy, his support was invaluable in getting me back to some sort of normalcy.  I cannot begin to understand what lead Lew Freeman to commit this crime and I cannot begin to appreciate what a judge such as yourself must go through when sentencing a man like Lew Freeman.  I can only ask you to consider Lew Freeman's contribution to the lives of those people who he knew personally and those he did not know personally.  In reference to the preceding, I want to stress that by contribution I do not mean monetary.  I mean the personal and emotional commitment that Lew Freeman has offered so many throughout his adult life.  I want to sincerely thank you for considering my plea in regard to the case before you.

Respectfully,

Steve Feig

*545 West 18th Street ~ Hialeah, Florida 33010*

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

May 24, 2010

Your Honor:

My law school professors consistently stressed the importance of examining the totality of circumstances in assessing any situation.  I believe such a balancing of the scales is particularly applicable in the case of Lew Freeman.  While I fully comprehend the magnitude of Lew's offenses, such behavior should be viewed in the context of his life conduct.

I have known Lew for 35 years.  He has consistently performed acts of unparalleled kindness and charity.  In 1984, my second son Sean was diagnosed with spinal meningitis at birth.  My wife and I immediately became acquainted with the emotional and financial commitment necessary to care for a child suffering from this ailment.  My wife founded a non-profit stationary business with the proceeds flowing to families in need of assistance in combating the disease.  One professional in the community voluntarily stepped forward to donate his time and expertise to cause, Lew Freeman.

In 1988, I awoke in the middle of the night with my house ablaze while my wife and three kids were sleeping soundly in the beds.  I threw the kids and our dog through the windows to save their lives.  We were left without a single family possession or momento.  Lew was there for us day and night, unselfishly giving of his time and resources.  He even appeared at my office with copies of photos of our kids playing together, which ensured that we would enjoy some tangible memory of our past.

Soonafter, I suffered a significant business reversal, which prompted our moving to Colorado.  A handful of friends stood by our side regardless of our circumstances, first and foremost amongst which was Lew.

Seventeenth century poet John Donne wrote, "no man is an island unto itself, every man ....is a part of the main".  Notwithstanding

his recent indiscretions, our society is the better for the involvement and inclusion of Lew.  His family requires his guidance and love.  I hope that when you combine the faculties of circumspection and introspection you feel it in your heart to show mercy and compassion in determining Lew's sentence.  I appreciate your time and efforts in making this decision.

Mark Friedland
673 Johnson Drive
Aspen, Colorado 81611

May 20, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL

Your Honor,

      I am writing this letter on behalf of Lewis Freeman. I was fortunate enough to work for Lew Freeman for over 5 years. Around the office it was often common to hear Mr. Freeman referred to as "uncle Lew." Indeed this was an epithet he well deserved. For many of his employees, Lew was like family. He was personally involved in many of our lives, helping out whenever he could. My case was no exception. I recall the day I met Lew for the first time at Scotty's Landing in Coconut Grove. I had just come out of rehab after struggling through years of drug addiction. Lew was there to lend a helping hand. He took me into his firm knowing full well my situation. He had faith in me, he believed in me. He gave me a second chance at getting my life back together. This of course was of great significance for me, but I always felt like it meant a lot to him too. It gave him great joy to know he was making a difference in somebody's life.  His kindness didn't end there, in fact that was just the beginning. Soon enough Lew approached me about going back to school, about making something more of myself. Before long Lew had me enrolled in the Miami Dade College Paralegal Program. During this time he not only paid for my classes, but he happily paid me my hourly rate for the time I spent in class. He wanted to see me succeed. He often inquired about my grades and progress. If I did well, he was very happy. Lew encouraged me where others would have given up. I just don't know where I'd be today without his help. Indeed, the job I presently have now is a direct result of the 5 years of experience I gained working in his firm and the skills I learned in those paralegal courses. I will never forget the great kindness done to me by Mr. Freeman.

Sincerely yours,

Daniel Genden

**Kathryn M. Gilden**
**9881 Southwest 2nd Street**
**Plantation, Florida 33324**
**(954) 423-4370 (home)  (305) 975-7444 (cell)**

May 19, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re:     Lewis B. Freeman

Dear Judge Huck:

I am writing this letter on behalf of Lewis B. Freeman in the hopes that you will consider my words when sentencing Lewis Freeman on June 25, 2010.

My name is Katie Gilden and I am a practicing Certified Public Accountant in Broward County. I first came to know Lew when I was 16 years old. I originally met Lew and his wife, Eddi-Ann, through mutual family friends and was a babysitter for their youngest child, Abigail, during my high school and college years at the University of Miami.

Although they had no reason to, other than the goodness in their hearts, Lew and Eddi-Ann more or less adopted me as part of their family. At a time when my own parents were going through a divorce and I was struggling with adolescence in the midst of my own family drama, the Freeman family consistently went out of their way to include me in holiday dinners and family events – they essentially treated me like a third child. Without their love and emotional support over the years, I would not be the person I am today.

I will never forget the day when I was tapped into Iron Arrow Honor Society, the highest honor attainable at the University of Miami, and immediately after I was tapped, around the corner of the door frame peered Lew's face, with just a hint of a smile. He didn't stay long or make a big fuss; he just quietly and humbly made sure that I knew he was there and that I had his support. It meant the world to me that he took the time to be there in that moment for me. That day epitomizes who Lew Freeman truly is – a person who cares about others and who takes the time to do the small things that make such a huge difference in others' lives.

Over the years following my graduation from college and graduate school at UM, I have maintained a close relationship with their entire family, especially Lew, and I have seen firsthand the positive impact Lew has had on so many people in our community. Lew Freeman possesses a generosity of spirit and capacity to love that is unparalleled.

Although some may think it ironic in the face of the charges against Lew, in the years I have had the privilege of knowing him, Lew taught me to be hard-working and diligent, to treat others with respect and dignity, and most importantly he instilled in me a sense of responsibility to the greater community that I will certainly pass on to my own children.

One of my greatest struggles over the last several months has been to reconcile in my mind the Lew Freeman who I have known and loved for so many years with the person who you see in your courtroom, facing punishment for crimes he has committed. The best reconciliation I believe is the most simple: Lew Freeman is a good man who made some very bad choices.

While I understand that he must face punishment, I would implore you to consider that ultimately at his core, he is a good man who still has so much to offer the community as a whole and who has so much more love and kindness to share with his family and friends.

I kindly ask that you sentence Lew to the shortest punishment possible.

Thank you very much.

Respectfully,

Katie Gilden

cc:   Lew Freeman
      Michael Gilden
      Joseph DeMaria, Esq.
      Robert J. Josefsberg, Esq.

Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

I have known Lewis Freeman for many years. I am aware that he committed a serious crime and that he hurt many people; however, I believe that a long prison sentence for Lewis is not in the best interest of our community or Lew. Lew is sincerely sorry for what he has done. He is aware of the many people he has let down as a result of his lack of judgment. He is committed to right the wrong by helping his community when he is released from prison. He will serve as a good example for others on how to avoid financial temptation and he will work tirelessly to improve our community and to help others.

Lew has a long history of community service. He has always given countless hours of his time to help others including students, young lawyers, members of his community, the University of Miami and many others. He has always been willing to help.

Lew is a good person who did a bad thing. A long prison term will not help him reform, because he knows what he did was wrong and he has committed to make it up to us for the rest of his life. He will not let you, his family, his friends and community down if you show leniency in sentencing him. Accordingly, I respectfully request that you consider sentencing Lew to prison for the shortest period permitted under the law.

