# EXHIBIT "B"
## LETTERS #41 - 100

| | | | |
|---|---|---|---|
| 41. | Anthony Alfieri | 71. | Jody Kassel |
| 42. | Phil Bakes | 72. | Stephen Kellogg |
| 43. | Thomas Balkany | 73. | Kolman Kenigsberg |
| 44. | Carlos Bared | 74. | Jeffrey & Ellen Kramer |
| 45. | Jill Nexon Berman | 75. | Donald Kubit |
| 46. | Milica Bookman | 76. | Barbara Kushner |
| 47. | William Butler | 77. | Rick Leone |
| 48. | Frank Cannizzaro | 78. | Jose Lopez |
| 49. | Jim & Mindy Cassel | 79. | Dennis Lynch |
| 50. | Dianne Castro | 80. | Martin Margulies |
| 51. | Lawence Chvotzkin | 81. | Edmond Markel |
| 52. | Larry Coker | 82. | James McQuirk |
| 53. | Angel Cortina | 83. | Manuel Medina |
| 54. | Jordon Dresnick | 84. | Richard Milstein |
| 55. | Mitchell Drimmer | 85. | Dennis O'Hara |
| 56. | Stuart Ellison | 86. | Michael Olin |
| 57. | Morris Engelberg | 87. | Michael Pasano |
| 58. | Joseph Falk | 88. | Alan Pearlman |
| 59. | Donna Feig | 89. | Robert Pearlman |
| 60. | Sidney Goldberg | 90. | Jorge Pedraza |
| 61. | Norman Gurstel | 91. | Kyle Peete |
| 62. | Marc Hauser | 92. | Sergio Pereira |
| 63. | Barbara Hecht Havenick | 93. | John Peterman |
| 64. | Victor Hecht | 94. | Richard Phillips |
| 65. | Elisheva & Seth Heller & Benjamin Mayer | 95. | Bruce Rubin |
| 66. | Minnie Hernandez | 96. | Charles Ruffner |
| 67. | Stacy Hornstein | 97. | Jaime Sackett |
| 68. | Amir Isaiah | 98. | Alex Santos |
| 69. | Laura Jaslow | 99. | Myrna Schneider |
| 70. | Michael Karno | 100. | Lunelle Siegel |

ANTHONY V. ALFIERI
1346 ALEGRIANO AVENUE
CORAL GABLES, FLORIDA 33146

June 8, 2010

The Honorable Paul C. Huck
United States District Judge
Federal Courthouse Square
400 North Miami Avenue
Miami, Florida 33132

Re: Lewis Freeman Sentencing

Your Honor:

I am writing both personally and professionally in support of Lewis Freeman for the purposes of seeking leniency at his upcoming sentencing.

Personally, I have known Lew and his family for more than a decade, in fact Lew's daughter Abigail helped care for my children in their early years and was a student enrolled in my wife's art courses at middle school. Lew's family reflects his own deeply-held values: compassion, generosity, and kindness.

Professionally, I have worked with Lew for more than a decade as well in building and strengthening the Center for Ethics and Public Service at the University of Miami School of Law. Lew not only mentored generations of Center interns and fellows, but also served as a leader on the Center's Advisory Board. As a mentor, Lew advised scores of students in pursuing their career paths, especially counseling students on integrating the joint study of law and business. As a Board leader, Lew recruited the best and the brightest from the South Florida bar and bench to participate in Center education and training programs, indeed he hosted a popular student luncheon series for many years.

Moreover, Lew steered the expansion of the Center toward greater public service, helping to create broader opportunities for clinical education and pro bono assistance at the Law School through his unflagging support of our community clinics. Likewise, his devotion to the Professional Responsibility and Ethics Program and its nationally acclaimed nonprofit training seminars distinguishes both the significance of his altruistic vision for legal education and the fundamental importance of his commitment to the South Florida community.

To be sure, Lew's long and notable history of public service neither diminishes the seriousness of his criminal offenses nor excuses his conduct from punishment. At the same time, his conduct should not negate the countless hours he dedicated to students without fanfare and should not deprive him of the opportunity to return to that work once he fulfills his responsibilities to the rule of law. In sum, Lew's bighearted humanity and public interest work deserve emulation and praise, and equally imperative, establish him as a highly worthy candidate for leniency in sentencing.

Respectfully,



WWW.SNAPPERCREEK.COM

May 20, 2010

Phil Bakes

The Honorable Paul C. Huck
United States District Court Judge
Southern District of Florida
400 North Miami Avenue            RE: Lewis B. Freeman
Miami, FL 33128                   June 25, 2010 Sentencing

Dear Judge Huck:

I am writing to provide you information on Lewis B. Freeman, who pleaded guilty in March to fraud charges and will come before you for sentencing on June 25th. I respectfully request that you consider this information in determining Mr. Freeman's sentence and that he be incarcerated as little as possible so that he can resume his otherwise productive and extremely caring and giving life.

I am president of an investment and advisory firm, have served as president and CEO of various public and private companies and, notably, was a federal prosecutor in my younger days, having served as an assistant Watergate Prosecutor, general counsel to a federal agency and counsel to various US Senate subcommittees. I graduated from Harvard Law School where I was an editor of the Harvard Law Review. I have resided in South Florida since 1986 and have known Lew Freeman for over 15 years.

No doubt you will hear from others close to Lew about his tireless work on behalf of the University of Miami, various children's causes and organizations and his work on behalf of the community over many years. Lew gave tirelessly and unconditionally to these organizations over the years and did so with both sincerity and affability. I won't repeat here what many have surely shared with you concerning his community and charitable work except to say Lew's commitments were from the heart and soul, not motivated or driven by social climbing or status seeking, never seeking publicity, promotion or recognition, often toiling behind the scenes and in the background.

Lew is someone who genuinely cares about people and reaches out to help them even if no organization or formal cause is involved. I cite one example, an example that defines Lew and his character, in my estimation, so much more than the actions to which he plead guilty. Lew has been working out most mornings at a gym in Coconut Grove for over 15 years. One of the trainers was an African American recovering addict who was working extremely hard to put his life back together after losing years before a relatively high-paying position with a large airline. This gentleman also, in his college days, was an Olympic Gold medalist in track and field in the 1972 Olympics, a fact a few us knew who worked out at the gym. As the 1996 Atlanta summer Olympics were approaching, Lew quietly took it on himself to organize and raise money (being the largest contributor himself) to send this gentleman to the Atlanta Olympics to be part of a special event honoring former medal winners and allow him to stay and attend the other events. This entailed not only raising money but also working out logistics with the Olympic officials, arranging with this gentleman's employer, the health club, to be away from work for so long and making sure there were sufficient funds for the gentleman not only for travel expenses, meals and lodging but also replacement of the income he would lose being absent from the gym.

Venture Corporate Center II | 200 South Park Road | Suite 301 | Hollywood, FL 33021
Ph. 954-744-5568 | Fx. 954-744-5551 | pbakes@snappercreek.com

The Honorable Paul C. Huck
United States District Court Judge
Southern District of Florida
May 20, 2010
Page Two

Lew also was a wonderful mentor and patient teacher to younger people who he believed had promise and potential. My oldest son, now a successful and rising young professional and business executive, was given his first substantive summer job while in high school by Lew. Instead of having him push papers, run errands and make copies, which so many of those summer jobs turn into, Lew took the time, as he did with countless others, to train and coach my son and gave him responsibility for a project that summer that taught my son some of the fundamental lessons and values that he carries with him to this day. This is the kind of "boss" Lew was. There is no doubt that many others who Lew gave a break to in their student days have similar stories to tell.

There is no doubt, of course, that Lew's actions which resulted in the guilty plea are hard to reconcile with the otherwise giving and responsible person Lew is and, if given the opportunity, will continue to be when he is permitted to resume his life in some professional capacity and with his family. I have no doubt that the financial and other pressures that led to these actions must have been eating away at him and I continue to believe that, given the time and opportunity, Lew would have made good in the end to the best of his ability and resources. Although those circumstances do not excuse Lew's actions, of course, they may serve as some degree mitigation. But, what should also serve as some degree of mitigation is the very good work Lew did for many years on behalf of the little guy, the victims in numerous frauds and schemes that Lew and his firm were appointed to unwind. Lew's work over the years is so overwhelmingly defined by the good that was done, not the actions resulting in the guilty plea.

Lastly, Lew is a devoted husband and father and his family is so very dependent on him, not just financially but also emotionally. The remorse within Lew is incalculable and so deep in part because of how he has let his family down. It serves very little public purpose at this stage to confine Lew for an extended period of time. This is a man who has lost his business, his professional licenses, his ability to earn a living for him and his family and, of course, his previously unsullied reputation in the community. He has been living on borrowed time for many months now and the toll has been steep. In light of all of that, I would simply ask your honor to consider all of this in imposing a sentence and allow Lew, who is 60 years of age, to reenter society, his community and rejoin his family as soon as possible.

Sincerely,

Phil Bakes
Home Address:
    5901 SW 85th Street
    South Miami, FL 33143

2



June 2, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: Lewis Freeman

Dear Judge Huck:

This is a letter of support for Lewis Freeman. I have known him for over 40 years, having met him in college. Over the years, I have been aware of Lew's giving countless hours of his time to community service. I renewed our friendship 20 years ago when I returned to Miami.

I am sure Your Honor has been made aware of Lew's many contributions to the community. I want to inform Your Honor of the many small acts of kindness Lew has made over the years, such as helping someone find a job, providing assistance with a start-up-career and advice during the recession. These acts have benefited so many in this community. I believe these acts provide a fuller understanding of Lew, a good man whose life until recently has been exemplary.

I personally ask you for leniency when you consider both the seriousness of his crime and the rest of the life of a man with a huge heart who is beloved by his family, his friends and many in his community. I know that if he has an opportunity in the future, he will do everything possible to make amends by being a productive and contributing South Floridian. I ask for your mercy that Lew rejoin our community at an age when he can recommence a beneficial life.

Yours very truly,

Thomas J. Balkany, M.D., FACS, FAAP
Hotchkiss Professor and Director, University of Miami Ear Institute
Department of Otolaryngology
Neurological Surgery and Pediatrics
University of Miami Miller School of Medicine

# Carlos E. Bared

### 18001 Old Cutler Road, Suite 370, Palmetto Bay, Florida 33157

June 2, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Subject: Lewis Freeman

Your Honor,

It is with great sadness that I write to you today in support of my dear friend, Lewis Freeman. I pray that you will be merciful and lenient in your sentencing. Although it is undeniable that the acts for which he was charged and ultimately pleaded guilty are unacceptable and must be punished, I merely ask that you base your sentencing on the totality of the man, and not solely on this mistake for which he has accepted responsibility.

I have known Lewis Freeman for nearly fifteen years, having met when I joined the Board of Directors of the Miami Children's Museum. Working together on various projects and in various capacities on behalf of the Museum, Lew and I developed a strong and lasting friendship. I am confident that my colleagues on the Board of the Miami Children's Museum share the same sentiment that Lewis Freeman has always been a valued friend of the Museum. I know firsthand, the many hours Lew spent as a member of the Executive and Building Committees during very trying and difficulty times for the Children's Museum. I recall one incident in particular in which Lew's leadership and guidance was invaluable to me as the Museum's Treasurer and more importantly, preserved the viability of the Organization as a whole. Allow me to elaborate.

In 1998, as I assumed my new position as Treasurer of the Miami Children's Museum, I was faced with the sudden and unexpected resignation of the Museum's Finance and Accounting Manager. Needless to say the Museum was in dire straits; its financial reporting was severely inadequate and misstated; its cash reserves had been depleted and the Organization had developed a seven figure deficit. Because I had limited experience in the non-profit arena, I turned to Lewis Freeman for help and guidance. We spent countless hours together restoring and restating the financial reporting while developing a restructuring plan to be presented to the Museum's significant donor base in order to re-establish confidence and secure their continuing commitment to the Museum. More than 10 years later, the Miami Children's Museum is successfully operating from its state-of-the-art facility on Watson Island, due in no small part to Lew's efforts. This is just one small example of the many contributions Lew has made to our community. I am very familiar with his work on behalf of other community institutions,

including the University of Miami, and am confident that given a second chance, Lewis Freeman will once again become a contributing member of our society.

For many years now, and beyond our work together for the Museum, Lew has been very helpful to me and my family on a personal and business level. He has been an advisor and confidant on many matters. Some were paid assignments, but more often than not, he was there for me sharing his wise counsel as a friend and for that I am forever grateful. He has and always will be a friend.

Again, I pray for Your Honor's thoughtful consideration of the foregoing in sentencing Lewis Freeman. I strongly believe that he is repentant for the crimes he has committed, and if permitted to return to society in a reasonable time from a minimum sentencing I am confident that he will resume his role as an advocate for the many causes and organizations he has helped over the years that I have known him.

Respectfully,

Carlos E. Bared

- 2 -



**BERMAN RENNERT
VOGEL & MANDLER, P. A.**
A T T O R N E Y S   A T   L A W

May 26, 2010

Jill Nexon Berman
Board Certified in Business Litigation
Certified Circuit Civil Mediator
Direct Line 305.577.4173
E-mail jnberman@brvmlaw.com

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

      Re:    June 25, 2010 Sentencing Hearing
            Lewis B. Freeman

Dear Judge Huck:

      I write to express my personal thoughts as you undertake the difficult and serious responsibility of sentencing Lew Freeman. Knowing you as a man and a judge, I have no doubt that you will take all appropriate factors into consideration.

      I've known Lew for twenty years or so. Of course, I know him in his professional capacity, and participated in several matters in which he served as a receiver or expert. I do not believe I ever retained him, though. My deeper acquaintanceship with Lew is social -- one of his best friends is one of my closest friends. We have celebrated many happy times together, and been together in mercifully few sad ones. I have observed that Lew is unfailingly considerate and courteous. He truly cares about the feelings of others. Obviously, he failed to extend this decency to his business practices and for that he will undoubtedly receive, and deserves, a significant penalty.

      There are two aspects of Lew I would like to share. First, as you have surely heard, his son Jaron has always had many physical and developmental challenges. Lew and Jaron are exceptionally close. It's not easy for a dad when his eldest, and only son, is not like every other kid. Yet Lew spends tremendous amounts of time with Jaron -- taking him to sporting events, introducing him to the opportunities at UM, and always encouraging independence while being there for support. In this he and Eddiann are incredible parents and a remarkable team. Lew's inability to be there for Jaron is undoubtedly one of the most painful consequences he and the whole family will bear.

The Honorable Paul C. Huck
May 26, 2010
Page 2

    Second, there is no question that Lew takes full responsibility for what he has done.  I had a conversation with him recently and he was extremely clear in his awareness.  He does not allow platitudes to soft-pedal what he did.  He knows he did wrong, and that he hurt lots of people in doing so.  I've seen no self-pity, and no minimization of his wrongdoing by him.