Very truly yours,

ERVIN A. GONZALEZ

EAG/mr

To:

The Honorable Paul. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue,
Miami, Florida 33128

Re: June 25th sentencing

**Mercy for Lewis Freeman**

May 31st, 2010

Dear Honor,

I would like to approach you in reference to Lewis Freeman and provide you with my honest and personal experience with Lew, a special caring, giving, warm-hearted man with a true passion to support and contribute to society -  enabling other people to have a better life.

Apart from numerous publicly known good deeds which Lew has accomplished there is an additional story that I would like to present to you.  Some of his big-hearted projects and philanthropic achievements are well known to society and reported in the press. The special support and help that I received from Lew is not reported in any newspaper, not documented in any article, nevertheless it truly shows how much Lew has helped me in order to get a jump start in my life. This significant story is probably just one of many which he should be given credit to.

I grew up in Austria and spent around a year in the United States. After graduating from Florida International University, I was actively looking for quality work and went through a difficult time in my life. A lot of people were biased and reluctant to help me due to my Austrian background.  I did not know many people at that time. Then I was introduced to Lew Freeman who changed my life.
He took time during his busy schedule to meet and listen carefully to what a young mind like mine had to say. Lew was eager to understand my career goals and personal situation. After two detailed interviews and a few days I was given the opportunity to work for him and get an extraordinary chance to apply my knowledge und use what I have learned during my academic studies and previous experience.

Lew was always supportive to me, a real mentor who was motivated to share his immense knowledge. He enabled me to gain insights into a new world, provided me with learning and reading materials to be a fully trained and productive employee. My family being overseas it was not always easy – Lew was always there for me.  He believed in my skills and talents and fully included me in his team. He treated me with respect and the fact that he immediately offered me a place to work demonstrates that he was ready to help out a 25 year old who is far away from his family and home country.

Because of Lew I am now able to work in a major corporation in the field of Global Finance. I personally want to thank Lew for giving me a chance to jump-start my life. He allowed me to succeed and broaden

my horizons. I am conscious and know that Lew is an extraordinary man filled with good intentions who is primarily concerned to be a loving family man with a never-ending desire to give and help others out.

Lew is facing prison time from what has been communicated to me.
I believe that a man like Lew deserves to be fully evaluated from different angles - please consider and add my personal descriptions to the big scale as well to have a complete picture.

After all, I am fully convinced that the earlier Lew returns to society, the earlier we can benefit from a loving, helping, caring and giving man who is willing to inspire and guide young minds like me.

Please have mercy for Lew Freeman.

Thank you.

Sincerely,

Peter Gortva         , May 31st, 2010

1450 Brickell Bay Drive,
Miami, Florida 33131

US Cell:          +1 305 877 7866
Austrian Cell:    +43 699 1941 3884

peter1670@hotmail.com

 **VirginiaTech**

Athletic Department
Men's Basketball Office
274 Jamerson Athletic Center (0502)
Blacksburg, Virginia 24061
540/231-6725  Fax: 540/231-3440
*www.hokiesports.com*

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District Of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

I am writing this letter to ask you to consider leniency when evaluating Lewis Freeman's sentence. My name is Seth Greenberg. I am the head basketball coach at Virginia Polytechnic State & University. I have known Lew Freeman since1984, when I was hired as an assistant basketball coach at The University of Miami. In my transition to South Florida Lew served as a mentor and friend. He invited me into his family and helped me get acclimated to the Miami community. Lewis always cared about people. He is a person that would go out of his way to help anyone and did with me. He was genuine, caring, compassionate, sincere, and involved. He touched so many in a positive way. Weather it was his smile, a bad joke or a kind word. He gave of his time, he gave of his being. He not only volunteered his volunteer effort made a difference.

Yes, Lewis was a fan of UM but he was not a typical booster, he was a friend of the coaches. Long after I left Miami we remained close. I would many times call Lew for advice and guidance. When coaching at the University of South Florida Lew assisted me in securing work for one of our players from the South Florida area. He not only made calls to potential employers but met with the young man. He talked with him about working hard and being a good person. That is the Lew Freeman I know. He is a good person with a huge heart. He would go out of his way to be there for others and different causes. He brought people together and created teams of people that made a difference in the community in all areas. People of all walks of life, all ages, and nationalities are attracted to Lew. He has that rare ability to crossover.

I understand that Lewis's crime will include prison time, I would just hope you would consider leniency. Lew Freeman has been a contributing member of the South Florida Community. He genuinely cares about people and has the ability and the gift to touch people in a positive way! I am confident the Lew Freeman I know will do good things and once again contribute in a positive way to the community.

Judge Huck, thank you for taking the time to read this letter. If I can help Lew in any way or shed light on the person I know please don't hesitate to contact me.

Respectfully,

Seth Greenberg
Head Basketball Coach



Karen Guy
6468 Manor Lane
South Miami, Florida 33143

May 23, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re:   Lewis B. Freeman

Dear Judge Huck:

In 1993, I moved from Alabama to Miami.  After a few months of enjoying the sunshine I decided to look for a job and make Miami my home.  At that time, I went to work for Lew Freeman's consulting firm, and worked for him for many, many years!

Lew is one of the most intelligent people that I have ever met.  His aptitude to "glance" through hundreds of documents and come to a conclusion expeditiously was mind boggling.  He definitely is gifted!

Also, Lew was an adjunct professor at the University of Miami.  He truly enjoyed helping students along in school and was always available when they needed him.  At the end of the semester, I got to see the comments from the students – they could relate to his teaching style and they excelled, and adored him!

In addition, he has volunteered numerous hours for many charitable organizations, but the one that completely stands out to me is the Epilepsy foundation.  His son used to have epileptic seizures as a child so this organization has been very dear to him and his family.

When the firm went into Receivership and jobs were lost Lew was very remorseful and the effect it had on his employees.   He immediately contacted a lot of people to help me secure a job and move on with my life.

Your Honor, I know that Lew has plead guilty to a serious crime and I understand that his sentence will include prison time, but please examine the great things that this man has done in our community for so many people for so many years and be lenient with his sentencing.   The Lew Freeman that I know has always been there for not just me, but his friends and family, and the community.  Lew has been a productive and contributing member of society and after his release I hope that you will allow him to continue to be.

Sincerely,

Karen Guy

**Charles C. Harper, P.A.**
8520 S.W. 89th Avenue
Miami, Florida 33173-4555
Telephone: 305-279-3747
Fax: 305-279-1463
Cellular: 954-439-6057
Email: CharlieHarper@BellSouth.net

May 28, 2010

The Honorable Paul C. Huck
United States District Court
Southern Districtr of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: Lewis B. Freeman

Dear Judge Huck:

I am writing to you in the hope that in your wisdom and with compassion you can fashion a punishment for Lew Freeman that will take into account the good things he has done in his life and allow him to in some way to continue to contribute to society. I am sure this letter will be like many letters that you receive about Lew. He has been very generous with his time, energy and talent with friends, children of friends and in some instances people he really didn't know well. Lew seemed to genuinely enjoy doing things for other people and to get real satisfaction if he made someone's life better. If Lew has had one fault, it was that he was too generous and I suspect that is what has landed him in the present situation.

I met Lew in law school. My earliest memory of him is when I was walking in from a remote parking spot on the University of Miami campus and a car pulled up next to me and the door flew open and there was Lew-big smile-"get in I'll give you a ride". That was Lew from then until now. Lew was always doing for others and getting obvious pleasure from it. I have seen Lew spend hours trying to find a job for someone who hit a rough spot in their career or give a friend's child a job when the child couldn't find work. Everyone at Lewis B. Freeman and Partners ("LBF") had some connection to Lew or the University of Miami. Lew was always helping someone out.