    Lew hopes that he will be able to give back to the community, make amends and make a contribution when he has fulfilled his punishment.  I believe he can be a truly valuable member of the community, that his family and especially his son need him, and that it would be appropriate to give him that chance.  I trust that you will take all of this into account, I thank you for reading my letter.

            Sincerely,

            Jill Nexon Berman

Milica Z. Bookman, Ph.D.
5907 Riviera Drive
Coral Gables, Fl. 33146
Tel. 305-6668660
milicabookman@yahoo.com

The Honorable Paul Huck
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, Florida 33128

June 6, 2010

Your Honor,

I am writing this letter in support of Lew Freeman. My purpose is not to underestimate the severity of the crimes he has committed but rather to highlight those aspects of his character that have been consistently positive and exemplary. In the process, I hope to contribute to a multi-dimensional view of the man who will appear before you on June 25th.

I met Lew Freeman in 1999. Our daughters had just started 6th grade at Ransom Everglades School and quickly became close friends. As a result of the numerous sleepovers and carpools, we parents spent time together and also became friends. Over the subsequent years, we broke bread and hung out. We have celebrated together on happy occasions and grieved together in the bad times.

From the beginning of my interactions with Lew, I have been impressed by the generous way in which he gave of himself to his family and friends. His energy for people and for causes seemed boundless. When Lew took on a task, be it cooking a dinner for the kids or working on the epilepsy ball, he pursued it with dedication and focus. As a friend, he was reliable, kind and loyal. Whatever happened, I knew that I could count on Lew. Below I illustrate these assertions with some vignettes that describe Lew as a member of our Miami community as well as Lew as a friend.

1. Lew's work often took him to the Miccosukee Indian reservation. On one occasion, when I was researching a book on inter-ethnic relations, I asked if I could accompany him. Throughout his meetings and social interactions on the reserve, I was a fly on the wall. I was struck by the respect and kindness with which he approached everyone. Everywhere we went, people flocked to hear what Lew had to say. They sensed he had their best interest at heart. I remember thinking that Lew was like an angel who descended into the middle of the Everglades. Clearly they viewed him as much more than their business advisor. He was the collective friend/father who helped on issues ranging from education to gasoline. An entire

1

community benefited from what seemed Lew's unwavering support. I was impressed.

2. As a University of Miami spouse, I have attended and participated in numerous university events. Over the years, I was able to observe Lew's interactions with UM people at all levels, from freshmen students to top administrators and faculty. At sports events, at alumni events and at law school events, Lew worked tirelessly to improve, stimulate and promote. He was always quick to offer help, he was always the first to volunteer. And then, whatever he promised, he carried to completion with a dedication that for me underscored just how valuable a member of society he is.

3. Lew Freeman's beneficial footprint at the community level extended to his friends. Looking back, it is clear to me that outside of my immediate circle, no one has done more for my family and me than Lew Freeman. He played an important role in my younger daughter's life, whether watching football, eating ice cream or mentoring her continuously since middle school. Today she is a business owner in New York and still turns to Lew for advice. She fondly remembers him as the most hands-on father during her Ransom years. My older daughter interned with Lew during college. It was then that she became interested in law and it was Lew who helped her navigate to a paralegal job. She has since graduated from an Ivy League law school and joined a top law firm in New York. To this day she remains grateful to Lew. And I too am grateful to him for the many times he came to my aid in ways that no one else did, including dealing with my expired passport for an emergency trip, helping retrieve lost luggage for my stranded teenager, dealing with an immigration issues for a relative, and so on and so forth. Of course these are trivial matters, I know that, but in sum they point to the fact that Lew comes to his friends' aid, over and over again, with unflappable loyalty, and expecting nothing in return.

Lew's sense of responsibility towards family, friends and community has been both broad and deep. I have often wondered how he had the time, energy and motivation to reach so many people. The answer is actually simple: that's who Lew is. He found the time because he is a man with a huge heart. He is a nice guy. He is generous to a fault. Over the years I have sometimes wished I could be as dedicated a parent as Lew, as beloved by my friends as Lew, and as involved a member of the community as Lew. I am not alone in my view of the man, and I know that my family and I are not the only ones to have consistently benefited from his attention. The fact that so many of his friends and acquaintances rallied around him when news broke of his crime, despite their utter surprise and piercing disappointment, is a statement about the bond Lew has built with members of our community.

I am aware of Lew's crimes and I do not condone them. Far from it. I do not presume to understand what was going on in his mind when he engaged in criminal behavior (just like I do not presume to appreciate the agony he and his family are now experiencing). Still, I am moved to write this letter to you and to ask Your Honor to consider the total Lew Freeman when deciding on his sentence. The ancient Egyptians believed that the hearts of the deceased were weighed in the afterlife in order to determine the relative magnitude of their sins and their good deeds. I like

to think that if Lew's heart were weighed, his good deeds would outweigh his sins. Please show mercy in your judgment and please allow Lew the opportunity to serve his prison sentence and return to society with sufficient health and energy to continue with the good deeds so many of us have found invaluable.

Thank you for your attention.

Sincerely Yours,

Milica Bookman, Ph.D.

3

UNIVERSITY OF MIAMI

# DIVISION of
# STUDENT AFFAIRS



| | | |
|---|---|---|
| **William R. Butler** | 7765 SW 139th Terrace | Ph: 305-238-2953 |
| Vice President for Student Affairs Emeritus | Miami, FL 33158 | bicyclewill@bellsouth.net |

May 21, 2010

The Honorable Paul C. Huck
United States District court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

  I am writing to give you my support to Lewis Freeman and ask that you consider leniency while considering your decision for his sentencing on June 25th.

  Please let me explain my background and relationship with Lewis during the past 40 plus years. I became Vice President for Student Affairs at the University of Miami in 1965, a position I held for 32 years until my retirement in 1997. Lewis was an undergraduate student leader at U.M. in the late 1960s until his graduation with a BBA degree in 1971. He then enrolled in the University of Miami's School of Law and graduated with a JD degree in 1974. In Law School, Lew met and, eventually, married his wife, Eddi-Ann Rosen, who received her undergraduate degree from U.M. in 1974. I was privileged to know both Lewis and Eddie-Ann for most of their student years.

  Lewis was well respected as a student leader, participating in Undergraduate Student Government. University of Miami students, in those days, were evenly divided politically-- those who supported the war in Viet Nam and those who opposed it. Lewis helped to keep the campus dissension calm and non-disruptive while making it possible for those who opposed the war to express themselves, yet remain as patriotic Americans. Because of his student leadership and academic performance, he was tapped and initiated into the highest honorary on campus, Iron Arrow, on November 21, 1970.

  Throughout the past 40 years, I have maintained a professional and personal friendship with Lewis and Eddi-Ann. They have been supportive alumni of the University. When Mrs. Butler and I have had former student leaders to our home for alumni and other events, I would certainly invite the Freemans to participate.

-2-

No one is more disappointed than I in Lew's behavior in embezzling moneys from fiduciary accounts. I personally was totally shocked and found his behavior to be completely out of character from the Lew Freeman I have known. But, Your Honor, there is also the very good side of Lewis' character to be considered for his punishment. I hope you will impose a reasonable and lenient sentence that will permit Lewis to resume a normal life with his family following the completion of his jail sentence. While he has committed terrible deeds that are criminal, the Lew Freeman I know still has the potential to be a very productive, promising and contributing member of our society.

Thank you Judge Huck for your consideration.

Respectfully submitted,

William R. Butler
Vice President Emeritus

Frank P. Cannizzaro II
12795 SW 50th Street
Miramar, FL 33027

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

June 3, 2010

Dear Judge Huck,

     In the near future, you will be sentencing Lewis Freeman. Lew was an invaluable mentor to me and was instrumental in helping to shape my professional career. Twelve years ago, before ever meeting me in person, Lew gave me my first job opportunity straight out of college, as part of a consulting team for the Miccosukee Tribe. With Lew's help, I was able to transition the position into my being hired by the Tribe full time, a position which I still hold today. Lew took a shot at a washed up baseball player with nothing to hang my hat on but major league dreams and helped put me on a path to success in the real world. For that, I will forever be grateful, and I have continued to work hard on not letting him down for taking the chance on me.

     The accusations against Lew are deeply troubling, and certainly deserve the appropriate justice. I would like to respectfully request, that before sentencing, you also take the time to consider how Lew affected so many people's lives in such a positive way. I have never known Lew to be anything but a kind gentle person with an enormous heart. Obviously, he is human and made some mistakes along the way, I only hope you can be lenient in your sentence so he can one day inspire people like me again. I truly and honestly don't know where I would be today without him.

Sincerely,

Frank P. Cannizzaro II

Jim and Mindy Cassel
5935 Chapman Field Drive
Miami, FL 33156


May 31, 2010


Honorable Paul C. Huck
U.S. District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128


Dear Judge Huck,

We have known Lew Freeman for over 25 years as a client, colleague and friend. We
have only known Lew as someone who is caring and helpful to others during these many
years. We have also had the pleasure of knowing his wife, Eddie Ann and their children.
We are all deeply saddened by their current situation. Although we understand that Lew
will be serving a penance for his crime, we hope that you will consider the many years
that he served the community, and for the responsibilities that he leaves behind as a
husband and father. We are particularly concerned for the future of his son, and for the
burden that Lew has created for Eddie Ann in this regard. Having had family members
who were disabled, we know that the future well being of Lew's son depends on his
family's ability to care for him as he ages. Although we are extremely disappointed in
Lew's actions, we hope that for both his sake and for that of his family, he receive a
lesser sentence to allow him time to care for his family when they need him the most.
Please consider those who depend on him and be merciful in your decision.

Respectfully,

Jim and Mindy Cassel



May 25, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida33128

Dear Judge Huck:

In the year 2001, I began to understand my life, as I had always known it, wife, mother and professional, had seriously changed. My kids, my foremost concern and most demanding occupation, then ages 24 and 26 had suddenly become self-sufficient! After a fierce internal struggle, at the age of 51, I decided to dedicate my *extra time* to pursuing a very personal, largely ignored interest I had in dance arts. The experience became so fulfilling; I suddenly felt I had another reason to live. True to my usual ways, having a good time dancing wasn't enough, "I had to do something with it, I had to, somehow, give this same joy to others". In 2006, I decided it best to accomplish my goal by forming a non-profit dedicated to arts and culture education, so that others would not have to wait until the age of 51 to experience its positive impact.

I turned to Mr. Freeman for help in preparing and filing the 501(c)(3) application (a daunting task). Lew, a college friend of my husband, had limited interaction with me prior to my contacting him; nonetheless, in our first meeting he dedicated significant time to discussing the importance of effective non-profit work and preparing me for the challenges I would encounter. Realizing my unwavering passion, he offered to prepare the application, obtaining a successful outcome. For his work, he received no compensation; simply, he gave me the opportunity of a lifetime.

For the last 4 years, this non-profit has worked tirelessly to improve the lives of youth in Miami-Dade County, providing fully inclusive programming, encouraging *interactive* participation in the arts to youth with disabilities. There have been more than a dozen media reports including NBC Nightly News with Brian Williams "Making a Difference", recognizing our work. You may visit this link for video of the report, http://www.msnbc.msn.com/id/22147757/. Aside from providing a successful, innovative and ongoing dance program, we have provided these youth typically struggling with isolation and stigma, a growing social community as well. Equally significant, the media reporting has afforded us the unique honor of publicly raising awareness as to understanding of the importance of each person's abilities and contributions and, as well, has served to allow us to highlight Miami-Dade County in the eyes of the entire nation.

We recognize the serious nature of Mr. Freeman's actions against our society, but urge the Court to find balance in its decision regarding his sentence, his age and his ability to contribute productively, in the same positive manner once again.

Sincerely,

Dianne Castro, President

5794 S.W. 40th Street #131, Miami, FL 33155 tel/fax 305 740 5763
info@theshimmyclub.org  www.theshimmyclub.org

To Whom it May Concern,

I'm going to begin by going back about 40 years when I was a young father and husband living in Miami. We met through a mutual friend and had nothing in common except a keen insight, caring, + respect for eachother. Lew has been that one friend that everyone hopes to have in a lifetime. I must admit that our friendship has been more one-sided than I care to face. Over those 40 years, Lew has never asked for anything but has given "a hell of a lot" to me.

I'm an artist (a painter to be exact) and Lew has guided this creative, impulsive, and not very practical person with much-needed guidance and advise. I'm proud to call him my best friend and I'm sure there are many others that would echo that sentiment.

Sincerely,

Lauren Christofferson



June 3, 2010

The Honorable Paul C. Huck
United States District Court
Southern District Court of Florida
400 North Miami Avenue
Miami, Florida 33128

To The Honorable Paul C. Huck:

I was the former football coach at the University of Miami for 12 years. During that time I became acquainted with and befriended Lew Freeman. As a member of the Miami community Lew was very instrumental in helping our student athletes be successful in school. He also contributes to the local community.

Lew was always available as an encourager to our student athletes and staff. During the 12 years of my friendship with Lew Freeman he always had a passion for others and I know him to be a very good person.

I ask the court to be lenient as sentence is passed as Lew has been a productive and contributing member of society in many good ways. I know he will be again if given the opportunity.

Sincerely,

Larry Coker
Head Football Coach

**UTSA Department of Intercollegiate Athletics**
One UTSA Circle • San Antonio, TX 78249-0691
phone: 210.458.5011 • fax: 210.458.5002 • www.goUTSA.com

Angel Cortina, Jr., C.P.A.
305 North Drive
Islamorada, Fl. 33036

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Your Honor:

I have resided in the South Florida area for approximately 65 years. I attended various public local schools and graduated from the University of Miami in 1959. I am currently retired and living in Islamorada, Florida. My professional career included employment as a principal with Deloitte & Touche (11 Years);Treasurer and Chief Financial Officer of Centrust Bank ( 18 years) and as a principal with the firm of Lewis B. Freeman and Partners, Inc. ( ll years).

I have known Lewis B. Freeman (Lew) for approximately 15 years and consider him a good friend. I am aware that Lew has pleaded guilty and been convicted of committing a serious crime and for that crime, the court will be imposing a significant sentence. I believe the court should use mercy and compassion in imposing a sentence for this crime.

Honorable Paul C. Huck
May 24, 2010
Page 2

I urge the Court to consider that Lew has been a productive and contributing member of society in many good ways. He assisted and worked tirelessly with the University of Miami in alumni, sport and other related activities which greatly benefited the University. He also was a mentor and friend to several University students and helped them to start their professional careers. I remember Lew as a good person with a big heart, and loved and respected by all who knew him

I urge your Honor to examine all of Lew's life in imposing this sentence and weigh the good Lew has done, and allow Lew time at the end of his sentence to return to his family and many friends and to continue to be a productive member of the local community.

Sincerely,

Angel Cortina, Jr., C.P.A.