Lew was a tireless supporter of the University of Miami and particularly the School of Law. He judged Moot Court competitions, mentored the son of a professor (and gave him a summer job), had a tail gate party for alumni and students before the football games and was a supporter of the Center for Ethics. He was always looking for a way to promote the University and I don't think he missed attending any events. I am not aware

of Lew ever saying no to any request the University made to him. Lew was always helping out his school.

Lew is a good family man and invested every bit of his free time with his family. I worked at LBF for a time in 2001-2003 and I had occasion to join him and his family for dinner on many nights. There couldn't be a more patient or loving father. Lew loves his wife and is very proud of her. They were sweet hearts in college and the high level of love and respect was always visible when they were together.

I had breakfast with Lew back in December before he pled guilty. We didn't talk about his case, but for the first fifteen minutes we were together he sat there with tears in his eyes. It was a hard thing to see. I don't know how Lew got into the situation he is in but I think he was always too generous with people and wanted to help everyone out. He didn't want to say no and he didn't want to let anyone down.

It seems like a waste for Lew to be sent away for a period of lengthy incarceration. As a lawyer, I understand the deterrent value of incarceration and that some period of incarceration is necessary. I respectfully request that this Honorable Court consider a very moderate period incarceration followed by a period of restrictive supervised probation with a requirement that Lew continue to contribute to the community. I hope that the Court in its wisdom can fashion such a sentence.

Thank you very much for reading and considering this letter.

Sincerely,

Charles C. Harper

# Salomon Hazday Jr. P.A.
Attorney-At-Law

Admitted in Florida and Georgia

2121 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134
Tel 305.442.8922
Fax 305.442.9001
*sal@hazdaylaw.com*

May 21, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re:    Lewis B. Freeman

Dear Judge Huck:

Fifteen years ago, Lew Freeman gave me my first job after law school. I worked for Lew's litigation support consultancy for around a year, leaving when I found a job as a corporate attorney, but I have kept in touch with Lew to this day.

The purpose of this letter is to request that Your Honor exercise leniency when sentencing Lew. I could state various reasons for my request, but I will only say that Lew has done more good than bad, and I will only give one example of the good.

Back in 1995, Lew had his office on the first floor of the office building at 3250 Mary Street, Coconut Grove. Just inside the entrance of the building sat a security guard and, day by day, I became friends with this gentleman. He was a simple man, but a hard worker. I always treated him courteously and with respect. He treated me the same.

One day, when I entered the building and said good morning to him, he responded with a broken voice. He seemed to have tears in his eyes. I asked him what was wrong, and he told me his son had been arrested for committing a crime. I had graduated from law school just a few months before, and I had no experience whatsoever with criminal law, but I told him I would try to help in any way. He thanked me profusely, and told me not to worry since Lew had already hired a criminal attorney to represent his son.

This anecdote crystallizes my view of Lew – someone who is always first to help. I do not know how or why Lew went astray. And I do not condone his actions in any way and feel that he must pay full restitution to the victims of his actions. I do, however, think that it would be counterproductive to sentence Lew to a long prison term. It is my opinion that Lew can still do a lot of good, and can redeem himself, if he is given a short prison sentence and is allowed to come back into society.

I urge Your Honor to show compassion to Lew, and to consider the future good that Lew can accomplish if he is given the opportunity to re-integrate himself into society as soon as possible.

Yours truly,

SALOMON HAZDAY JR. P.A.

Salomon Hazday Jr., Esq.

**JOSEPHS JACK**
TRIAL & APPELLATE LAWYERS

June 8, 2010

The Honorable Paul C. Huck
Judge, U.S. District Court
Southern District of Florida
400 N. Miami Avenue
Room 13-2
Miami, FL 33128

Re:   Lewis B. Freeman

Dear Judge Huck:

I respectfully write with regard to the sentencing of Lew Freeman.  I must confess I am neither objective, nor disinterested.

I have known Lew for approximately 40 years.  During that time, he has been a client, forensic expert, financial advisor but, above all, a dear friend.  His house was always open on the Holidays for people that had fragmented families.  I suspect that both you and the government are aware of the multitude of charities and civic organizations that he labored tirelessly for, asking nothing in return.  His example has spurred me to engage in such activity on a smaller scale.  It is because I have witnessed him serve in all of those roles with vigor, sincerity, compassion and dedication that I am so stunned by the recent revelations concerning his behavior.

I know in a general way of the damage he has done to individuals, businesses and important institutions in this community.  For this, he must be punished.  But, that punishment and suffering has already begun in devastating proportion - seeing his family flailing helplessly, his career - as a professional ended and losing the respect of those around him have taken him to his knees.

If permitted, the altruistic pursuits that were Lew's trademark could be redoubled and pursued with devotion.  The community could then gain back some of what he has taken from all of us.

Lew was not a high-liver nor one who did good as a step to lining his pocket.  He clearly lost his way, but he has a good soul and huge sense of community.  I hope he will have the opportunity to do for our community what he knows needs to be done.

Sincerely,

Michael R. Josephs

2699 South Bayshore Drive, 7th Floor · Miami, Florida 33133-5408
Mailing Address: P.O. Box 330519 · Miami, FL 33233-0519
Telephone 305.445.3800 · Facsimile 305.448.5800
www.josephsjack.com

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

In re: <u>Lewis B. Freeman</u>

Dear Judge Huck:

I have known Lew Freeman for forty-two years, and my wife and I have been a client of his accountancy firm for about forty years.

Lew Freeman betrayed his professional obligations and used other people's money for his own purposes. For this, he should be punished. However, we would ask that when sentencing him, you take into consideration the fact that he has a developmentally disabled son, now grown, who adores his father, depends on him, and is crushed by what he has done and what is happening to him. It would be merciful to allow his son to be able to look forward to spending time with his father again.

Further, because of Jaron's early disabilities, Lew became an active participant in the Miami Epilepsy Foundation. When I developed post-trauma epilepsy after suffering a head injury, Lou was able to give me a great deal of good advice and support.

We understand what Lew did to his victims only too well. Five years ago, my wife and I were victims of a Ponzi scheme headquartered in San Diego, where we live. We invested in a hedge fund whose managing partners stole more than sixty million dollars from pension plans, lawyers, investment firms and individuals like us. The two principals of that fraud were sentenced to serve five year prison sentences in Federal prison.

We feel that the judge's sentence in that case was reasonable, in that their lives have been ruined by the loss of their ability to ever practice their profession again, the prison time, and seizure of their assets. Lew's life will also be destroyed in the same way, and we feel that a comparable sentence would be adequate punishment.

Respectfully,

*Joanne B Kaplan*

Joanne B. Kaplan
3699 Torrey View Court
San Diego, CA 92130

*Louis A. Kaplan*

Louis A. Kaplan
3699 Torrey View Court
San Diego, CA 92130

May 19, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Your Honor:

I am writing this letter on behalf of Lewis Freeman. I understand that you have a decision to make which will greatly affect Lew and his family. I hope to be able to provide you with some insight into who this man is by telling you of the many kindnesses he has shown me since we first met. I also hope that insight will cause you to find it appropriate to be as merciful as possible in deciding Lew's fate.

1999 was a rough year for me. I was in my sophomore year at the University of Miami and had just learned that my father was going to be spending time in prison for crimes he had committed. My father had been my sole provider up until that time. I'm sure you can imagine the magnitude of the situation and the great concern that I had about how I would continue on. I had no idea how I was going to pay for my next meal, let alone shelter and school.

That's when I met Lew. We had a mutual friend through our fraternity who mentioned my situation to Lew and he expressed a desire to help. After a brief meeting, we determined that I would take a semester off and go to work for him. The plan was to put away as much of my pay as I could and then apply for financial aid so that I could get back into school the following semester. At the time, it seemed like a long-shot that I would finish school. However, it all worked out. I was able to obtain the aid I needed and start school again the next semester.