**Jordan A. Dresnick**

7511 Los Pinos Boulevard • Coral Gables, FL 33143 • 305-905-4526


June 8 , 2010

Honorable Paul C. Huck
United States District Court
400 North Miami Avenue, Room 13-2
Miami, Florida 33128-1812

Dear Judge Huck,

     I write to this Honorable Court to ask for leniency in the upcoming sentencing of Lewis B. Freeman. Lew has been a friend and mentor to me years before I even imagined becoming an attorney. Over the course of our decade-long friendship, I have witnessed first-hand Lew's unrelenting generosity to the less fortunate in the guise of his time, creativity, and compassion. I frequently saw Lew at the University of Miami, where he volunteered to teach courses, hold seminars, and lecture on everything from accounting to professionalism. Lew was instrumental in arranging for the 2004 presidential debates to be facilitated at the University to create a memorable event for our students and market the school to a national audience. Lew has inspired others, including me, to strengthen our dedication to the less fortunate in our community. For example, Lew has spend two decades volunteering on a switchboard help line, over a decade as an advisor for the Shake-a-leg sailing program for the physically, developmental and economic challenged, as well as twelve years heading the Children's Museum Building on Watson Island.

     Lew personally sought my involvement in the American Inns of Court when I was a law student. Even as the criminal investigation in this matter unfolded, Lew showed his concern to make sure that the organizations for which he had labored so diligently could continue to prosper. He invested dozens of hours to attend to programming and membership. Lew's interactions with me are grains of anecdotal sand in the endless beach that encompasses the dedicated, compassionate, and unassuming life that Lewis B. Freeman lived. I hope that Lew's confinement to the United States Bureau of Prisons will be short lived so that he may resume his passion of ameliorating the lives of the less fortunate with his time and creativity.

Very truly,

Jordan A. Dresnick

**MITCHELL DRIMMER**
**18800 NE 29 AVENUE**
**AVENTURA, FLORIDA 33180**
**TEL: 305. 934. 9111**

May 18, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Good Morning Judge Huck:

I am writing you a letter on behalf of Mr. Lewis Freeman and it is a plea for mercy and leniency. No doubt you will be receiving many letters on behalf of Lew from many powerful and notable people from around the state and country. Mr. Friedman will be lauded for his many contributions to charitable causes and civic organizations, but my story is a little bit different.

I am not a powerful, or wealthy man, nor do I have any influential friends but Lew treated me as well as if I were just as important. I first met Lew through a mutual friend about 20 years ago in New York City when our mutual friend came to live in Manhattan. I'm a guy who likes to tell stories and jokes and somebody thought it best that such a character as Lew and I should meet. We did meet and owing to his interminable wit we became fast and furious friends. Whenever, Lew came to town or I was able to make it down to Miami we met and enjoyed a few hours together telling corny old stories and jokes. It was a wonderful casual and friendly relationship and it lasted many years and I hope many more years to come.

About four years ago my world came crashing down on me. I had lost my business as well as all of my money and realized that a man does not have as many friends as he may think he has. My wife and I decided to move down to Florida to start life anew and work towards building ourselves up again so that we could still retire in the future. When I came down to Florida Lew opened up his arms and heart to me and did his best to help me get back on my feet. I never had to borrow money from Lew, or ask him for employment, but he was always happy to introduce me to potential clients and even directed me towards a new trade.

I decided to go into the property management business and obtained a license from the DDPR. I came into this field right at the beginning of the real estate collapse and I had an idea that I knew would be of great help to condominiums. The idea involved a innovative way to bring in a receiver to collect rents for distressed condominium associations. Naturally when this came to mind I went to visit my old friend Lew and he was very helpful and worked with me to bring this innovative notion to fruition. Lew never asked for a penny in compensation for his consultation and was happy enough just to help a friend. He made himself available to me when I needed his advise and consul and I learned that the greatest charity a man gives is when he is helping another man help himself.

I know not the details or even the severity of Lew's transgressions, but it saddens me to know that such a kind, gentle man has put himself in such a position that he must reach out to his friends to beg for mercy. I do know, however, that the sentencing judge has the discretion to determine the nature and length of his punishment. Therefore, I urge you, nay I beg you, to be as lenient on Lew as much as you possibly can. Lew is a good, kind and gentle man and if is at all possible should be given the chance to finish out his life in the light of freedom and not perish within the confines of a prison. As you know Lew's age does not afford him much time for perdition and with your kindness and mercy perhaps he can end his years on a positive and happy note. Please be merciful to Mr. Lewis Freeman when it is your time to pronounce sentence on him.

Sincerely,

Mitchell Drimmer

**STUART H ELLISON**
**333 N. CANAL ST. #3202**
**CHICAGO, IL. 60606**

5/24/10

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida  33128

Your Honor:

I have known Lew Freeman since our early years at The University of Miami way back in 1967.  We have remained distant friends for 43 years.  Our friendship was sharing stories about our families, talking about fraternity brothers, or politics or world events.

Our friendship remained even though I moved to Chicago and Lew stayed in South Florida. Whenever I saw him, I knew I would hear stories about the family he adored and our passion, The University of Miami.  I know Lew's love for ""The U" was unparalleled. The meetings he attended, the time donated, the committees he aided, and all of his unpaid advice earned him the highest honors from The University.

I am not going to sit here and say that what my friend, Lew Freeman, did should be excused. He erred against people that respected and trusted him. I am asking that you, in your esteemed wisdom, realize people make mistakes and after they are punished for those faults that they be given the chance to return to a forgiving society. I'm asking to give Lew the opportunity to return to his community, sooner than later, where he will, once again, be a positive influence to himself, his family, and his surroundings. I am asking you for leniency; a little bit of mercy.

Though he will never professionally practice law or accounting again, Lew has the capacity to use his expertise to help a lot of people, pro bono. I'm asking, as his friend, to give Lew Freeman the opportunity to watch his grandchildren grow up. Lew screwed up and he is and will pay for his errors the rest of his life. People are talking about him behind his back; many look the other way when he walks into a room; nonetheless, after, serving his sentence, he can and should be given an opportunity to return to society and, again, walk in those same rooms. Whether in prison or on the streets Lew will never lose the stigma of a man that did wrong.

In breakfasts with Lew this winter he talked about remorse and the error of his ways. He understands that he can never be the same influential person. He hopes that his time behind bars will be limited and he is scared.  But, I think, he is truly

Ph #: 312-466-1261          E-mail: Stuartellison@mac.com

sincere that when released he will live a productive life. I believe Lew Freeman can and will be a much greater asset away from a prison courtyard and in a society that can benefit from his skills.

Please, your honor, allow Lew to soon return to his home, to his family, and to a society that can use his skills, his humor, his sagacity, and his knowledge in a gentler place than behind a prison door.

Sincerely,

Stuart H Ellison

LAW OFFICES

## M. ENGELBERG & L. MILGRIM, P.A.

JOE DIMAGGIO BUILDING
4040 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021-3536

BOCA RATON OFFICE
REFLECTIONS BUILDING
SUITE 307
2200 N.W. CORPORATE BOULEVARD
BOCA RATON, FLORIDA 33431-7307
TELEPHONE (561) 734-0440

MORRIS ENGELBERG
MEMBER: FLORIDA & NEW YORK BAR
LAURIE E. MILGRIM
MEMBER: FLORIDA BAR

HOLLYWOOD (954) 966-3900
FAX (954) 981-2300
engelbergmilgrim@bellsouth.net

300 EAST 56TH STREET
NEW YORK, NEW YORK 10022-2947
TELEPHONE (954) 401-4378

May 24, 2010

PLEASE DIRECT ALL MAIL
TO HOLLYWOOD OFFICE

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

                    Re:     Lewis B. Freeman

Dear Judge Huck:

        I am an active practicing AV rated attorney for forty-six (46) plus years, licensed to practice in New York City (1965) and Florida, since 1970. I am the founder of the Florida law firm of M. Engelberg & L. Milgrim, P.A. and formerly served as an Internal Revenue Service Attorney, Tax Manager for Price Waterhouse & Company and a General Partner in national law firm of Kaye Scholer Fierman Hayes & Handler. More important, I am one of the co-founders of the JOE DIMAGGIO CHILDREN'S HOSPITAL in Hollywood, Florida with my dear friend and client, Joe DiMaggio.

        This is the first letter of this nature I have ever written. Sometimes, as Joe DiMaggio always said, there are times you have to step up to the plate and "take a swing" instead of a "walk" even in a bad situation, when a lot is on the line.

        I have known and worked closely with Lewis Freeman for approximately 36± years (since 1974) in numerous matters of high-profile clients of our offices, from baseball legend Joe DiMaggio to the former Mrs. John Paul Getty, both of whom we serve as a Trustee.

        What Lew Freeman did was seriously wrong and shocking to me, my children and young grandchildren. I am fully aware that in our judicial system, Lew will be punished.

        We all know Lew's attributes, more charitable than one can imagine and so very friendly. When asked, "Lew, can you do this kid a favor," prior to finishing the sentence, his reply is "done." To further expand upon his attributes and giving back to those who are in need, is well known by all and would be redundant.

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
May 24, 2010
Page 2

More specific is the influence Lew has had on my 13-year old grandson, Harrison Fox Milgrim, (Joe DiMaggio is his Godfather and held him during his "Bris"), who has a serious learning disability. Lew has encouraged him, spoke to and counseled him and solely because of Lew's counseling, his goal is to become a future "Hurricane" at the University of Miami and he is working hard to accomplish this goal. It is mainly through Lew's encouragement that my grandson has made substantial progress. For all of my grandson's achievements in working hard and diligently to overcome his disability, Lew Freeman arranged for my grandson, Harrison, to be on the field with the Hurricane Baseball Team for the National Anthem, to meet the players and the manager in the dugout – this was in April 2010, with all that Lew Freeman was going through, he found time for this, that is what Lew is all about.

I have always made the major decisions in my life, via weighing the factors on the two sides of the scale – the pluses and the minuses. There is a very strong tilt on the scale towards one side for the wrongdoing that Lew did, but what he has done for others (including encouraging my daughter, who is now my law partner, to attend the University of Miami School of Law) that is what tilts the scale towards his way. This is the real "Lew Freeman" – always giving back, not in terms of money, but in time to those who require it.

I do realize that the guidelines call for Lew to be incarcerated. However, unequivocally, Lew Freeman does not pose any threat to society, either socially or financially. He knows what he did was wrong and accepts all responsibility for his actions. Lew Freeman is more valuable to society by being out there and giving back to all those who require it.

It would serve the best interest of the Government and society, both financially and socially, that Lew Freeman be incarcerated for a short period with a longer period of supervised release and community service to follow, in which society will greatly benefit as it has in the past from Lew Freeman.

If there are any questions you may have, I am available 24/7. My cell phone number is 954-401-4378.

Sincerely,

MORRIS ENGELBERG
For the Firm

ME/ml

LAW OFFICES
M. ENGELBERG & L. MILGRIM, P.A.

*Donna Feig*

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

I have never written a letter like this, nor do I know what is appropriate, so I would simply like to write from the heart.

I was born and raised in Miami and know Lew and Eddi Ann Freeman for almost 20 years both socially as well as through charity work. Everyone who knows Lew, knows he used to be a man of great humor with a brilliant mind. The humor is gone, and the brilliant mind wasted, all because of the stupid choices he made. His wife, Eddi Ann, and his children, one of which is incapable of living on his own the rest of his life, are completely broken, their lives changed forever. They've lost everything, their home, their sense of security, their identity, and are about to lose their husband and father.

I beg you Judge Huck, to consider the kind of man Lew is before passing sentencing. PLEASE consider that Lew did admit his guilt immediately, he is no Madoff or Rothstein, and he would relish the chance of earning a living and paying these monies back. To tell you of the stories of good deeds Lew has done would take 10 pages, but I will mention a few as Lew is a man who does not brag about his generosity and I think it is important for you to have the picture of who Lew is.

Lew has done work for free many times for those who can't afford it. He took in a homeless family from Homestead during Hurricane Andrew. Once when having a picnic at the beach with The Freemans, he saw a man rummaging through the garbage and instead of shying away from him, he fixed him a plate of food. Lew's acts of good deeds are endless.

His life and the lives of his family are already ruined. He will never practice law or get his CPA license back, he will always be a convicted felon, no one will hire him, and putting him behind bars until he is close to 70 would be a pity. The lesson has already been learned. He is not a danger to society and with your careful decision of a light sentence followed by years of community service, will still punish him yet allow him to give back something to society. With his knowledge and skills, he could do so much good for the community.

Please Your Honor, have mercy on Lew and all of us who love the Freemans. I beg you to pay attention to what important members of the community are asking for, to spare Lew.

Thank you for taking the time to read my letter and for your consideration.

Sincerely

Donna Feig

*1480 Daytonia Road, Miami Beach, Florida 33141*

*Joseph L. Falk*
*1770 Micanopy Ave.*
*Miami, Fla. 33133*
*305-7988793*

June 1, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, Fla. 33128

Dear Judge Huck;

My name is Joseph Falk. I am writing this letter to you in support of Lewis Freeman. I am fully aware that Lew has pleaded guilty to a serious crime. However, I am also personally aware of many of his good works in this community and seek your consideration of these facts about Lew when imposing the sentence for his crime.

I am a native Miamian. Like many of my generation, I left the city to go to college and graduate school. I struggled with the decision whether or not to return home and work in the family mortgage company. My father was very successful and well known in business and community circles. I knew that being 'in his shadow' would weigh on me as I tried to chart my own path. Shortly after I returned to Miami, I met Lew Freeman.

Lew was a friend of my father's but not, in all candor, his best buddy. Everyone seemed to know Lew and I was drawn to him as a friend. He was involved with so many community organizations! He was gregarious, hilarious and bold. At first, I just listened to Lew as he 'expounded' on his philosophies of life. Slowly, I began to see through Lew's unique style and understood the depth of Lew's convictions about family, community, personal choices and caring.

While family opinion and paid corporate counsel was great, I knew that there would be those times when I would need a special 'advisor'. I knew the value of a personal mentor. For me, it became Lew. By example, taught me the importance of family but not to the exclusion of 'self'. He showed me that community involvement could be a part of my life's work with little concern for my father's shadow. More importantly, Lew showed me positive personal qualities that I carry with me to this day, including:

1. Your word matters. In Miami, a very large 'small' town, your reputation is all that matters.

2. Have the guts to ask the tough questions when no one else is willing. Few are willing to share a contrarian view without being divisive.

3. Don't take yourself too seriously, as it leads down a road with a limited view.

4. Give to the community your time, passion, and self. Give with gusto and with no expectation of 'return'. Giving was the gift. Not receiving.

Lew was there for me and I had absolute faith that his opinion was unfettered by real or imagined complexities and with no expectation of 'return'. Giving, indeed, is the gift. Lew showed me how to give, both personally and to the community 'with a full heart'.