Once I started back to school, I had to cut my hours back at work so that I had time to take a full load of classes and study. Money became tighter and I was having problems paying some of my bills. I had been living in my fraternity house and began taking some heat for being late with my payments. Lew came through again using his connection with the fraternity to grant me some leniency so that I could continue school with a roof over my head.

I graduated from the University of Miami in December of 2001 with the degree I had set out to obtain before I knew of my father's problems. I could not have succeeded if it were not for the assistance Lew provided.

Lew also helped me out in another situation. It seems my father had committed some of his crimes using a bank account that we shared and the authorities wanted to question me about this. While I had not been involved in any criminal activity, I didn't understand

what was going on and was nervous about being interviewed.   Lew called a friend who practices law and got him to agree to be present at the interview on my behalf.   Lew even took time out of his busy day to go with me to meet this lawyer and make sure that I was comfortable and that all of my concerns were addressed.   Normally, this would cost someone a lot of money, but it was all done gratis thanks to Lew's involvement.

My relationship with Lew was not limited to only work and the issues my father caused. Lew spent a lot of time helping me in other ways.   I no longer had a home to go to during the holidays.   Lew always made sure I had a family to spend those days with.   I was always welcome at his home and embraced by him and his family.   When I graduated from college, they were the family that I celebrated with.   It was obvious to me that family and togetherness were important to Lew and he wanted for me to have the same.

While I do not know every charitable or philanthropic event Lew has been involved in over the years, I can tell you that he was regarded by everyone I met as a selfless man who gave more of himself then he ever received.   I know that Lew was very involved in the Epilepsy Foundation in the Miami area.   He was also very involved in his Synagogue. Lew also served as the executive trustee of our fraternity which involved acting as a liaison between the chapter and the national office.

With all that I know about Lew Freeman, I was greatly saddened to hear of this situation. I have read the news articles and am aware that the FBI has referred to Lew as "motivated by greed".   I am not familiar with all of the specifics regarding his crimes, but I can tell you that Lew Freeman is not a greedy man.   From what I have seen, he gives way more then he receives.

I know from my recent contact with Lew that he is very sorry for the harm that he has caused others and that all of the hurt and pain are constantly on his mind.   He is remorseful and accepts that he will be punished for his crimes.   I pray that the court decides a punishment that allows Lew to pay his debt to society and go home to his family with time left to redeem himself and begin a new life.   Lew provided me with an opportunity to deal with adversity and move on and he deserves the same.

Thank you for your time and for your consideration.


Respectfully,

Brett Katz

**KRISTA KELLOGG**
18033 SW 93rd Avenue
Palmetto Bay, Florida 33157

June 1, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: The Measure of a Man

Dear Judge Huck:

Thank you for the opportunity to provide a letter of support for Lew Freeman. Though it is my absolute honor to do so, it seems an impossible task to adequately portray the goodness of the man in a simple letter balanced against the gravity of the potential consequences – many of which have already been realized. Thankfully, there is a lifetime of evidence to draw upon.

I have known Lew Freeman all of my life. Lew and my father met as freshmen at the University of Miami more than forty years ago. He has been a stalwart and loyal confidant to my father and to our family ever since, tracking our lives with his own as he and my father built professional practices, honed impeccable reputations in their respective lines of work and nurtured growing families. Lew saw us through the darkest of times and our families celebrated many of life's most precious moments together – births, deaths, weddings, mitzvahs and too many Hurricanes football games to count.

Lew has been like a second father to me, providing professional and personal guidance throughout my life, alerting me to opportunities and singing my praises around town to anyone who would listen. He has always been there for me without fail, without condition, without question. That's just Lew.

Larger than life in his many social and professional circles, the gentle heart of the man was often lost on passersby and hangers-on (and there were many) who benefitted from Lew's generous nature and gregarious demeanor. He always had a summer job for somebody's kid, an extra ticket for the game and whatever else was frequently asked of him, generally without a hint of reciprocity. He just gave and gave – to his friends, to his family and to his community. Those of us privileged enough to know the heart of the man, know that he did so quite naturally. Those of us still around to bear witness to his decency know that all that giving can be exhausting and that some days we may simply cross the line.

Lew is a good man, a smart man, a man who knows the consequences of a line crossed. He has already endured the profound humiliation of a powerful man rendered powerless as a result of

his actions. He has already lost most everything one can lose. He has watched wide-eyed as his business, his colleagues, his friends, his possessions, the very evidence of a life, continues to be scattered to the wind.

This letter will undoubtedly accompany many others outlining Lew's good works and other such accolades used to determine his merit. In the final analysis however, the far greater measure of the man and the most compelling evidence to me of his worthiness of mercy by the court is his not yet exhausted capacity to do right by those left standing amongst the rubble. No matter the sentence, he will still be a husband and a father to his wife, Eddi-Ann, his son, Jaron and his daughter, Abigail. What a far better chance they will have to recover from this deep chasm of trauma if he is home with them, where he belongs, giving and giving to the people that matter most – sooner rather than later.

Thank you for your consideration.


Sincerely,

Krista Kellogg

2



May 17, 2010

The Honorable Paul Huck, Sr.
United States District Court
Miami, FL

Re:    Sentencing Recommendation for Lewis B. Freeman

Dear Judge Huck:

I am writing in connection with the Court's upcoming sentencing of Lew Freeman. I want to provide the Court with information about Lew that may be helpful to the Court in making its decision about sentencing.

I am a former employee of Lew. I have spent virtually my entire career in law enforcement and as a government regulator. This has included serving as the securities director for the states of Idaho and Utah and spending almost ten years in the Utah Attorney General's Office, including appointment as Chief of the Commercial Enforcement Division. While most of my enforcement work was civil, I have prosecuted a number of white collar criminal cases.

I first met Lew in 2007, when I was Director of the Utah Division of Securities. My office was investigating a $140 million Ponzi scheme that was based in Utah but also involved two companies headquartered in Nevada. Lew had just been appointed as bankruptcy trustee for the two Nevada companies and visited our offices in Utah, seeking information about the Ponzi scheme and the companies for which he had been appointed as trustee.

The contrast between Lew's efforts and the work of the trustee appointed for the Utah companies in bankruptcy was stark. The Utah trustee had no progress to show from his efforts. Within a week of being appointed, Lew was able to identify what assets were in the companies and suggest a plan for realizing value from those companies. In the end, the Securities and Exchange Commission requested the appointment of a receiver for all the entities. The receiver took over the case, adopting the strategy Lew had developed. As a result, the receiver already is recovering substantial assets for the victims of this enormous fraud.

I was impressed not only with Lew's ability to develop quickly a plan for moving a case forward, but also his willingness to take a case with no assurances that he would be paid. He seemed driven by a need to identify ways to find money he could return to the investors – when no one else saw prospects for recovery. Even when he recognized that it was unlikely he would be paid for his work, he still spent additional time to recommend a solution that would result in recovery for the victims and worked with regulators to ensure that solution would be implemented properly.

When I left government service in February 2008, Lew invited me to join his firm and to open an office in Salt Lake City. Over the next year and a half, I had many interactions with Lew and the others in his firm. He made several trips to Utah, I made a number of trips to Florida, and he and I also worked together on projects in other states. During that time, I feel like I got to know Lew well and we became close friends.

I was as shocked as everyone else at the allegations against him and more so that the allegations appear true. It is tragic and more than a little ironic that someone entrusted with recovering funds lost to fraud would allow himself to breach the trust placed in him. I was particularly perplexed in light of the extent to which Lew continually insisted to me that the behavior of receivers must remain above reproach.