I will share two specific and telling examples of why Lew is a special man to me and the community. First, shortly after I returned to Miami, I became a member of the Board of the Miami Science Museum. Lew was on the Board of the Miami Children's Museum. At the time, the Children's Museum was without funding or a building to call home. Lew and I worked on a merger of complementary interests between the two community organizations. While we were not ultimately successful, the selfless spirit Lew showed in this attempt showed me the meaning of 'enlightened' community activism.

Second, shortly after my father died, I lead the effort to sell my family business. It was a complex transaction. When the sale was about to falter and I had nowhere left to turn, I called Lew. He marshaled many of his relationships for me with no self interest. His judgment and guidance allowed me to successfully navigate the complex issues that I faced. Had Lew not been there for me, I am certain that failure would have been the result.

It is within this context that I am devastated by the reality Lew Freeman's guilt. Trying to juxtapose the Lew that I know with the one that has ruined his life is impossible. I just know with every fiber of my being that taking Lew away from this community for a long time cannot be in anyone's interest. There must be a way for Lew to pay his debt to society yet not be indefinitely separated from the same community that has benefited so tremendously by his deeds.

I ask you to show mercy when considering Lew's sentence. I understand that his sentence must include jail time. I ask you to consider how Lew can right his wrong, yet be a source of good. There are others like me who need a mentor. There are others that need to know that giving is the true gift.

Respectfully,

Joe Falk

Coach Ron Fraser
2682 Palmer Place
Weston, Florida 33332

June 8, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

We are writing to ask for leniency in the sentencing of our friend, Lewis B. Freeman. The gravity of his crime is not lost on us because he is our friend, and we know that punishment is obviously necessary and appropriate for what he has done. But his mistakes, however serious, cannot erase all the good he has done in his life for so many.

I was the head coach of the University of Miami Baseball team from 1963 to 1992. I became friends with Lew in the 1970's and we have remained close friends since. At that time the program was still very young and I struggled to raise funds for the team, build a stadium and bring fans to the ballpark. As a member of my "Coaches Committee", Lew dedicated countless hours over the years to help me promote the program in the community and introduced me to people who were interested in donating their services and funds to make Mark Light Stadium the best college baseball facility in the nation. All of these things helped to make our program nationally known, bringing invaluable recognition to the University of Miami and the City of Coral Gables. Through those years I became involved in countless local charities, and Lew was always there for me to work on committees and help raise funds whenever I needed him.

In 1995 my wife Karen was diagnosed with a rarely diagnosed life threatening disorder, Alpha 1 Antitrypsin Deficiency. It was considered an "orphan disease" – one with so few people diagnosed that it falls by the wayside in funding and research. We were devastated and scared. After learning more and becoming involved with an organization called The Alpha 1 Foundation we began to call upon our friends to help us in raising awareness and funds for research. Many people prefer to only become involved with larger, more "known" medical causes. But Lew was there as soon as we called for help, putting together groups of his friends, pounding on doors and making calls to help us in getting a research program at the University of Florida, helping to

sell tables for all of our fundraisers, and talking to people about the disease every chance he could to help spread awareness. By strange coincidence, years later one of his best friends was diagnosed with the very same disease for which he had already done so much to help. Sadly, his friend passed away, and Lew continued to work to help the cause.

Lew didn't do any of these things for recognition; he didn't even want a pat on the back. He did them because he knew people needed help, so he rolled up his sleeves and did it. That's the kind of person he is.

We have many more stories like that about Lew, as do many of our friends. They all add up to the same thing. Despite his wrongdoing, Lew Freeman is a good, kind and truly caring man. He still has so much more to contribute to society in his future. With humble sincerity we ask you to be lenient in his sentencing so that he may continue to make the same positive contributions to our community that he has been making for decades.

Thank you for your time and consideration,

Ron Fraser
Karen Fraser

## GOLDBERG & HIRSH, P.A.

ATTORNEYS AT LAW
SUNTRUST INTERNATIONAL CENTER
SUITE 1280
ONE SOUTHEAST THIRD AVENUE
MIAMI, FLORIDA 33131

SIDNEY A. GOLDBERG
JEFFREY S. HIRSH
  BOARD CERTIFIED CIVIL TRIAL ATTORNEY

TELEPHONE (305) 372-9601
TELEFAX (305) 372-2323
E-MAIL: info@goldberghirshpa.com

June 2, 2010

Honorable Paul C. Huck
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. Courthouse
400 North Miami Avenue
Miami, Florida 33128

      Re:    Letter of Support for Lewis B. Freeman
            Sentencing June 25, 2010

Dear Judge Huck:

      I was a student at the University of Miami School of Law when I first met Lewis B. Freeman. Mr. Freeman was an accountant for a friend of mine, and we all went to dinner together. Mr. Freeman and I instantly became good friends and our friendship has continued for over thirty (30) years to date.

      When I initially read the story in the Miami Herald about the allegations against Mr. Freeman, I immediately contacted him and told him that he had my full support in any way he needed me.

      Over the entire relationship I have had with Lew, he has been involved in philanthropic activities for the good of our community. To know him, was to know that he was always giving of his time, whether it was to help the University of Miami, a friend a fellow attorney, member of the Judicial Branch, accountants, numerous charitable causes, the Florida Bar and anyone else that needed help, Lew was always there.

      Lew was never too busy, never said no and had a heart that was as big as the sky. I have never discussed the incident involved in this matter with Lew. Needless to say, I was initially shocked and greatly saddened by what I have read about it.

Honorable Paul C. Huck
United States District Court
Southern District of Florida
June 2, 2010
Page 2

Lew has apparently strayed from his exemplary conduct and his great contributions to our community. I am respectfully requesting that Your Honor take Lew's past into consideration, and the many wonderful things he has done. I am also respectfully requesting that the Court consider how much Lew can still contribute to our community if the Court allows him to work with his skill and knowledge under Court supervision. I recognize that our system of justice requires punishment in this circumstance, however, punishment that can be used to positively benefit others, seem to be the best solution.

Thank you for taking this letter into consideration on behalf of my dear friend, Lewis B. Freeman.

Sincerely,

Sidney A. Goldberg

SAG:rcgda

GOLDBERG & HIRSH, P.A.

# NORMAN K. GURSTEL
## 6566 FRANCE AVENUE SOUTH, PH 4
## EDINA, MN 55435
### TEL: (952) 200-3330
### FAX: (952) 400-5878
### normankg@msn.com

June 3, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

RE: Sentencing of Lewis Freeman

Dear Judge Huck:

I write this letter on behalf of myself and my wife Jane Golden. I graduated from The University of Minnesota School of Law in 1962 and practiced law for 35 years before moving into a corporate position in the retail clothing industry. During my years of practice I was fortunate enough to be elected in 1987-88 to serve as President of The Commercial Law League of America with approximately 5000 members' world wide, practicing in the fields of Bankruptcy and Commercial Law.
It was during this time that I was first introduced to Lew and his family. In the years that followed I have learned and witnessed the many contributions of time and counsel that Lew gave to the community in his work with The University of Miami, and the promotion of Indian rights to education and health benefits. His

further activities with the newly founded Children's Science Museum has helped young people in the Florida community to spend their free time in endeavors better educating them in the fields of science and keeping them off the streets thus preparing them to be better citizens.

Lew's family including his son Jaron, who was born with both physical and psychological challenges, have been dependant on Lew for their well being and ability to live in the community as well developed, and educationally strong members. While I know that Lew must be held responsible for what he has done, you have the ability to help in getting him back into the community, which will benefit not only his family but the community at large and will allow him to continue to devote his time and efforts toward helping both children and adults to achieve the goals that they could only achieve with his help and guidance.

I know that your decision will be carefully thought out and that you will rule after considering all the factors both good and bad in Lew's life.

Thank you for your consideration.

Sincerely,

Norman K. Gurstel

**MARC HAUSER**

ATTORNEY AT LAW
CONCOURSE PLAZA
SUITE 616
1111 KANE CONCOURSE
BAY HARBOR ISLANDS, FLORIDA 33154
FAX (305) 866-3159

————

(305) 864-9934

MARC HAUSER, ESQ.
DAVID L. HAUSER, ESQ.

May 26, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

<u>Re: Lewis B. Freeman</u>

Dear Judge Huck:

I am writing to you today on behalf of my good friend Lewis Freeman. When the news first broke of Lewis' troubles I, like most people who knew him, was in disbelief. As the story unfolded and it became more apparent that Lew had involved himself in activities which were unbecoming of his professional standing in our community, we were brokenhearted. Lew and I attended law school together at the University of Miami and graduated in the class of 1974. Our paths crossed at various times over the years in connection with school-related alumni activities and a broad range of community activities.

I am personally aware of the fact that for many years, Lew has contributed significantly to worthy causes using his time, efforts and energy to inspire others to contribute <u>their</u> time, effort, energy and <u>their</u> money to promote these worthy causes and charitable endeavors. I would like to recount a personal story to you that I believe reflects on Lew's positive value. My son grew up in South Dade with a dear friend all through school who became an accountant by trade. When this young man, who I had known since early childhood, was looking for his first job as an accountant, I called Lew. Lew met him and gave him a job on the spot. He was always willing to give a hand up to a worthy young person to help them achieve their goals and dreams.

Because Lew has demonstrated that he has been a productive and positive member of our community, and because I believe Lew can continue to make positive contributions to our society, I beseech Your Honor to bestow leniency in imposing Lew's sentence. I firmly believe that, if given a chance to redeem himself, Lew will make the Court and this community proud. Although I am not well-versed in criminal matters, I believe that it is appropriate to suggest that the Court should examine the whole of an individual's life

Hon Paul C. Huck
May 26, 2010
Page 2

when imposing a sentence. I implore you to consider Lew's entire life, and his age (60+)
when imposing sentence. With the self-imposed ruination of his careers both in
accounting and law, and the public disgrace in the community in which he lived, he has
already received a severe punishment. While Lew knows he must be imprisoned as part
of his punishment, I ask that Your Honor leave Lew time after his sentence to try to
redeem himself for his family and this community.

In a personal visit to my office not long ago, Lew expressed the contriteness for his
actions in no uncertain terms and understood and reflected on how much of a
disappointment he had proven to be to his family and friends. He asked for my support
and I gave it unwaveringly as he is not trying to avoid punishment (his guilty plea is
evidence of that) but is willing to serve his sentence, and once he does that, knowing
Lew, he will throw his tremendous energies into worthy causes that will, once again,
benefit our community.

On my own, I volunteered, and Lew has graciously accepted my offer of attendance at
the sentencing hearing in order to, once again, show support for Lew and encourage the
opportunity, as soon as possible, to restart and conduct a productive life. Thank you for
your attention.

Very truly yours,

MARC HAUSER, ESQ.
MH: Sh

542439.1



MAGIC C)TY
CASINO

James Lawrence King Federal Justice Bldg.
Attn: Honorable Judge Paul C. Huck
99 N.E. 4th Street
Suite 1067
Miami, Florida 33132

To the Honorable Judge Huck,

My name is Barbara Hecht Havenick and I am currently the CEO of Magic City
Casino/Flagler Dog Tack. I write this letter in support of Lewis B. Freeman. When imposing a
sentence on Lew, I ask that you examine all the wonderful things he has done for our
community. I have known Lew since college so I am well acquainted with all he has done for our
community, our children and the University of Miami. He is passionate about Miami, his friends
and most importantly his family.

I want to share a story about the true character of Lew. My husband passed away in the
summer of 2006. At the time he handled all of my family's business affairs. After his death, I
took over our family business with my two sons. Lew was one of the first individuals to help us
learn. He would come to our offices and review financials on his own time. He also aided us in
finding a Chief Operating Officer. Lew spent many hours giving me guidance and helping to
mentor my boys. He did not have to do any of this but he did, out of the goodness of his heart.
He genuinely cares about others and goes out of his way to help whether it be a friend or
community activity.

I understand that Lew will receive a sentence of some length but I hope that the Court
will have mercy on him and allow him to return to his family and community, which he loves so
dearly, to continue being a contributing member of our society. There are few who contribute
more or with more enthusiasm then Lew. I know if given the opportunity he will continue to do
that. Our community will be better served with Lew being a contributing member of society.

Sincerely,

Barbara Hecht Havenick

**Victor Hecht**
**22 Chanticleer Ct.**
**Huntington, NY 11743**
**516-697-3394**

June 1, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400North Miami Avenue
Miami, Florida 33128

Re: Lewis Freeman

Dear Judge Huck:

My name is Victor Hecht I reside at 22 Chanticleer Ct. Huntington, NY. I am a Certified Public Accountant and currently employed as the CFO of L&E International, Ltd. a global consumer packaging company for the past fifteen years.

This letter to you is in support of Lewis Freeman when considering and rendering your sentence upon him.

I have both a personal and professional relationship with Mr. Freeman for the past 40 forty years. He has been a positive influence to me since meeting him as a freshman at the University of Miami in 1970. He guided me towards a career as CPA. Through my career he was always a mentor for me, and was always willing to give of himself when advice or his insights in business were asked of him.

Lewis has always been an unselfish and giving person. Lewis acted as head trustee of ZBT fraternity for 20 years, donated his time and efforts to the University of Miami and other civil and charitable organizations for many years.

I feel it is important to look at him as a person who is self made starting with very little advantages in life, working his way thru college and law school and started a one man accounting firm from his apartment to support himself and pay for his law school tuition. Ultimately he was able to build and grow very successful accounting and consulting firms. Through his hard work and efforts he created professional opportunities and employment for many people over a long period of time.

In regards to his current legal situation in my opinion his actions were that of poor judgment and his actions were not created or designed to intentionally be fraudulent as other individuals that have been exposed in recent days.

Your Honor, you are faced with the disposition of this case. It is your sole discretion what the appropriate sentence to be rendered on Mr. Freeman will be. I ask you to please consider all the good and the willingness to give in so many ways for so many people and the further good he might do for society in the years ahead.

In your decision please consider using Mr. Freemen's experience and the will to help people as an alternative to a long and unproductive prison sentence assign him to community service to assist disadvantaged people to start small businesses that create employment during difficult economic times.

Your consideration of what I have presented to you would be appreciated.

Sincerely,

Victor Hecht

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Judge Huck:

It is our distinct pleasure to write this letter of support in favor of Mr. Lew Freeman and to ask the Court to recognize that "Lew", as we affectionately call him, has led a life of magnanimity, affability and has remained steadfast in his optimism, even after some of the prior acts that we're sure Lew regrets deeply having committed, have come to light.

The three signatories to this letter who often spent time together with Lew have chosen to collectively write to Your Honor to briefly describe a multi-year relationship with not only Lew, but with Lew's family as well. We met Lew for the first time many years ago and had known of him prior to that first meeting through friends in the community having often mentioned him as an unusually kind individual with a quirky sense of humor but an unbending desire to help others and a deep pocket of compassion for those in need of opportunities. All of those qualities proved to be true.