You are now responsible for determining what punishment should be imposed for this crime. I ask you to consider other factors that reflect his true character. Lew has been a positive force in the South Florida community from the beginning – and unquestionably long before his misconduct. I believe that gives the best insight into his soul. His activism was not for show. It reflects his belief of a duty owed to his community and to society. I believe that the fact that his community service continued even after financial difficulties induced his crime should be seen as an indication of remorse – that he felt a desire to keep giving to the community while searching for a way to repay the funds.

I ask that you not view Lew's conversion of funds in isolation. Instead, his conduct should be evaluated in the context of a life dedicated to righting wrongs, zealously rooting out the fraud of others, serving the community, and enlightening the community and the legal profession about the ways receivers can aid investors, the legal profession, and the courts. Lew has consistently demonstrated a willingness to perform work on cases when the prospect of payment was remote. Such cases highlighted his genius in finding sources of recovery that others could not find. Victims were helped because he persevered when others gave up.

When you consider the entire context of his career and his service to the community, I hope you will decide to balance a proper punishment for this serious crime with a recognition that Lew is a good man who has – for many years – made enormous, positive contributions to his community and who can continue such service after he serves his sentence.

Sincerely,

WAYNE KLEIN

# BOIES,    SCHILLER    &    FLEXNER    LLP

100 SOUTHEAST 2ND STREET • SUITE 2800 • MIAMI, FL 33131-2144 • PH. 305.539.8400 • FAX 305.539.1307

May 27, 2010

Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

My name is Michael Kosnitzky, and I am the Senior Tax Partner at the law firm of Boies, Schiller & Flexner LLP. I am 52 years old and reside in Miami Beach, Florida. I work in both the firm's New York City and Miami offices.

I have known Lew Freeman for over twenty years. Originally, our relationship was as professional colleagues. Later, we also became friends. I can only hope and pray that my letter will be favorably considered by you in making your sentencing decision with respect to Lew, who I believe should be shown leniency by your Honor.

In the years I have known Lew, he has been known to me, and other members of the Community, as an honorable and decent person. Certainly the crimes for which he pled guilty and was convicted are completely out of character for a person held to his level of professional and civic esteem. Because of my deep and abiding respect for Lew, I followed his advice and I agreed to join the Board of the Epilepsy Foundation of South Florida. Lew's son, Jaron, suffers from Epilepsy, as does my brother, so in Lew I found a kindred spirit who was also interested in helping people, particularly teenagers and young adults, who suffer from this often debilitating disease. Because of my involvement with Lew in the Epilepsy Foundation, I was able to observe Lew first hand as he served as the Foundation's President. I can say without reservation that Lew was the consummate leader and one of the hardest working volunteers I have ever seen. No job was too big or too small for Lew. He turned a fledgling, underfunded organization into one of the most successful Epilepsy organizations of its kind in the country and one of the best run and effective charitable organizations in Miami-Dade County based upon the independent evaluations conducted by the United Way and others. As President, Lew stressed the need to provide services to indigents and the medically underserved in our community. When I later became President, Lew turned this already successful organization over to me to carry on Lew's mission and legacy. There are many people like me in our community who, but for Lew's recruitment and persistence, would not be participating in civic and charitable organizations and causes or participating at a level of much less commitment.

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

Honorable Paul C. Huck
United States District Court
Southern District of Florida
May 27, 2010
Page Two

Certainly I am not suggesting that Lew should not be punished for his crimes.  He has certainly hurt many people, but I hope and pray that your Honor shows mercy on Lew, not for Lew's sake, but rather for the good he can continue to do in our community if he is given the opportunity to rejoin society as a productive and contributing member.

Sincerely,

MICHAEL KOSNITZKY

MK/jab

# RICHARD J. LAMPEN
**350 Costa Brava Court**
**Coral Gables, Florida 33143**
**(305) 663 – 9016**

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

        **Re:**    **Lewis B. Freeman**

Dear Judge Huck:

I have had the honor and the pleasure for the past 25 years to call Lew Freeman my dear friend. I have known Lew as a devoted husband to his wonderful wife Eddi-Ann, the loving father of two great children, Jaron and Abigail, the attentive godfather to my youngest daughter, and a leader and driving force in many activities that have benefitted so many in our South Florida community.

I did not do business with Lew Freemen so I cannot provide additional information to what you will have already received on that score. Your Honor, you bear the heavy burden of determining the appropriate level of punishment for what are obviously serious misdeeds by Lew in his business activities. I have had the responsibility of running several public companies and have been a partner in a large law firm and a large investment banking firm. I fully understand that there are consequences under our laws, as there should be, when people cross the line of honesty in their business activities. However, before you make the sentencing decision you now face, one which will determine the balance of the direction of Lew's life, I want your Honor to have the benefit of hearing about the Lew Freeman I have known for two and a half decades -- a person who is loving and caring and has brought so many good things to so many in our community.

I know you will be receiving many letters cataloguing Lew's extensive community efforts and other good deeds, so I will not burden your Honor with a repetition of those achievements. However, I would like to point out three examples of Lew's community work in which I have had personal involvement. To begin with I must point out that my participation in these activities was in large part due to Lew who initially inspired me to become involved with these organizations:

- Miami Children's Museum - Lew Freeman is among the small group of people as to whom we can truly say 'but for" him, the magnificent Museum on Watson Island our entire community benefits from today would not have come into being. Lew got me involved in 1992 when I returned to Miami and I have stayed very engaged to this day. When Lew first encouraged me to get involved, Miami was the largest metropolitan area in the country without a children's museum and we faced significant challenges in developing one. Lew was a quiet force in what transpired over the next decade culminating in the new Museum opening. He served as a director and during the late 1990's and early 2000's when he encouraged me to Chair the museum's board, Lew was responsible for getting a large number

The Honorable Paul C. Huck
**Re:   Lewis B. Freeman**
May 24, 2010
Page 2

of the key board members involved, for making important introductions to key donors and community leaders, and for guiding the board through a very complex political process.  He also provided oversight in connection with the construction of the Museum's current home, and was a constant source of confidence and good cheer during the many days when our problems seemed insolvable. Lew helped us believe it would all turn out right in the end, and it did. Since opening in 2003, more than 1,000,000 visitors have benefitted from this public service, and it is now one of the most important institutions in South Florida for families with young children. It is not only an enjoyable institution of learning for the entire community, but in a world of diminished budgets and cutbacks in our public school system it meets an important need in our community on a daily basis -- by providing a venue for school field trips that expose children throughout our community to music, art and culture, many of whom would not otherwise have that opportunity.

- Epilepsy Foundation - Lew and his wife played a key role in the growth of the Epilepsy Foundation in the 1990's as it became the important clearinghouse it is today for information and clinical services for this long misunderstood and frequently misdiagnosed disease. Lew's family was directly impacted by epilepsy and they did all they could as parents to seek the best treatment options for their child. However, our entire community has benefitted once again because Lew and Eddi-Ann did not stop there.  They made a decision as a couple to do much more than just worrying about themselves, and instead worked to address the needs of other similarly situated families.  Many of those families lacked the knowledge and resources required to properly address the complicated and emotional issues they faced.  Lew served as a director of the Foundation (a role he got me involved in also) and then as its Board Chair. He introduced the organization to many of the community leaders who later became involved, and with Eddi-Ann, led the annual galas that helped fund the Foundation's needed services.  My own personal measure of someone's success as the leader of an organization is whether that individual leaves the organization after his term in good hands and better off than when he began.  On that score alone, Lew's efforts as a leader were a phenomenal success.  Yet, beyond that measure, Lew's voluntary efforts for this Foundation continue to be appreciated and respected all the more since the changes that were made during his tenure were so transformational they persist to this very day.