In fact, Lew was the first one to take Elisheva under his professional guidance upon her arrival to Miami. Lew jumped at the opportunity to employ her, offer her training, and expose her to professionals in the community. Lew's compassion was also evident in the way he interacted with the younger generation of professionals. Lew often thought of bringing those less experienced than him into his projects, offering them sound advice and encouraging them to learn and develop alongside him. There are many young, and, now older professionals in the South Florida community that would vouch for Lew having provided them that first important opportunities to further their careers along the way. That is true for each of us that writes to you today. Finally, Lew's most important relationships, which most poignantly demonstrate his sense of clear priorities, were those he had with his nuclear family, namely, his son, his wife and his daughter. He clearly placed the most value on ensuring that their happiness and comfort superseded his many other priorities and obligations. Despite what was clearly a man who many people depended on, Lew seemed to understand how to balance and prioritize his time and his deeds.

For all of the reasons and examples stated in this letter, we hereby strongly urge the Court and Your Honor to extend mercy in imposing a sentence for Lew's crime. While we are saddened by the news of Lew's crime, we still retain the knowledge and remembrances of all of the good that he has done and are certain that, with a sentence of leniency that allows him to return to his family and to the community, those good acts shall continue.

Thank you for your consideration.

Sincerely,

Seth Heller

Elisheva Heller

Benjamin G. Mayer

May 31, 2010

To: The Honorable Paul C. Huck
U.S. District Court
Southern District of Florida
400 North Miami Ave.
Miami, Fl. 33128

My name is Minnie Hernandez and I have known Lewis B. Freeman for over twenty-five years. I have never felt inclined to write a letter in behalf of anyone, but I am honored to write this one. Lew is an exceptional and compassionate human being. I personally don't know anyone who has given so much of his time and energy to help individuals and communities than Lew. Moreover, Lewis B. Freeman is a devoted father and a loving husband, qualities that are rarely seen these days. I trust Lew with my life and my family, more than anyone else in this world. It is an honor to call Lew my friend forever. Please know that given a chance, this man will do so much good for society in the years to come. I will bet my life on this! May your honor show mercy on this kind soul, for none is more deserving of mercy than Lewis B. Freeman.

Sincerely & thank you,
Minnie W. Hernandez

**Stacy C. Hornstein**
**5318 Wriley Road**
**Bethesda, Maryland 20816**

June 3, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

<u>*Re: Lewis B. Freeman*</u>

Dear Judge Huck:

I write this letter to respectfully request that the Court, in its adjudication of punishment for Mr. Lewis Freeman, please consider in totality the contributions made by Mr. Freeman to his family, friends and the community throughout his life and not just his crime.

I have personally and professionally known Mr. Freeman for over forty years and must admit I was shocked and saddened when I learned of his present situation.   I felt the need to correspond with the Court on Mr. Freeman's behalf because he is more than a longtime acquaintance to myself and my family, and we have a relationship that we have maintained in spite of my relocation from Florida to over 1,000 miles away, decades ago.   Throughout my adult life I have sought Mr. Freeman's advice and counsel on many key personal and business decisions. In fact Mr. Freeman is responsible for assisting me in what became a new direction in my life, a positive and life changing decision that was only afforded to me through my relationship with Mr. Freeman and was a direct result of his generosity of spirit and time.   I, and my family, will forever be appreciative of Mr. Freeman's guidance during that time in our lives.

My forty year relationship with Mr. Freeman has enabled me to observe the fact that Mr. Freeman has been a remarkably unselfish family man, overcoming many personal challenges that would have otherwise destroyed most families units.   I cannot emphasize enough his personal strength and commitment to his family and seeing them through these challenges. In addition to his unwavering value to his family and friends, the record is full of the many accomplishments that Mr. Freeman has in giving of his time and talents to the community, his assistance to Native Americans and specifically to the Miccosukee Tribe of Florida, his leadership with the Children's Museum, his big heart and charitable ways, as well as a long history of active involvement with our Alma Mater the University of Miami. Many of his accomplishments will live on past our lives. There are way too few of us who have positively impacted others lives for most of theirs. Mr. Freeman has been one of these positive forces never saying no when asked, and always, always, being the one person who would take that call.   We all need these people in our lives and I have been fortunate in knowing Mr. Freeman.

The Honorable Paul C. Huck
June 3, 2010
Page Two


As a longtime acquaintance and personal friend of Mr. Freeman I respectfully ask that the Court to look to the totality of Mr. Freeman's life when considering his punishment. It is my humble opinion that Mr. Freeman, if given the opportunity, will return to being a productive member of society rather than a burden on our society. Please have mercy on this man and provide him with the gift of time to make this up to his community, family and friends. I am confident Mr. Freeman will not disappoint the Court or yourself, should your ultimate decision be to show him some mercy in his sentencing.


Thank you for taking the time to read this letter and for your consideration.


Sincerely,

Stacy C. Hornstein

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

     Re:   Letter in Support of Lewis Freeman

Dear Judge Huck:

     I have been a dear friend of Lewis Freeman and his family, including his wife Edi-Ann, and his two children, Abigail and Jaron, for over five years. On many occasions, I was invited to the Freeman family's home for the high holidays when I had no family nearby to visit.

     I first came to know Lew through our involvement in Chabad of South Dade and his efforts in establishing a Chabad chapter at the University of Miami, which has been very successful. I mostly appreciated Lew's efforts in helping students manage their responsibilities as he routinely offered guidance and provided valuable insight as to their endeavors. I was one of those students who benefited greatly from Lew's guidance.

     Beyond attending religious services and volunteering his time, Lew has demonstrated his love for this community time and time again. I believe there are many members of our community who are aware of Lew's generous nature and big heart. He frequently gave of his time and energy to help others in need. He demonstrated that he cared deeply for this community through his involvement in numerous community organizations.

     In short, some times good people do bad things. Lew used poor judgment and should be held accountable for his actions. However, Lew has a good heart and he possesses many positive character traits that I, as a member of this community, hope Your Honor will consider.

     Despite his transgressions of the past, Lew has proven to be a hard worker, a caring person, and a good friend to the community. I hope that Your Honor will allow Lew time after serving his sentence to continue to serve the community as he has done for so long. By doing so, Your Honor would afford Lew an opportunity to make retribution. I am confident he would strive to make the best of this opportunity.

Very Truly Yours,

Amir A. Isaiah, Esq.

June 7, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

My name is Laura Jaslow and I am writing you to help you understand a little bit more about the Lewis B. Freeman that I know. I met Lew in January 2009 and I was struck immediately by how kind he was. I had just lost my job at LNR Property Corporation, a company I had worked for 20 years, and Lew immediately saw the value I could add to his business and hired me as a consultant to assist him in growing his real estate practice.

I have not known Lewis Freeman for very long but I always felt he presented himself in a kind, professional matter and was very active in community. He seemed in his every being to care about people and truly wanted to help. I understand he has admitted to a horrible crime. I was shocked to learn of this because that is a side of Lew that was never revealed in the nine months I interacted with him. It saddens me to learn this but I thought you should know as you proceed to sentencing Mr. Freeman that he is a kind, good man who was did a horrible thing not a horrible man at all.

I hope you will consider this when determining his sentence.

Sincerely,

Laura Jaslow

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: Lewis B. Freeman

Dear Judge Huck:

I have known Lew Freeman for the past twelve years. I met Lew in 1998 while attending
business school at the University of Miami. I am devastatingly aware of Lew's current status in
the criminal court system.

In the interest of shedding better light on Lew, I would like to draw your attention to the fact that
for the time I have known Lew, he has been a generous, altruistic, thoughtful, kind and gracious
individual. I have only known Lew in a personal capacity, and in that capacity, Lew has done
anything and everything to mentor and assist me in the goals and objectives I have set out for
myself in both the legal community and in other areas of aspiration.

At a time in my life when I was not sure whether to go the direction of law or in business, I
began the legal path of my career with a job as a law clerk at a prominent Miami law firm. The
only reason I was able to land that job was due to Lew. I was licensed in Louisiana, and I had
not yet had a job in the legal field since passing the bar in October 1998. Lew helped me get the
job, unbeknownst to me at the time, through a communication to his friend, a partner in the firm,
whereby, Lew put in a good word for me prior to my first interview. Apparently, Lew had heard
from one of my friends that I was interviewing with the firm the following week, and Lew
wanted to make sure I had a recommendation (even though it was unsolicited!). So, I am very
thankful for Lew taking the time to do that when he had absolutely no obligation to do so or any
personal gain from doing so. He simply did it out of the kindness of his heart so that I could get
that first job in Miami. That job led to the beginning of my career and many open doors for me
in the legal community in Miami, Atlanta, and now Dallas, where I am an in house attorney with
AT&T. I doubt that I would have ended up as successful as I am today without that first job and
I owe that to Lew.

In speaking with others that have known Lew, this is just one of many acts of kindness and
selflessness that Lew has done throughout his life. I am writing today to share that story, and to
respectfully suggest to Your Honor that at Lew's current age, he has a lot more to give to the
community. A significant prison sentence for Lew would not benefit society. I believe that Lew
is extremely remorseful for his actions, and is willing to make it up to society for the rest of his
life through doing good things for the community rather than rotting away in a jail cell. I
understand that a term of imprisonment may be a necessary punishment for Lew's crime. I urge

the court to have mercy with regard to this matter, and respectfully request that the court consider a sentence that includes significant community service for Lew. His release to perform such service will be a positive contribution for the community.

I thank you in advance for your thoughtful consideration of this letter.

Regards,

Michael Karno

542348.1

Jody Lynn Kassel

P.O. Box 768441

Roswell, GA 30076

5/21/2010


The Honorable Paul C. Huck

United States District Court

Southern District of Florida

400 North Miami Avenue

Miami, Florida  33128

Your Honor:

When considering sentencing Lewis B. Freeman , please consider the incredible volunteer and service
work that Lew has done for the past 30 year.   As an example, He started  a program at the University of
Miami for students with disabilities to enable  them  to have the same college opportunity as  everyone
else . This included his son  who has a  disability. Lew  has  treated and  given his  son every opportunity
that  he has given his  daughter. I have been a special educator for 30 years so this is very close to my
heart.   Lew's son needs his dad.


 Lew is a loving father, son,  husband. And loyal to his family and friends   He is not only my cousin but
he is my friend. He has helped me through a horrific divorce.  As a cousin Lew has been very supportive
t o me. He flew to Atlanta and accompanied me to the attorneys during this time,

Lew supported his mother in the Miami Jewish Home and made sure that she was comfortable and had
a nice life. He visited her numerous times a week not as an obligation but as a good son.

Lew has done many charitable things  to help others and has not asked for anything in return.  I am sure
that Lew has remorse for what he has done and if given the opportunity will continue to do the
philanthropic things that he has always done.

Respectfully,

Jody Lynn Kassel

Jody Lynn Kassel

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida  33128

RE: *Lewis B. Freeman*

Honorable Paul C. Huck:

This letter is a letter of character regarding Lewis B. Freeman.

My name is Stephen A. Kellogg.  I had been a consultant at Lewis B. Freeman & Partners for five years prior to the recent events.  I have been a lifelong friend of Lew.  He and his wife, Eddie Ann, became very close friends with my parents while they attended the University of Miami.  Lew and my father remained close friends after college, and during their adult lives.  I have grown up knowing Lew as a close friend and second father figure.  I have known Lew to be a hardworking family man who is community-minded and always willing to extend a helping hand.  I have seen Lew devote an unimaginable amount of time to the local Jewish community and also to the Epilepsy Foundation of South Florida, which he was the former President of.  Never once, have I seen Lew Freeman ask for anything in return of his kindness.  There are few others on the planet with a heart as large as his.

I am aware of the events regarding Lew's guilty plea and I truly believe that Lew has already suffered extensively for his actions.  He has lost his reputation of being one of South Florida's best-known forensic accountants, and I believe he is truly embarrassed and apologetic regarding what he has put his family, friends and former employees through.

I believe that an extended prison term will serve as a tremendous hardship for his wife, Eddi-Ann, son, Jaron and daughter, Abigail.  In my opinion, Lew's son, Jaron, who suffers from epilepsy, will be the most adversely affected by a long absence from his father, whom he looks up to and relies on for moral support and growth.

I ask from you, Honorable Paul C. Huck, to grant Lew Freeman the shortest possible sentence.  I believe that the loss of his credentials and the loss of his respect in the community may take a larger toll on him than keeping in prison for an extended length of time.

Thank you for your consideration.

Sincerely,

Stephen A. Kellogg

Kolman Kenigsberg
520 Holiday Drive
Hallandale Beach, FL 33009

The Honorable Paul C. Huck                                                June 4, 2010
United States District Court
Southern District Of Florida
400 North Miami Avenue
Miami, Florida 33128
RE: Lewis B. Freeman

Dear Judge Huck,

My name is Kolman Kenigsberg and I have worked with Lewis B. Freeman for the last fifteen years. Lew has always been a very kind, sensitive, caring and compassionate individual. Besides being the boss, I have always considered him a friend. He was always the hardest working person in the firm. He was well respected by everyone and feted on many occasions for his selfless devotion and commitment to many causes. He has always been an active participant in many community endeavors. As a member of his alma mater, fraternity, temple and various professional organizations Lew has always been at forefront and made a difference. I have always had great admiration for his leadership and deportment.

On a personal level my wife and I recall several occasions how Lew went beyond the call of duty to congratulate me and members of my family on our successes. He celebrated births and marriages with us and mourned our losses when parents passed on by showing respect and supporting us in our time of need. His family always came first. His beloved mother was blessed with a very loving and devoted son. His children are truly an indication of his fatherly mentoring and support. In particular, Lew always provided for his son Jarron's special needs with tremendous love, caring and support and took personal pride at his achievements.

In my time with the firm we represented the victims. For example I remember the lottery scheme we were investigating on behalf of the FBI, where Lew's priority was to insure that first and foremost restitution would be made to the victims. This always impressed me and motivated me more in pursuing justice on behalf of the victims. The same was true when we investigated fraud in the Miami-Dade County School Board Construction Department when at a minimal cost we literally put our lives on the line to uncover the kickbacks and overpayments running rampant in that department.

On his behalf I urge you to please take into account the many wonderful qualities Lew has exhibited as a mentor, father, friend and community advocate before deciding his sentence. Thank you again for your compassion in arriving at your final decision.

Sincerely

*Kolman Kenigsberg*

Kolman Kenigsberg

## KRAMER & RASSNER, P.A.
7700 NORTH KENDALL DRIVE, SUITE 509
MIAMI, FLORIDA 33156

JEFFREY S. KRAMER, ESQUIRE                                    TELEPHONE (305) 270-8876
WAYNE H. RASSNER, ESQUIRE                                         FAX (305) 270-0849

May 18, 2010

Re:   Lewis B. Freeman

Dear Judge Huck,

My wife Ellen and I have known Lew Freeman since our college days at The University of Miami. Lew was an upper classman when I joined ZBT fraternity as a sophomore. Over the years we have remained close friends, and have worked together on some legal matters and as Trustees of ZBT fraternity after we (amazingly) both graduated and passed the bar exam. I have observed Lew's ability to relate to people, diffuse potentially volatile situations with wit and humor, and pull rabbits out the hat in business and contract matters. Besides his well documented community service activities, Lew performed countless "mitzvahs" and favors for people who were in need of help, or just a nudge in the right direction to get them a job or mentor them in the proper career path. I would venture that there are probably hundreds of successful people in Miami Dade County today who owe at least a partial debt to Lew Freeman for either getting them started or inspiring them to persevere and prosper.