- University of Miami - I know you will have heard of his many levels of involvement there - from being responsible to bringing the 2004 Presidential debate to UM to his decades of work on what seems like every facet of its activities, and I doubt I can add to what you will otherwise learn. What I have personally experienced is his amazing commitment and love of this extremely important community institution, and his personal connection with so many people there. Sure, Lew knew the President of UM and the administrators and Deans but Lew's connection over many years came through the attention and acts of friendship he provided to the people behind the scenes - the secretary in the office, the young man behind the ticket counter, and so many other examples. He did not do what he did for his own personal aggrandizement, and he never sought to be out front and garner publicity or accolades.  Lew voluntarily performed these acts of kindness because he cared about the school and the people associated with it.  On a personal note, Lew and I share a great love of Canes sports, which for many years was my sole connection with the university.  However,

The Honorable Paul C. Huck
Re:   Lewis B. Freeman
May 24, 2010
Page 3

over the course of time, Lew gently got me to see UM as more than a team to root for
and encouraged me to lift my sights to becoming engaged with the university as one of the
intellectual and educational epicenters of our community.  I am pleased to say I have done
that and hope in some small way to have made a contribution.  What I can say with certainty
is that I am one of many who can tell the same story about Lew inspiring them to become
more involved, and that UM and our community are the better for it.

In sum, Lew Freeman is a good man who has shouldered his responsibilities as a husband and
father, and who has gone out of his way as a member of our community to meet the needs of many other
individuals and institutions that are much better off than they would be without his efforts.  On a personal
level, I must add that no one can ask for a better friend in this world.  I write not to defend or excuse
Lew's actions in the business world -- he has clearly admitted he has done significant wrong and for that
the law requires that punishment be given.  However, I would humbly and respectfully ask your Honor to
consider, in exercising your judgment, that there is another side to Lew that has done so much good for so
many in our community.  In life, there are "doers" who see what is wrong or could be better in the world
around us and make the effort to do something about it -- from small acts of kindness, like a smile and a
joke which lifts the spirits of those who are down, to the issues of larger consequence facing our
community.  Lew is such a person.  He is 61 years old and, like all of us, has a finite time left in this
world.  While I understand that due to his actions some portion of Lew's remaining time will be spent
serving his punishment, I beseech your Honor in the exercise of your discretion to show leniency to Lew
Freeman so he can return to his family, who desperately need and rely upon him, and our
community, sooner rather than later to continue his life's work as a contributing member of society.

Respectfully submitted,

Richard Lampen

**David Lawrence Jr.**

2800 Toledo St./#2
Coral Gables, Fla. 33134

May 29, 2010

The Hon. Paul C. Huck
U.S. District Court
Southern District of Florida
400 North Miami Ave.
Miami, Fla. 33128

Your Honor:

My vantage point on Lew Freeman:

As I was seeking to pass The Children's Trust, he connected me with others in the community who could help with a campaign. His help in an important cause was meaningful help.

I know that he abused the trust that others placed in him, and he surely knows that he will need to pay the price for that. But I hope that having served his time, he will have years beyond in which he can contribute to the lives and futures of the children of Florida.

At the core of my own beliefs is redemption -- the chance to redeem oneself.

Thank you for justice and for mercy.

Sincerely,

David Lawrence Jr.

# KENNY NACHWALTER

MICHAEL NACHWALTER
mn@kennynachwalter.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

June 7, 2010

Honorable Paul C. Huck
United States District Court
Wilkie J. Ferguson, Jr. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re:    Lewis B. Freeman

Dear Judge Huck:

This letter is being written on behalf of Lewis Freeman, who will be coming before Your Honor for sentencing. A letter such as this is difficult to write because it is distressing to see someone you like in a situation such as the one Lew presently finds himself.

I have known Lew for many years, and first met him when he was a student of mine at the University of Miami School of Law. Lew has always been gregarious, has a big heart and tremendous energy. His firm did some work for me as an expert, and demonstrated competence and diligence in connection with that matter. Besides his outgoing and fun personality, Lew has made many positive contributions to this community. He is a tireless supporter of the University of Miami and contributed his time and effort to making Miami a better place to live.

When I first talked to Lew about the conduct that causes him to be appearing before this Court, his comment to me was "I messed up;" and indeed he did. I would hope that this Court in imposing its sentence would consider the many good attributes that Lew has and the positive contributions he has made to our community so that, after he pays his debt to society, he has time to return to our community and restart a productive life.

Respectfully yours,

Michael Nachwalter

MN:dl

| TENNESSEE OFFICE | TEXAS OFFICE | WASHINGTON SATELLITE OFFICE |
| --- | --- | --- |
| 215 WEST BROADWAY STREET, SUITE D | ONE CONGRESS PLAZA | 1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR |
| ROGERSVILLE, TENNESSEE 37857-3280 | 111 CONGRESS AVENUE, SUITE 1060 | WASHINGTON, D.C. 20004-2436 |
| TELEPHONE 423.272.5300 | AUSTIN, TEXAS 78701 | TELEPHONE 202.756.4373 |
| FACSIMILE 423.272.4961 | TELEPHONE 512.480.8023 | FACSIMILE 202.756.7323 |
| | FACSIMILE 512.480.8037 | |



**STINSON SECURITIES, LLC**

19 May 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: Lewis Freeman

Your Honor:

The purpose of this letter is to stand in support of, and to ask the Court for leniency in the case of Lewis Freeman.

I have known Lew for more than 45 years. Lew befriended me when I was a 15 year old African American sophomore in high school in Syracuse, New York. Nottingham High School had fewer than 50 African American students in its population of 1200. Lew took me under his wing and helped me navigate what was then an alien and often confusing world for someone like me, who came from a single parent home of modest means.

We were fraternity brothers throughout high school and stayed in touch over the years. I've been able to visit Lew on some business trips to Miami. I was always struck by the fact that everyone seemed to know him and seemed genuinely glad to see him wherever we went.

More importantly, when I had a near fatal accident in November 2008, Lew was one of the first people to inquire about my health. He offered my family and me his concern and his prayers nearly weekly over my four month period of recuperation. Despite his own considerable problems, he continues to check in with me regularly to see how I'm progressing.

I understand the seriousness of Lew's crime. It brought tears to my eyes when I read the facts because it was not the man that I've known for most of my life. I respectfully ask that you take into consideration Lew's entire life and contributions when you impose your sentence. I ask that you give him an opportunity, once he pays his debt for his crime, to rejoin his family and his friends in such a time when he'll still be able to atone for his mistakes and restart a productive life. I know I will do everything in my power to help 'my brother'. I pray that I'll get to see him again soon.

Respectfully,

Lonnie Odom
President & CEO

55 Francisco Street, Suite 800 • San Francisco, CA 94133
www.stinsonllc.com

LAW OFFICES

# John B. Ostrow
PROFESSIONAL ASSOCIATION

COURTHOUSE TOWER
44 WEST FLAGLER STREET
SUITE 1250
MIAMI, FLORIDA 33130

JOHN B. OSTROW
STEPHEN A. OSTROW
MORGAN P. OSTROW

OF COUNSEL
KAREN A. GIEVERS

TELEPHONE 305-358-1496
FACSIMILE 305-371-7999
E-MAIL jbostrow@johnbostrow.com
WEBSITE www.johnbostrow.com

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re:    Lewis Freeman

Dear Judge Huck:

Please accept this letter in support of Lewis Freeman.

Lew and I have lived in the same neighborhood for over 30 years. My middle son and his son, as young children, would play together at the local park. As active fathers we were often in each other's presence keeping our eyes on the children.

My impressions of Lew have developed over those 30 years. He has always had a very large caring heart and always put himself out to "lend a hand" with the personal needs of friends or community needs. I have observed that from the early playground days to his community activities over the entire time I have known him.

Through our lives we all periodically make bad decisions. Clearly, Lew has had a very serious lapse in judgment for which he must now account.