Ironically, for all the good deeds, help, and advice Lew gave so freely, he made some terrible decisions for himself. As a close friend, I was shocked and hurt to learn of Lew's crimes, which have no justification, and which cry out for punishment. However, we respectfully request that Your Honor temper the first reaction to impose substantial prison time, and to give heavy consideration to Lew's community service, his age, and all the good he has done for countless people in the community. We realize that jail time for a period of years is all but inevitable, but we humbly request that Your Honor allow Lew to serve his sentence and emerge from prison with enough time to resurrect his life and become a positive force in our community.

Respectfully Submitted,

Jeffrey S. Kramer &          Ellen H. Kramer
Ellen H. Kramer

Donald E. Kubit
5805 S.W. 119th Street
Coral Gables, FL 33156

June 7, 2010

Honorable Paul C. Huck
U.S. District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33132

Re: Lew Freeman

Dear Judge Huck:

Lew Freeman is an enigma to me. I was once the equivalent of Lew's Dean Wormer at the University of Miami in the late 1960's, and have admired and respected him for over 50 years.

The Lew Freeman I know is a mentsch with a huge heart and a passion for doing good things for those in need. His contributions to the community have been the stuff of legend. Raising funds and supporting worthy causes such as the University of Miami and the Children's Museum are obvious and significant examples. But he also engaged in what I call "stealth philanthropy", doing good deeds quietly and below the radar of public recognition. I once represented a group of charitable, non-profit care givers who were being bullied by a supplier and who needed but could not afford the services of a forensic accountant to reconcile their differences with the supplier. I called upon Lew, and true to the form of the Lew I have known for so many years, he graciously and quietly donated his services to my client.

I find it impossible to reconcile the Lew Freeman I have known with the Lew Freeman who defrauded those whom the court had appointed him to protect. I do not know that Lew Freeman, and cannot fathom what led Lew to abandon his principles and betray the trust which was placed in him.

I know Lew is very ashamed of what he did and is extremely remorseful. For Lew to have been held in such high regard by his community and to have fallen so ignominiously from its grace is terribly painful to him and to his family and friends.

Lew has been very cooperative with the prosecution and seems to be prepared to accept the consequences of his crime.  I only hope and pray that the Court will recognize the good in Lew, and will impose a sentence which will enable Lew to continue his life in the community while he is still young and healthy enough to resume the positive contributions and good deeds which have characterized the Lew Freeman whom I have long respected.

Very truly yours,

Donald E. Kubit

[dek] H:\lewfreeman.wpd{6/7/10-13:22}

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, Florida 33128


Dear Judge Huck,

My name is Barbara Kushner, and my husband, John, was one of Lew's best friends in the fraternity, ZBT, back in the 70's. Lew has always been such a giving, and supportive friend. Our son, Brian, was also in ZBT. After graduating from UM, he was undecided as to what direction to go. Lew was always there, and offered him a position in his firm. He helped quite a few of his ZBT brothers' sons...always there to help!!

On a very personal level, my husband passed away in 2005, and Lew has been there for me and my children, like no one else. I don't know what I would have done without him. He is the most giving man I have ever known. I could always count on Lew for anything...big or small. He's like a brother to me, and my children could always turn to him for advice. That is not an easy quality to find....unconditional love!!!! The man has such a big heart. Yes, he has made some bad choices, but PLEASE, Your Honor, allow Lew to be released in as short a term in prison as you can allow. He is the kind of man that will absolutely turn his life around, and learn from his mistakes.

Sincerely,

*Barbara Kushner*

Barbara Kushner



**Rick Leone** □

□ Florida Board Certified
Tax Attorney

# RL TAX LAW, P.A.
### *ATTORNEY AT LAW*

438 SADDELL BAY LOOP
OCOEE, FL 34761

(407) 614-3504

May 24, 2010

*"There is nothing sinister
in so arranging one's affairs
as to keep taxes as low
as possible."*
**Judge Learned Hand**

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re:    Lewis Freeman

Your Honor:

I have known Lew Freeman for more than thirty (30) years. During that time, I have known him to be a good person with a big heart. I will never forget the kindness that he showed me during a time in my life when my entire future was in jeopardy.

In 1984, while working for Lew, I had a nervous breakdown. My work suffered as as result. I was still doing good work, so clients were not suffering, but the speed with which I did my work was not the same. Many, if not most, employers would have let me go. But, Lew not only did not let me go, but even took me back after a 10-day stay in a mental hospital.

I remember Lew telling me when I returned from the hospital stay that "when you fall off a horse, you have to get back on". Your honor, I believe that is the case here, too. Lew has been a productive and contributing member of society in many good ways. I urge you to show him leniency so that he can get back on his horse in time for him to restart a life in which I know that he will a productive and contributing member of society once again.

Thank you, in advance, for your consideration of this request.

Very truly yours,

RICK LEONE, ESQ.

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida  33128

Your Honor,

My name is Jose Antonio Lopez and I am a retired US Marshal with 28 years of service to the federal government and the citizens of the United States. I currently own an international investigative and consulting firm located here in Miami, Florida.

I am writing this letter in support of my friend Lewis Freeman, with whom I have known personally and professionally for 20 years.

My initial reaction to Lew's guilt and conviction was shock and denial. It seemed to me impossible that Lew was involved in any illegal or illicit activity. It felt as if someone had just told me that the US Attorney General had been involved in narcoterrorism. I have now accepted the fact and have had to reflect on my relationship with Lewis as a person whom I have called a friend for 20 years. I had to find a way to focus on our entire relationship and not solely on his crime. Honestly, Your Honor, as a veteran law enforcement officer, I thought this would be a difficult task, but in reality, it has been much easier than I thought.

I first met Lewis as I was transitioning from Marshals Service to the private sector. Lew was not only considerate, but genuinely concerned with my apprehensions related to my transitioning from federal law enforcement to government contractor. Lew spent many hours working with me and behind the scenes to insure the transition was painless and the government contracting process was expedited. Lew's influence, knowledge and the genuine respect from his peers, friends and associates enabled me to establish my first of many contracts with various government agencies.

I have also worked with Lew on the behalf of numerous clients. Lew's genuine and heartfelt concern for his clients' well being went far beyond any attorney I have known and worked with during my first career or my current one. Lewis is truly a unique individual with genuine and kind heart. I personally know of several clients that Lew not only represented, but after the case was over, regardless of the outcome, Lewis helped many who had been disgraced regain their dignity. Lew did this through his own personal actions and of his own volition, never at the behest and in some cases without the knowledge of his client. Lew always believed that these clients' futures depended on their ability to somehow redeem themselves to friends and family and return to a productive life.

In closing, I am asking Your Honor to take into consideration my friend's life in its entirety and show him leniency. Lew must take responsibility for his actions. I firmly believe that the sooner he can start over he will find a way to return to helping others in some meaningful way.

Respectfully submitted,

Jose Antonio Lopez
US Marshal (ret)

June 8, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

I know that Lew Freeman has pleaded guilty to committing a very serious crime. I was surprised to hear about his crime. I often interacted with Lew during my service as Dean of the University Of Miami School Of Law. He gave generously of his time and served as a committed leader of our alumni community. He cared enormously about the quality of the education we provide our students and he did all he could to improve our educational mission.

By committing this crime he has hurt his family and friends deeply and he has disappointed the members of our alumni community and the students who looked up to him. He has lost his professional reputation and left his family in difficult circumstances.

I know his sentence will and should include prison time. I hope, however, that in determining the sentence you will take into consideration Lew's many positive efforts to improve the quality of life in our community.

I hope he will eventually have the opportunity to make amends and to again be a productive member of our South Florida community.

Thank you in advance for your consideration.

Sincerely,

Dennis O. Lynch
747 Catalonia Ave.
Coral Gables, Fl. 33134

**MARTIN Z. MARGULIES**

May 21, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Huck:

I have known Lew Freeman for a good number of years based on his community participation, especially fundraising for the University of Miami. I was quite shocked to read about his embezzlement. Plain and simple – he made a sad mistake for which he pled guilty.

Lew was very good to my son who was starting his career. My son is a friend of Lew's son. When I asked my son what his relationship with Lew was, he said, "Lew was always in my corner." He has a lovely wife and family and I believe his reputation being so damaged is a strong punishment which will stain him for the rest of his life. A short prison sentence would be the best that Lew and his friends could hope for.

Respectfully,

Martin Margulies

445 GRAND BAY DRIVE, KEY BISCAYNE, FL 33149  TEL: 305.365.3885  FAX: 305.365.3887
mzm445@aol.com

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

June 2, 2010

Dear Judge Huck:

I write this letter to help provide you with a personal view of Lewis Freeman's character and background as you undertake the very serious task of determining the sentence you will impose on Lew in your court. It is my hope that this context will support a decision on your part that will permit Lew to return to a productive life after he serves his sentence and pays his debt to society and our community.

I met Lew over 40 years ago when we were both students at the University of Miami. In the years since, while I never had a business or close personal relationship with Lew, we remained casual friends. We have friends in common and we retained a connection from our days at the U of M.

Almost 13 years ago I suffered a heart attack that required a quadruple bypass heart operation. A long and difficult recovery caused my small marketing business to fail and left me with limited resources to provide for my wife and two young children.

As I attempted to rebuild my life, Lew Freeman offered wise counsel and friendship. He volunteered the use of desk space in his firm's offices to use as a base until I got back on my feet. Lew also gave me career advice and personal introductions that resulted in my eventual employment. That job directly led to my current position as Senior Vice President and project manager for the US division of a large multinational financial services firm. Both of my sons have graduated from college, my oldest is now a practicing attorney in Dade County and my youngest is completing graduate studies at the University of Miami.

I can truly say that, in no small way, because of Lew Freeman, I have been able to build a successful career and provide for my family in way that, after my illness, I doubted I would ever be able to realize.

As I stated earlier, Lew and I were only casual friends and his support was more than I could have reasonably expected. Lew never asked for thanks or any favor or service in return.

I thank you for the opportunity to provide this personal testimonial and I appreciate any consideration you might provide.

Sincerely,

Edmond Markel
1040 Andora Drive
Coral Gables, FL 33146

THE MCGUIRK LAW FIRM, P.L.
201 ALHAMBRA CIRCLE
SUITE 711
CORAL GABLES, FLORIDA 33134
———
TELEPHONE (305) 445-8771
FACSIMILE (305) 445-9866
JAMESMCGUIRKLAW@AOL.COM

May 5, 2010

Judge Paul C. Huck
Federal District Court
Southern District of Florida
400 North Miami
Room 13-2
Miami, Florida 33128

Re: Lewis B. Freeman, Case No.: 1:10-cr-20095-PCH

Your Honor:

I first met Lew Freeman perhaps 15 years ago. He had been summoned to the office of the senior partner of a major Miami civil firm which represented a company under federal investigation. I was present as criminal defense consultant.

As the senior partner outlined the impact of the investigation on various directors, officers and shareholders, Mr. Freeman immediately spotted – and had the temerity to raise the issue of – the law firm's potential conflict. He was not retained.

Beginning with that episode I always perceived Mr. Freeman put principle above pocketbook. If anything, I was more astonished than the rest of the Miami legal community at the recent disclosures.

I can only think Mr. Freeman fell victim to the need to feed the responsibilities that he himself had voluntarily shouldered to charity, community, family and his employees. Pride – perhaps hubris -- can make it seem unbearable to fail.

Now he must go to prison, while men who attempt nothing and contribute nothing sit home.

I do not in any way suggest this condones Mr. Freeman's actions. He has not done so himself.

I do ask you to please sentence in such a way that Mr. Freeman may someday have a chance to once again work his way up the ladder of life.

1

Thank you for the opportunity to address you.

Yours sincerely

James McGuirk

2



Terremark Worldwide, Inc.
One Biscayne Tower
2 S. Biscayne Blvd, Suite 2900
Miami, Florida 33131

Manuel D. Medina
Chairman & CEO
mmedina@terremark.com

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re:    Lewis Freeman

Dear Judge Huck:

I have known Lewis Freeman for over 20 years.

There is no doubt that he has committed a very serious offense for which he is extremely remorseful and would take back only if he could. However, one mistake does not define a life time of dedication to his community and family.

I do not intend to question your great experience in dispensing justice. However, in this particular case, how is justice and our community best served? In my humble opinion, it will be by giving Lew an opportunity to return to his family and community in order for him to redeem himself. Thank you for your consideration.

Respectfully yours,

Manuel D. Medina

Akerman Senterfitt
ATTORNEYS AT LAW

Dallas
Denver
Fort Lauderdale
Jacksonville
Las Vegas
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

One Southeast Third Avenue
25th Floor
Miami, Florida 33131-1714
www.akerman.com
305 374 5600 tel    305 374 5095 fax

Richard C. Milstein
305 982 5607
richard.milstein@akerman.com

May 24, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re:     Lewis Freeman June 25 Sentencing

Dear Judge Huck:

      Lewis Freeman and I went to the University of Miami Law College of Law and have remained professional and community friends ever since. There are a few people who we meet in our lifetime that we would feel that if I needed to make a telephone call in the middle of the night for assistance, you could call. This is Lew Freeman. He is someone with whom I would personally trust my life and the life of my family.

      No one can deny that Lew did wrong, but this must be weighed with what he has done right in our lives and our community. His continued personal actions by his physical presence at many community events and personal events for all types of causes is a testament to his good natured character. Lew is a viable member of society who can still make major contributions and should be given that opportunity through a sentence that includes either a short incarceration with opportunities to be involved in education of others or substantial work experience or a longer probation period with no incarceration that would give Lew the ability to be a productive member of society and assist his family as well.

      If there is anything further that you would need from me regarding my strong feelings about Lewis Freeman, please let me know and I am pleased to communicate with you.

Respectfully yours,

Richard C. Milstein

RCM/mdb

{M2936490;1}

LAW OFFICES

# WICKER, SMITH, O'HARA McCOY & FORD, P.A.

SUNTRUST CENTER, SUITE 1400

515 EAST LAS OLAS BOULEVARD

P.O. BOX 14460

FORT LAUDERDALE, FLORIDA 33302

(954) 847-4800

FAX (954) 760-9353

WWW.WICKERSMITH.COM

| MIAMI | ORLANDO | NAPLES |
|-------|---------|--------|
| (305) 448-3939 | (407) 843-3939 | (239) 430-1120 |
| WEST PALM BEACH | TAMPA | JACKSONVILLE |
| (561) 689-3800 | (813) 222-3939 | (904) 355-0225 |

June 4, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

I am writing this letter so that I can express my thoughts and feelings concerning Lew and the situation he now faces. I have known Lew for about 15 years, having met him through two of my partners who were classmates at UM. Professionally, over the years, my firm and I used Lew on occasion as an expert and he simply was one of the best and most thorough I have ever seen. Simply put, he was universally respected by his peers.