As former Chairman of the Florida Board of Bar Examiners, I was often troubled when deciding to bar an applicant who had made a mistake from the practice of law. The decision was usually based upon whether we thought the applicant presented a danger to potential clients.

The Honorable Paul C. Huck
June 4, 2010
Page 2

You are obviously faced with an even more difficult decision.  There is a much more difficult issue regarding Lew.  His actions have already cost him his law and accounting licenses, thereby eliminating the chance he will repeat his wrongful acts.  The shame he has brought on himself and his family is even further punishment.

The term for which he should be incarcerated will be stacked upon an already shamed and remorseful man and yet should be tempered to allow a good man an opportunity to return to the community to continue the many good activities he is known for and repair whatever damage has been done.

Sentencing Lew to a long term of imprisonment as opposed to a short term will cost the government and not be in the greater good.  Lew should be allowed to return to his family with many good years left to rebuild his life, support his family and continue his good community involvement.  Almost any term of years will accomplish what should properly be accomplished by a prison term.  Extra years in Lew's case will be self defeating.

I apologize to the court if this letter is preachy.  I only wish to convey my knowledge of the man which may assist the court with a most difficult decision.

Respectfully Submitted,

JOHN B. OSTROW, PA

JOHN B. OSTROW

JBO/yc

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

CHARLES C. PAPY, III, P.A.
DIRECT DIAL: 305.960.2222
PERSONAL FAX: 305.397.1905
E-MAIL: CCPAPY@DUANEMORRIS.COM

www.duanemorris.com

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL  33128

Re:   **Sentencing of Lewis Freeman**

Dear Judge Huck:

I had the pleasure to meet Lew Freeman when I was an undergraduate at the University of Miami. As Lew and I are both members of Iron Arrow at the University, I had an opportunity to work closely with him. Our friendship developed in the early 1970's and continues to this day.

Over the last 25 years I have hired Lew and his firm on several occasions to provide forensic accounting for our clients. At all times the work that was performed was of exceptional quality without any concerns as to any impropriety or unethical conduct. I was extremely shocked and disappointed to learn of Lew's indiscretions and inappropriate activities. These activities are certainly not acceptable and were not expected from a person that exhibited in the past such exceptional qualities. Certainly, Your Honor has a difficult task in weighing this conduct against the exemplary history of a true giver to this community. Notwithstanding the present circumstances, Lew has been a model citizen in our community. I can't remember a charitable event or activity for the benefit of children and other unfortunate members of our town that Lew did not participate in. During my entire relationship with Lew, I have always believed that he was truly a giver and not a taker.

I hope, Sir, that you have an opportunity to review Lew's entire history and that your decision will take into account the great contributions that he has made through numerous charities, the University of Miami and to helping those in many instances who cannot help themselves. Yours is a difficult decision and one which I am grateful that you have been chosen

DUANE MORRIS LLP

DuaneMorris

The Honorable Paul C. Huck
June 4, 2010
Page 2

to make.  To the fullest extent possible, I am hopeful that you will be merciful to Lew in imposing your sentence.

Very truly yours,

Charles C. Papy, III, P.A.

CCP:vjs

Euripides Psiloyenis
7564 SW 190th Street
Miami, FL 33157
☎ (305) 233 9517

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue,
Miami, Florida 33128

Dear Judge Huck,

I am writing to appeal for leniency for Lewis Freeman in view of his acts of kindness in helping so many people, of which my family is one of the very grateful recipients.

My name is Euripides Psiloyenis, married with two children. In 2006, a close friend of mine who had been helped by Mr. Freeman many years earlier, called to ask for his help on my behalf concerning my son's worsening Epilepsy. Immediately, Mr. Freeman arranged to introduce us to a leading pediatric neurologist that he also knew through his many years of voluntary work with the Epilepsy Foundation of Miami. This neurologist agreed to take our case thanks to the efforts of Mr. Freeman. His help could have ended there, however, Mr. Freeman took it upon himself to stay in contact with me to know of my son's progress.

Since then we have learnt of the endless unselfish hours of work Mr. Freeman volunteered to the Epilepsy Foundation. Many families afflicted by Epilepsy have benefitted as a result of his hard work there.

Your Honor, I fully appreciate the seriousness of his crime and that his sentence will include prison time. I must appeal to you though to please consider that he has also made positive contributions to society in many ways, and that releasing Mr. Freeman from incarceration in good time will allow him, by way of his hard working capabilities, to become the valuable citizen he once was; helping his family and others.

Yours sincerely,

Euripides Psiloyenis

**Susan Tryson Rodin**

2660 Riceville Drive
Henderson, NV 89052
702-617-6463

▶ **The Honorable Paul C. Huck**
**United States District Court**
**Southern District of Florida**

400 North Miami Avenue
Miami, Florida 33128

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Your Honor,**

I am writing in support of Lew Freeman, a friend of many years. My late husband, Michael Tryson, was a fraternity brother of Lew's at the University of Miami in the 1960's. I have fond memories of Lew during that time and remember him to be willing to help in many ways, including helping other students with personal problems, as well as being active on campus in multiple aspects, including organizing activities that benefited the image of the University.

After college, our friendship continued with Lew always being helpful professionally and personally even including my children when their father was gone.

And this is the most important issue that I would like you to know. My son had a difficult time growing up, as many young people do. But with the loss of his father, Lew stepped in and provided a "father" figure that helped Avi with his college, then Law School decisions. Avi would relay to me his discussions with Lew that were heartwarming because Lew carried his fraternity "brotherhood" responsibilities to a new level.

Personally, I am very saddened by Lew's situation and am more than willing to help in any way possible. In writing this letter, I hope to convey a side of Lew of which you may not be aware. He is truly a kind, generous, warm individual who has been a very good friend to my family.

Sincerely,

Susan Tryson Rodin

May 24, 2010

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# GRAY | ROBINSON

ATTORNEYS AT LAW

1221 BRICKELL AVENUE
SUITE 1600
MIAMI, FL 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

*FORT LAUDERDALE*
*JACKSONVILLE*
*KEY WEST*
*LAKELAND*
*MELBOURNE*
*MIAMI*
*NAPLES*
*ORLANDO*
*TALLAHASSEE*
*TAMPA*

Robert A. Schatzman

305-913-0380
ROBERT.SCHATZMAN@GRAY-ROBINSON.COM

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

**Re:** **Re: Lewis Freeman**

Dear Judge Huck:

Through life's experiences we witness good people who conduct themselves badly and bad people, who, on occasion are moved to good acts. As a bankruptcy lawyer for over 40 years in our community, I have witnessed both ends of the spectrum.

Lew Freeman, without question, is a good person who has conducted himself in a manner that deserves punishment. He has broken our laws, broken faith with those who have placed their faith in him and shattered the belief of those who are close to him and truly love him.

Lew Freeman is one of my closest and best friends. I don't believe many know him as well as I. We have been friends for over 35 years, as has been our families. We have shared family vacations and spoken almost daily over the years. We have shared tragedies, bad news and joyous occasion together. Throughout the years Lew Freeman has been there for myself and my family, with support and comfort during the most difficult times.

He is not to be excused for the trusts he has breached and the funds he has misappropriated. However, I would request the Court to consider the life he has devoted, in part, to helping others in this community in balancing his punishment with leniency. Throughout his life, Lew Freeman, has performed unaccountable deeds for his community, his university and charities to which he has been committed. Many times he has done so anonymously, not seeking either credit or public adulation.

Many will relate to the Court about his unselfish commitment to the Epilepsy Foundation, the Children's' Museum and the University of Miami. His commitment was not that of recycling dollars but of personal time, energy and devotion to these institutions and charities.