I also came to understand that he was not only a great guy, personally and professionally, but also someone who was totally devoted to his family. At some point in time, I learned that his son unfortunately faced serious medical issues and know that this became the prime focus in Lew's life. As a result of his devotion and his son's brave fight, his son, Jaron was able to overcome this illness after extraordinary medical treatment and will now be able to lead a relatively normal and productive life. His devotion to his son and to his family is something that I hope will be understood and recognized in assessing Lew, his life and his present situation.

I, like everyone who knows him, was both shocked and disappointed in learning of Lew's present problem's and will not try and excuse any of that. However, I hope that Lew is given the chance and opportunity to serve his sentence and have the chance and opportunity to return to his

Dennis M. O'Hara, Esquire
June 4, 2010
Page 2

family and society and again lead a productive, meaningful life. Simply put, it would be a real
tragedy to simply focus on this poor judgment that led him to this point in his life and ignore all
the good and positive things he has done. I would like to thank you for giving me the opportunity
to share my thoughts.

Very truly yours,

Dennis M. O'Hara

DMO/bb

## MICHAEL S. OLIN, P.A.
### ATTORNEY AT LAW

Michael S. Olin, Esq.                                        Phone (305) 677-5088
molin@olinlawfirm.com                                      Fax (305) 677-5089

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

      Re:   Lewis Freeman

Dear Judge Huck:

      I am writing concerning Lewis Freeman.

      While I have known about Lew by reputation for probably 20 years, I did not have occasion to meet him until four or five years ago when we were introduced by a mutual friend. During these last few years, Lew and I became friends. We both have children with special needs, and this helped cement our common bond. We also, it turns out, buy unusually garish socks from the same internet seller. And when I opened my own practice two years ago, Lew sent me a particularly thoughtful and useful gift - a large box of office supplies. I would see Lew at various Bar functions and charitable events, and we would also have breakfast and speak by phone from time to time, to catch up.

      While I do not seek to minimize in any way the conduct that brought Lew to your Courtroom, I do believe that Lew's long and lasting commitments to his family and the community at large indicate, at least to me, that Lew should have a reasonable opportunity to rejoin his family and once again contribute to our community in a productive way.

      I would thus ask that your Honor consider the capacity of Lew's heart, and his history of "doing good" in this community.

                     Respectfully submitted,

                     Michael S. Olin

MSO/ig

Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

# CARLTON FIELDS

ATTORNEYS AT LAW

Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
P.O. Box 019101
Miami, Florida 33131-9101

Michael S. Pasano
305.530.4064 direct
mpasano@carltonfields.com

305.530.0050
305.530.0055 fax
www.carltonfields.com

June 3, 2010

Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Lewis Freeman

Dear Judge Huck:

I write this letter on behalf of Lewis Freeman, with whom I have had the privilege and pleasure of working on cases for many years, and a man I respect greatly and whose bad judgment and "fall from grace" I hate and about which I feel saddened. Usually I am gathering letters like the one I write here for clients of mine facing sentencing. Sometimes those clients were convicted due to the good and hard work of Lew Freeman.

By the time your Honor reads this letter, I suspect you will have ready many others attesting to Lew's good character and the many positive things he has accomplished in his personal and professional life. I propose to offer another perspective – from the vantage point of thirty plus years as first a federal prosecutor and later a criminal defense attorney. I believe strongly in notions of personal responsibility. But I also place great importance on the criteria of 18 U.S.C. Section 3553 and concepts of mitigation and leniency. There are people who by their actions deserve to serve time in prison. Some people, a very long time. But there are others who do not deserve to be incarcerated. This was an easier argument in white collar cases before the advent of federal sentencing guidelines. And my personal opinion is that today's guidelines applications, albeit advisory, still push too hard toward imprisonment in some cases.

Lew's case presents somewhat a paradox. The Lew Freeman with whom I worked with on the Pat Tornillo case and against whom I worked on the Bankest matter tirelessly fought against crime and ferreted out fraud. And he did so with a ferociousness tempered with grace and a sense of humor.

People make mistakes. Judgment gets clouded. One day someone looks up with no idea how he or she got where they are or how to get back. I will leave to Lew's fine lawyers how best to explain Lew's misconduct. I can only urge this court to examine the lifetime of good works by

Honorable Paul C. Huck
June 3, 2010
Page 2

a man who helped make the criminal justice system work a little better, and in exercising that terrifying responsibility which District Judges have in sentencing, to fashion a sentence that allows Lew to be released from prison at the earliest possible date.

Respectfully submitted,

CARLTON FIELDS, P.A.

Michael S. Pasano

MSP/emt

Cc:    Robert Josefsberg, Esq.
       Joseph DeMaria, Esq.

ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
350 EAST LAS OLAS BOULEVARD, SUITE 1700
FORT LAUDERDALE, FLORIDA 33301-4217
PHONE: (954) 763-1200, FAX: (954) 766-7800
WWW.ADORNO.COM

ALAN J. PERLMAN

DIRECT LINE: (954) 766-7822
DIRECT FAX: (954) 671-4576
EMAIL: APERLMAN@ADORNO.COM

June 3, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida  33128

**Re:     Hearing scheduled for June 25, 2010 at 9:00 a.m. – Lewis B. Freeman**

Dear Judge Huck:

I am submitting this correspondence in support of Lew Freeman so as to ensure that the Court has a complete understanding of his positive impact over the years with regard to the South Florida Community, in hopes that same will be taken into consideration when the Court analyzes the sentencing to be imposed, including with regard to any requests for leniency. Towards that end, it is significant for the Court to understand that I have been a practicing attorney on a full-time basis in South Florida since 1989 and have had the honor to know Lew for approximately 19 of those years.

Indeed, I can state for the Court that during that time period I have gotten to know Lew professionally and personally, and to this day consider him a dear friend.  As a practitioner, I feel compelled to similarly advise the Court that he has at all times acted professionally when engaged to perform services for clients, including as a Court supervised fiduciary in various liquidation proceedings.  His intellect was always valued and notwithstanding the circumstances, he made himself available and was extremely generous with his time.  Moreover, unlike most professionals these days, it was quite obvious that Lew truly cared about the matter and routinely dedicated himself to assisting the client in the resolution thereof.  In doing so, he was creative and always insisted on taking the high road.

I have also seen Lew as a family man, which is his true pride and sense of strength.  He is an amazing father and dedicated husband.  In turn, he is blessed with a very loving and caring wife and two adult children.

Lastly, in connection with the Court's analysis, it should also be noted that Lew was a tremendous supporter of various other causes in the South Florida Community, including the University of Miami, for which he dedicated numerous hours on a monthly basis for many, many years.

{N0831245_2}

The Honorable Paul C. Huck
June 3, 2010
Page 2


    Simply put, Lew has been, and can continue to be, a contributing member of South Florida's society and it would only be fair for the Court to consider the positive impact he has had in our community with regard to any requests for leniency at the corresponding hearing to determine the appropriate sentence.

    If, for whatever reason, the Court is in need of any additional information with respect to the above, please do not hesitate to advise me accordingly.


                    Sincerely,

                    ADORNO & YOSS LLP

                    Alan J. Perlman

AJP/mec
cc:    Lewis Freeman
       Robert J. Josefsberg, Esq.


{N0831245_2}



**DIABETES RESEARCH INSTITUTE**
FOUNDATION

*The Best Hope for a Cure®*

ROBERT A. PEARLMAN
PRESIDENT AND CHIEF EXECUTIVE OFFICER

May 25, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33131

Dear Judge Huck:

In the near future, you will be imposing a sentence on Lewis Freeman for the crimes to which he has pleaded guilty. We were shocked and saddened to learn of these crimes, as these acts were not reflective of the man we know. Our organization has always had great respect for Mr. Freeman, and our experiences with him have all been positive.

After becoming a patient at the Diabetes Research Institute, and learning of the groundbreaking research programs aimed at finding a cure for the disease, Mr. Freeman generously offered his assistance in making connections and building relationships with others in the community who could be helpful to us.

I understand the serious nature of Mr. Freeman's crimes and the need for him to be punished, but hope that you will impose a sentence that would allow him time to re-enter the community and use his talent and warm hearted personality to better our community and benefit the numerous organizations he has supported throughout his life.

Thank you for the careful consideration that I know you will give to this issue.

Sincerely,

Robert A. Pearlman



200 SOUTH PARK ROAD, SUITE 100 • HOLLYWOOD, FL 33021 • (800) 321-3437 • CELL (954) 701-0776 • FAX: (954) 964-7036
www.diabetesresearch.org

LAW OFFICES OF

# RIVKIND PEDRAZA & MARGULIES, P.A.

66 WEST FLAGLER STREET, SUITE 600
MIAMI, FLORIDA 33130

BRETT RIVKIND
GEORGE PEDRAZA, OF COUNSEL
BRUCE MARGULIES

TELEPHONE: (305) 374-0565
FACSIMILE: (305) 539-8341
SEAINJURY@RIVKINDLAW.COM

May 27, 2010

Honorable Paul Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

RE:  Lewis B. Freeman

Dear Judge Huck:

I hope you remember me. My name is Jorge Pedraza. I have had a few conversations with you while we both were in the waiting room at Jackson/UM Cardiology.    I am a lawyer and a patient of Dr. Ferreira. I am writing to ask you for leniency when you impose a sentence on my friend Lewis B. Freeman.

I have known Lew since I started practicing law in 1982.   Over the years we became good friends.   Lew always reminds me of a quote attributed to the poet Maya Angelou "I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel". When I was around Lew I always left feeling better. Lew always went out of his way to help me and many others without any expectation of reciprocation.

I know Lew to be a devoted family man, until recently, a civic leader who devoted much time to charitable works. Lew has been a good and loyal friend. In my recent conversations, It is so obvious to me (and hopefully to you Judge) that Lew has sincerely accepted full responsibility for his conduct.   Lew blames no one other than himself for the mess he is in. Judge, as you will see, Lew is genuinely and deeply contrite.   There is no doubt that Lew knows that what he did was wrong. But judge, there is also no doubt that Lew, like the rest of us, is human.

Before imposing a sentence on Lew, please take into account what his transgression have already cost him; his license to practice, his firm, the material things he worked hard to acquire for many years; his position in our community; public shame and the ridicule of false friends; and the pain that goes along with these loses.   In short Judge, the man you will sentence is in one sense a 'broken man'.   But Judge, Lew, with his professional and interpersonal skills can still do much good in our community good.   He is a bright and hardworking man. When you sentence Lew I ask that you consider sentencing him in a way that he will have time in our community to use these skills.

Page 2 of two pages
Honorable Paul Huck
May 27, 2010


      A lengthy prison sentence will double this tragedy.   Judge , I do not envy your job at all. Although very honorable, I imagine it is very emotionally taxing.   More so in a case like Lew's.

In closing, I ask that you be lenient when imposing prison time on Mr. Lewis B. Freeman.

Respectfully yours,

RIVKIND PEDRAZA & MARGULIES P.A.

_____
JORGE PEDRAZA, ESQUIRE

JP/dd

Kyle Christopher Peete
1781 Chain Bridge Rd. #401
McLean, Virginia 22102
(703) 945-4273


June 1, 2010


The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128


Dear Judge Huck,

I am writing to you in support of Mr. Lewis B. Freeman, a dear friend and mentor of mine. Your honor, I do ask that in sentencing Mr. Freeman you take into account all of the gracious and unselfish acts Mr. Freeman has been known for in the community for quite some time.

As background Judge Huck, I was an intern in your chambers after my first year of law school in 2001. It was through this internship that I was fortunate enough to be introduced to a former business partner of yours who ultimately introduced me to Mr. Freeman. Through you, these gentlemen immediately became mentors to me and subsequently reinvigorated a minority law student mentorship program that has been very successful in providing unheard of access to practicing lawyers and judges that truly makes a difference in a students' time at law school and legal career. Mr. Freeman personally helped me find summer employment my next summer and when I could not locate gainful employment after graduating law school it was Mr. Freeman who hired me to work on a large case that his firm was assigned to. I worked with Mr. Freeman for about a year and later left to work at a federal agency in Washington, DC where I am still employed. It is safe to say that without Mr. Freeman, I would not be where I am today.

I do understand that the court must properly address the offense admitted to in this case and I only ask that the court take into account Mr. Freeman's well-known community activism as well as my personal account of how Mr. Freeman greatly helped me so that Mr. Freeman will have the opportunity to make a positive difference in the lives of more people. I thank you for your time and consideration and I hope all is well.


Best Regards,

Kyle Chrisopher Peete

## MERIDIAN INTERNATIONAL GROUP, INC.
### P.O. BOX 331990
### MIAMI, FLORIDA 33133

PHONE: (305) 666-6399 • 1-(800) 897-3852 • FAX: (305) 668-4958

May 25, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Huck:

Like many who believed we knew Lewis Freeman well, I was simply aghast in early March when he conceded to activities and behavior so professionally reprehensible and so wholly out of historical personal character. There is no denying the truth about his crimes-which, in some degree to his credit, he finally admitted – but it leaves me incredulous, still, to know how far and hard Lew's fall from grace, prominence and achievement has been.

The Lew Freeman I have known for more than 20 years is a different man that the one who soon will stand before you to head and accept the Court's punishment for his very serious crimes. That Lew Freeman is decent, caring, hardworking, conscientious, civic-minded and faithful both to the rule of law and to ethical behavior. Blessed with enormous intellect, Lew had accomplished much and faced what seemed to be a limitless, productive future. What a pity he did what he did.

In my capacity as Miami-Dade's county manager in the mid-1980s, I intersected with every kind of person imaginable across the entire spectrum of the private sector. Lew was one of those few individuals whose time and energies were often and productively volunteered at my request, and whose wise counsel was virtually unrecognized and unrewarded, asset to the citizens of our community.

Impressed by Lew's willingness to give of his time and talent as a discreet adviser to me, wholly in the public interest, I hired him as my corporate accountant when I entered the private sector in 1988. In more that two decades since, I relied on his professional skills and blunt guidance. Though an uncomplicated client of Lew's firm, I always took comfort that Lew's expertise guided all of his firm's employees in the discharge of their duties on my behalf. There were a fine group of professionals who provided excellent services at all times, a reflection of their firm's founder.

I cannot begin to fathom the embarrassment, grief and remorse that Lew Freeman has brought on his family, his colleagues and most of all himself. He must pay his debt to

society for a life gone horrible – and to very many of us, inexplicably – awry. He must be punished and punished seriously, for his crimes were serious in nature.

I would ask only that you view matters in the totality of Lew's life apart from crime, the other one marked by decency and remarkable civic involvement and contribution. I would as that you decide Lew's immediate fate through the prism of his future life, some time from now when Lew can prove himself to be a contribution, decent member of society once again. I do believe strongly in redemption and reconciliation, and I urge you to make that opportunity available to Lew in the shortest possible time the Court deems most appropriate.

Thank you for your time and consideration and for your public service as well.

Sincerely,

Sergio Pereira



**White / Peterman Properties, Inc.**

June 7, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

     RE:    Lewis B. Freeman

Dear Judge Huck:

     I am writing this letter to you on behalf of Lew Freeman, a friend of my wife and mine. I would ask you to consider leniency in sentencing him for his serious lack of judgment. I was shocked to learn of Lew's egregious behavior and found his business actions incongruent with what I knew of him as a person for over thirty years. Clearly, Lew erred but has confided in me his extreme remorse for his inappropriate actions.

     Lew personally went above and beyond in trying to assist me, as well as others, generously with his time and unselfish efforts. He provided compassionate and selfless support to my wife and me in extremely difficult times during our lives - support beyond friendship. My wife and I had triplets and one of them suffered from a severe mental handicap. Lew was very supportive and instrumental in arranging meetings and contacts through professionals he knew through his longstanding work and commitment to issues involving epilepsy. He was there for us during our difficult and painful discussions regarding possible brain surgery for our son and issues related to his condition. When my son unexpectedly passed away, Lew was the first one to be there for my wife and me, traveling to Indiana on a moment's notice and staying with us for five days. Lew, as a parent himself, is the primary source of emotional support for his adult son Jaron. I respectively ask you consider the Lew that I know in sentencing him.

     I know of other occasions where Lew has extended the same personal courtesy to others in helping with their needs through his vast network of contacts throughout South Florida and elsewhere. It is heartbreaking that Lew can be so productive and contribute so much to the greater good, but yet commit such serious crimes and breach of trust. I am convinced that Lew suffered, and will continue to suffer, greatly because of his actions and wants to rededicate himself to a productive life and repay society, to the extent he can, for his misdeeds, and he needs the opportunity to do so. The greatest irony of this matter is Lew's greatest joy comes in helping others. Because of these facts, I would encourage you to consider leniency in sentencing Lew so that he can most productively begin repaying his personal debts to society.

     Very truly yours,

     John M. Peterman

4612:501:051910

901 PONCE DE LEON BOULEVARD
SUITE 305
CORAL GABLES, FLORIDA 33134

**LAW OFFICES OF**

TELEPHONE: (305) 461-3900
FAX: (305) 461-4494

# RICHARD H. PHILLIPS, P.A.

Attorneys at Law

RICHARD H. PHILLIPS

PABLO LENSE of Counsel
WILLIAM PHILLIPS (1922 - 2003)

June 7, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL  33128

RE: LEWIS FREEMAN

Dear Judge Huck

I have spent weeks trying to put together the words for this letter. I finally decided to forego the rhetoric and speak from my heart. I have known Lew Freeman for over 40 years. We were fraternity brothers at the University of Miami in the late 1960's.  I was a couple of years older than Lew and was, in fact, his pledge father, when he pledged the fraternity. I observed early on the huge heart of this young man. It was clear that Lew cared a great deal about people and this special attention was directed at everyone. I will never forget how he cared for the cook and housekeeper at the fraternity house and treated them like family.

Over the years I have seen much the same conduct on Lew's part. He always has time for everyone and makes a special effort to listen to people's problems and to genuinely be concerned about helping them resolve those problems. Waitresses, secretaries, people in the clerk's office, even the maintenance crew know Lew on a first name basis. He always has time for them. That may be the flaw in Lew's character. He never says no to anyone, and everyone knows that. It was always easy to call Lew Freeman and ask for his help, whether it be a charity, the fraternity, the University of Miami, a friend or an acquaintance Lew was always there.

As an attorney, I realize this does not excuse any of the mistakes that he has made, but as a human being I feel that a life of over 60 years of loving and caring for his fellow man should count for something. I ask Your Honor to show mercy to Lew. The same kind of mercy that Lew has shown to just about every person with whom he has come in contact during his life. Knowing Lew, there is no punishment that can compare to the pain he is experiencing. There is much that Lew can do to repay his debt to society, little of which can be done from behind bars.

I thank you for the opportunity to share my thoughts with you and hope and pray that you will consider lenience.

Respectfully,

Richard H. Phillips

**r b b** P u b l i c R e l a t i o n s

[T] 305.448.7450
[F] 305.448.5027
www.rbbpr.com

355 Alhambra Circle
Suite 800
Coral Gables, FL 33134

June 2, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Your Honor:

I remember the day distinctly. It was five days after my Father had died. The friends and family who gather around you for a few days immediately after such an event had all, understandably, departed. I was sitting home alone, and there was a knock on the door. It was Lew Freeman, with some cake. "I figured everyone would be gone by now, so I thought I'd come to keep you company," he said.

My name is Bruce Rubin. I'm not a captain of industry, or high powered executive. I'm simply a small businessman who happened to meet Lew Freeman when we both went to the University of Miami. And the above incident is but one of many that characterizes the Lew Freeman that I know.

As a young Dade County police officer, I came to the conclusion that every person is flawed, and those flaws are revealed differently by each of us. There are a few things I learned that I will never forget. I learned to tell the difference between a bad person, and a good person who has made a bad mistake. And I learned to tell when someone could care less about what they did as opposed to someone who is truly and genuinely remorseful. I believe that Lew Freeman falls into the latter category in both instances. I cannot speak to Lew's wrongdoing. But, I can speak to the Lew Freeman I have known since our university years in the late 1960's.

When Lew's newborn son began experiencing epileptic seizures, and then demonstrated severe learning disabilities, there was an endless round of hospitals, doctors, therapists, and 14 separate surgeries. Lew's response: to become active in the National Epilepsy Foundation as well as devote considerable time to helping children learn through his involvement in the Children's Museum here in Miami. No complaining, no feeling sorry—just a quiet determination to help his son and others.

Countless times, I had conversations with Lew when he was helping some family cope with an illness, job loss, or a traumatic family situation. His compassion and empathy were clear and constant. On many occasions, I recall thinking that Lew Freeman epitomized what clergy of all faiths teach: The way to help many people is to help one person at a time.

And so it's gone, over the 40 plus years I've known this man. In my mind, Lew Freeman defines the kind of person we needed--and need at this moment--in civic and philanthropic activities. The kind of person who is happy to work behind the scenes, quietly, with no fanfare, but with a burning desire to simply help others. Our city would be a better place if we had more people who exhibited the community-minded characteristics that I have observed in Lew Freeman for more than 4 decades.



It is at times like this, I believe, when Your Honor's job and responsibility are as significant as a doctor about to perform a life-saving operation. You have it in your power to save a life that is worth saving. This is a man, Your Honor, who has so much good left. Please allow him to give some of that good to this community in the future.

Your Honor, I am grateful for the time you have afforded me to address my friend, Lew.

Cordially,

Bruce S. Rubin

LAW OFFICES

## CHARLES L. RUFFNER, ESQ.

8830 S.W. 67TH COURT

MIAMI, FLORIDA 33156-1700

PHONE: (305) 669-1904

FAX: (305) 668-6872

EMAIL: CRUFF7117@AOL.COM

CHARLES L. RUFFNER, ESQ.:
BOARD CERTIFIED IN TAXATION.
CORPORATION AND BUSINESS LAW
WILLS, ESTATES AND ESTATE PLANNING

PLEASE REF. TO
OUR FILE NO.

May 22, 2010

The Honorable Judge Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Re: **Lewis Freeman/Sentencing**

Dear Judge Huck:

I am a tax lawyer and a member of the Florida Bar Association. I have known Lewis Freeman for decades. During that time I have had the opportunity to work with him and to observe his good deeds on behalf of the University of Miami, the Dade County Bar Association, many other charities and many individuals. I am also representing him currently in a tax case where I believe that the IRS screwed up big time, assessing him a penalty of almost $5 million when, in truth and in fact, there is a substantial legal and factual basis for determining that he owed either nothing or as little as only $1,000.

Two years ago Lew assisted me pro bono in preparing my own pro bono representation of a disabled Florida tax lawyer in a successful Tax Court decision that enabled the Petitioner to retain his monthly disability insurance checks on a tax free basis. These checks were basically his sole means of support and the IRS had erroneously attempted to tax them. Without our successful defense Petitioner would have been unable to support his family and his own disabled son. Lew participated personally and lent the resources of his office without compensation.

Lew gratuitously assisted my own son in obtaining admission to the University of Miami Law School, when the school had initially denied his application due to his poor grades at the U of F over a decade earlier, despite the fact the my son graduated summa cum laude from college in Boston at the time of his application to the U of M. My son is now a practicing lawyer in Miami.

Lew has for many years worked tirelessly in support of the University of Miami athletic department, and even prepared tax returns for many of the coaches and staff gratuitously.

The Honorable Judge Paul C. Huck
Page Two
May 22, 2010


Lew has a big heart and has pitched in with his help and services in many charitable endeavors. He is a guy who would help strangers in need at any opportunity. He has been a good husband and a good father to his daughter and disabled son.

Lew made a mistake and has owned up to it from the beginning. While he knows that he is facing jail time for his transgressions, he can still be an asset to this community if he is permitted to be released from prison in time to do so. His good deeds to others should count for something and should be weighed against his transgressions.

Respectfully submitted,



Charles L. Ruffner, Esq.
CLR/nrr

June 1, 2010

RE: Mr. Lewis B. Freeman

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Honorable Paul C. Huck,

My name is Jamie Sackett and I am a Director of Catering of a Private Club. I have
known Lew for about 20 years and worked for him as well on and off for 4 years. I met
Lew through my parents. I met Mr. Freeman through my parents whom which went to
college with him and my father has also worked for him.

Being around Lew has been such a blessing; he has shown me what true generosity by his
charitable community work. Lew has such a giving heart he is always there for me and
my family when needed. Lew was a father figure to me growing up; he even gave me my
first summer job and took me under his wing and taught me how to be responsible, loyal,
and honest. I couldn't have asked for a better role model.

Lew Freeman not only touched my life and my family he has touched the whole
community's life. Lew has touched so many people it would be hard for me to find one
person who life he didn't touch; that's just the man he is.

I want you to know that I do understand the sentence; however, I would like you to
consider how important Lew's contributions to society and ALL the good things he has
done for the community.

Sincerely yours,

Mrs. Jamie Sackett

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Your Honor,

I am writing on behalf of Lew Freeman to describe the positive influence Lew has had in my life. I am a former student athlete at the University of Miami and after being drafted by the Tampa Bay Rays in 1999 my priest and friend Father Leo Armbrust introduced me to Lew in the off-season. I wanted to work during the off-season and with my degree being in Finance Lew agreed to interview me and gave me an opportunity to work for LBF. During my time at LBF I realized in a short period of time that Lew's willingness to help people out in life went way beyond employing me. After my baseball career ended I called Lew for advice and Lew was there at a time in my life when I was at a crossroads. All I had ever done was play baseball and Lew gave me clarity on the direction I should take. He helped me by introducing me to a few financial professionals who I later interviewed with for a job. Now I work as a Financial Advisor for Morgan Stanley Smith Barney. Lew was always very helpful in trying to help people be successful and opened a lot of doors for young professionals like myself to start their career.

Personally Lew has always been a person that if I needed advice or help with anything he would pick up the phone and listen. He never expected or asked for anything back in return. Lew helped me understand that being unselfish in life as a professional can lead to building a strong foundation for success. As time has gone on, I have noticed he has done the same with people in my circle of friends, whether it's Father Leo Armbrust or Coach Jim Morris, Lew has always been there to help everyone and asked nothing in return.

This letter is not intended to exonerate what Lew has done but rather tell my story about how Lew has been a positive influence in my life. Lew has been a productive and contributing member of society in countless ways and has helped hundreds if not thousands of professionals start their successful careers. I understand that Lew's crime will include incarceration and only ask that you see the positives of Lew's life and allow him the opportunity enter society again in time to still have a productive life with his family and friends.

Regards,

Alex Santos
Financial Advisor
Morgan Stanley Smith Barney

# U FOOTBaLL™

May 27, 2010

The Honorable Paul C. Huck
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck:

I am writing this letter in support of Lewis Freeman.

My name is Myrna Schneider and I have worked in the Football Department at the University of Miami for over 30 years, the last 23 or so years as the secretary/administrative assistant to each of our head football coaches, including Jimmy Johnson, Dennis Erickson, Butch Davis, Larry Coker, and presently Randy Shannon.

I have had the honor and privilege of knowing Mr. Freeman for approximately twenty-five years. During this entire time, I have never known him to be anything but a kind, respectful, wonderful gentleman and loving family man. His love and dedication to the University of Miami is well known, as well as his charitable work with organizations such as the Epilepsy Foundation.

While I realize the crime that Mr. Freeman is accused of is very serious, I would respectfully request that you show him some mercy and give him the shortest prison term allowed by law. Keeping him in prison for a longer term will be a waste of such a productive and contributing member of society.

Thank you for any consideration for leniency you can give to Mr. Lewis Freeman.

Sincerely,

Myrna Schneider
Administrative Assistant to
Head Football Coach Randy Shannon



**NATIONAL CHAMPIONS  1983  1987  1989  1991  2001**

**UNIVERSITY OF MIAMI HURRICANES**
5821 San Amaro Drive • Coral Gables, FL 33146-0820 • Telephone 305 284-2563 • Fax: 305 284-4617
www.hurricanesports.com

# LUNELLE M. SIEGEL

606 Vanderbaker Road   ▾   Temple Terrace, FL 33617   ▾   P (813) 837-1599   ▾   F (813) 831-6873   ▾

E-mail: Siegels1@mindspring.com

May 21, 2010

Dear Judge Huck:

I am writing to you on behalf of Lew Freeman.

I first met Lew through his work with one of my employers, a finance company who had been the victim of a loan fraud. Lew literally went to the ends of the earth to bring the fraudster to account. This allowed my employer to, in part, recover their principal so that they could remain solvent and continue providing access to capital to other small businesses who are disenfranchised by the credit freeze.

I want to tell you about a very personal experience that I had with Lew that I believe shows his great compassion and caring. In the fall of 2008, my husband committed suicide and I lost all of his income. And then, as a result of the great recession, I lost my employment. Lew reached out and was emotionally and professionally supportive to me. Lew provided me with hours of career advice and numerous introductions. These introductions allowed me to keep my head above water, financially in my time of utter desperation and financial distress. If it hadn't have been for Lew's introductions, I believe I would be utterly destitute.

I owe so very much to Lew and have found him to be one of those people in my world, that came out to help from nowhere, and made a huge difference in my life. I believe that if given an opportunity, Lew can continue his good contributions to our community. I understand that the crime he committed requires punishment. I only hope that Your Honor can find a way to give Lew time after serving his punishment to redeem himself.

Sincerely,

Lunelle M. Siegel