I would like to share with Court a small antidote which exemplifies the soul and heart of Lew Freeman. A lady worked as a cook at the fraternity house of the fraternity he belonged to at the University of Miami. I know her well because I too was a member of that fraternity (prior to Lew Freeman's undergraduate days). She served at the fraternity for over 25 years and when she could no longer work, it was Lew Freeman who stepped up, quietly, without being asked, to ensure that she would be secure for the rest of her life.

# 273923 v1

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

The Honorable Paul C. Huck
June 4, 2010
Page 2

Lew Freeman has a great capacity to do good and a sincere concern for those in our community who are less fortunate.

I urge the Court to consider Lew Freeman's contributions to our community and its institutions in its sentence. I request the Court to balance his prison sentence with both leniency and a component of community service.

Thank you Judge Huck for allowing me the opportunity to share my thoughts with the Court.

Very truly yours,

Robert A. Schatzman

RAS/jr

# 273923 v1

ADORNO YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000, FAX: (305) 460-1422
WWW.ADORNO.COM

GEORGE T. YOSS

DIRECT LINE: (305) 460-1042
EMAIL: GTY@ADORNO.COM

June 2, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: Lewis B. Freeman

Your Honor:

I have shared a trusting and deep friendship with Lew for almost 30 years and this may be one of the most difficult letters I have ever written. He is one of my closest friends. I recognize that Lew will be subjected to punishment by this Court. I also recognize that it is helpful to the Court to have a complete understanding of the background of the individual being sentenced before the Court can determine a fair and just sentence under the circumstances. In light of my longstanding social and professional relationship with Lew, I believe I am uniquely qualified to offer this Court a deep insight into the type of person he is. I ask the Court to consider my perspectives about Lew which positively reflects upon his character and which are dramatically inconsistent with the conduct for which he is being sentenced.

I graduated from the University of Miami School of Law in 1974. Thereafter, was an Assistant State Attorney for over 13 years with 10 of those years being either deputy Chief Assistant to Janet Reno or her Chief Assistant. In 1987, I left the State and have been with my present law firm, Adorno & Yoss LLP, since then and I have been the firm's Managing Partner for the past 15 years.

Lew and I first met in law school in 1971. I met him on day one in a course taught by the Dean of the school. He introduced himself to me in a good natured prank-filled manner which exemplified what I was about to learn was characteristic of his warm, outgoing and entertaining manner. When times were good, he was the proverbial life of the party and the one who always made everyone feel good about themselves and their lives. When you were down, Lew was there to cheer you up, pick you up, fill you with humor and encourage you to meet and overcome all challenges. That friendship has continued since then never having a dispute or a problem.

Lew's strong and gregarious personality was not only an endearing quality for his friends and family but combined with his strength of character, it served as an example and

The Honorable Paul C. Huck
June 2, 2010
Page 2

inspiration for others who faced life's challenges as Lew did himself. As an example, Lew's son Jaron, suffered from a severe form of epilepsy since he was very young. In addition to suffering epileptic seizures, Jaron's life was further complicated by learning disabilities. These conditions had a dramatic emotional impact on Lew and his family but Lew never showed it. He faced all challenges thrown his way and moved forward with incredible strength and remarkable dignity. He never treated Jaron as "fragile," nor did he ask for pity nor compassion. Instead, from Lew's point of view, no task was too difficult to achieve, no hurdles too high and nothing was too difficult for Jared to overcome. Jaron was instilled with a sense of self, value and a true belief he could accomplish whatever he dreamed. No one could have been a better father. He was not only a shining example for his son, but for all who knew Lew and his family. Lew has also consistently been an enormous and willing resource for anybody whose family member might suffer from disease or disability. Lew has always reacted immediately in his offers of assistance, generous with his time and commitment to others and their problems, and always willing to share his life experience to benefit others. He has an uncanny ability to connect with, charm, educate and support those suffering from disabilities and their families. His generosity of time and commitment was completely unselfish with not a single thought of reward or request for anything other than the satisfaction that he had positively impacted and touched the lives of people in need of support, inspiration and cheer.

I could not possibly describe all the times when I needed a friend or a business consultant or just someone to talk to and called Lew and he was there for me no matter what nor when. Even when friends or acquaintances of mine needed Lew's counsel, he was eager to assist and did so as if he had been close friends with the person for years. There was never a time when he was too busy and he gave of himself consistently and with a very positive and infectious attitude. He is a rare individual. He is among the most selfless persons I have ever met.

I could not have been more shocked when at dinner with Lew and another close friend, Lew explained to us what was happening and the difficulties he was facing before there was any publicity. There were no excuses; there were no justifications; there were no recriminations ... only deep, sincere and heartfelt remorse and concern for his family, the friends and the community he has let down through his very uncharacteristic and unfortunate actions. One example...after the FBI removed all of Lew's property from his office; I offered him the use of an office in our law firm's space to have a home away from home until everything was resolved. He refused...not wanting any embarrassment caused to me or my firm.

I believe it is meaningful to this Court that Lew has cooperated with the authorities and has immediately admitted his guilt. It is also an important demonstration to me of his character that he has done so, as it further exemplifies his abiding respect for the criminal system and process I spent so many years upholding and defending as a public servant. Lew is prepared to face the consequences of his actions. He is aware of the guidelines which I understand to be 10 - 20 years in prison. I believe he recognizes that a sentence which does not include jail is not an option, as do I. I know there are aggravating factors to be presented to this Court as he was a lawyer and a public trustee who owed a fiduciary duty to the public and those he served. However, there is an enormity of mitigating factors, some of which I have already referenced.

The Honorable Paul C. Huck
June 2, 2010
Page 3

Lew is dedicated to his wife, children, family, religion and friends. His adult life has been a steady series of unwavering efforts to raise money for numerous charities and increase public awareness of the needs of charitable foundations, disability groups, important public causes and others. He was a strong supporter of his alma mater. He has helped many people in our community. His lifetime of positive and constructive contributions to our community and all of those who were helped by his efforts as a lawyer, accountant and trustee should not be discounted.

In considering the appropriate disposition for Lew, I suggest to this Court that rehabilitation should not be a consideration. He is genuinely remorseful and looking forward to an opportunity to re-join our community to prove his rehabilitation by affirmatively and constructively dedicating himself to the improvement of our community. None of us who know Lew would ever doubt his resolve that after he serves his sentence he will be a productive and contributing member of our community and, once again, a positive influence. He will not repeat his transgressions. His very public shame and the knowledge that what he did was very wrong will live with him and haunt him for the rest of his life.

Punishment of Lew is appropriate and certainly inevitable. As you know, the issue is how severe and to what end. I submit to the Court that justice in this case will best be served by the imposition of some reasonable amount of time less than the guidelines. I believe there are many reasons to depart downward. Regardless of whether Lew receives a sentence of a few years in prison or more, the deterrent message to our community of intolerance of a violation of the public trust has already been sent, and Lew has been publicly humiliated and disgraced. I ask that he be given a sentence which reasonably allows him an opportunity to once again serve our community and regain a least a portion of the dignity and self-respect he earned through his vast numbers of good deeds for so many years before he made this terrible and life changing mistake. As a friend of Lew's and a member of our community, I ask this Court for as much leniency as you can give. I hope I have been able to provide this Court a sufficient basis to do so.

If I can be of further assistance to this Court or otherwise provide any additional insight into Lew or further details of his positive contributions to our community, please feel free to call upon me at anytime. I would trust Lew with my life and any assets I own, even after what has happened. I know you can too.

Thank you for your time and consideration.

Very truly yours,

George T. Yoss

GTY/ed

CALIFORNIA   FLORIDA   GEORGIA   MASSACHUSETTS   MISSOURI   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED